UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE CHARLES SCHWAB CORP.,

      Plaintiff(s),

      v.

BNP PARIBAS SECURITIES CORP., et al.,

      Defendant(s).
_____/

No. 10-4030 JL

NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

**XX**   (1)  One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

      (2)  One or more of the parties has sought a kind of judicial action (i.e., a motion) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, hence,

The **CASE MANAGEMENT CONFERENCE** previously scheduled for December 15, 2010 at 10:30 a.m. on Magistrate Judge Larson's calendar will **NOT** be held.

Dated: September 13, 2010

                                              Richard W. Wieking, Clerk

                                              By: Frank Justiliano, Deputy Clerk

cc: Intake
    JL
    KC
    VT

reassig1.DCT                       1