| | |
|---|---|
| 1 | Brendan P. Cullen (CSBN 194057) |
| | cullenb@sullcrom.com |
| 2 | SULLIVAN & CROMWELL LLP |
| | 1870 Embarcadero Road |
| 3 | Palo Alto, CA 94303-3308 |
| | Tel: (650) 461-5600 |
| 4 | Fax: (650) 461-5700 |
| 5 | Counsel for Defendants |
| | GOLDMAN, SACHS & CO. AND |
| 6 | GS MORTGAGE SECURITIES CORP. |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 12 | THE CHARLES SCHWAB CORPORATION, | CASE NO. 10-4030 (JL) |
| 13 | | |
| | Plaintiff, | DEFENDANTS GOLDMAN, SACHS & CO. AND GS MORTGAGE SECURITIES |
| 14 | vs. | CORP.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| 15 | | PURSUANT TO F.R.C.P. 7-1 AND CIVIL |
| 16 | BNP PARIBAS SECURITIES CORP.; CWMBS, INC.; BANC OF AMERICA | L.R. 3-16 |
| 17 | SECURITIES LLC; BANC OF AMERICA MORTGAGE SECURITIES, INC; BANC OF AMERICA FUNDING | |
| 18 | CORPORATION; CWALT, INC.; COUNTRYWIDE FINANCIAL | |
| 19 | CORPORATION; CITIGROUP GLOBAL MARKETS, INC.; | |
| 20 | CITIGROUP MORTGAGE LOAN TRUST, INC.; RESIDENTIAL | |
| 21 | ACCREDIT LOANS, INC.; FIRST HORIZON ASSET SECURITIES INC.; | |
| 22 | CREDIT SUISSE SECURITIES (USA) LLC; CREDIT SUISSE FIRST BOSTON | |
| 23 | MORTGAGE SECURITIES CORP.; RESIDENTIAL ASSET MORTGAGE | |
| 24 | PRODUCTS, INC.; DEUTSCHE BANK SECURITIES INC.; FIRST | |
| 25 | TENNESSEE BANK N.A.; GOLDMAN, SACHS & CO.; GS MORTGAGE | |
| 26 | SECURITIES CORP.; RBS SECURITIES, INC. F/K/A | |
| 27 | GREENWICH CAPITAL MARKETS, | |
| 28 | | |

| | |
|---|---|
| 1 | INC.; HSBC SECURITIES (USA) INC.; WELLS FARGO ASSET SECURITIES CORPORATION; WELLS FARGO BANK N.A.; MORGAN STANLEY & CO. INC.; MORGAN STANLEY CAPITAL I INC.; SEQUOIA RESIDENTIAL FUNDING, INC.; UBS SECURITIES, LLC; MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC.; AND DOES I-50, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | Defendants. |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil L.R. 3-16 of the United States District Court for the Northern District of California, Defendants Goldman, Sachs & Co. and GS Mortgage Securities Corp., by their undersigned counsel, certify that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities may have a financial interest in the subject matter or in a party to the proceeding:

Goldman, Sachs & Co. and GS Mortgage Securities Corp. are directly or indirectly wholly-owned subsidiaries of The Goldman Sachs Group, Inc., which is a corporation organized under the laws of Delaware and whose shares are publicly traded on the New York Stock Exchange. No publicly held company owns 10% or more of the common stock of The Goldman Sachs Group, Inc.

DATED: September 13, 2010

/s/ Brendan P. Cullen
Brendan P. Cullen (CSBN 194057)
cullenb@sullcrom.com
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

Counsel for Defendants
GOLDMAN, SACHS & CO. AND
GS MORTGAGE SECURITIES CORP.

## PROOF OF SERVICE

I, Jennifer A. Thorn, declare:

I am employed in the City of Palo Alto, State of California. I am over the age of eighteen years and am not a party to this action. My business address is Sullivan & Cromwell LLP, 1870 Embarcadero Road, Palo Alto, California 94303. On September 13, 2010, I served the following documents:

**DEFENDANTS GOLDMAN, SACHS & CO. AND GS MORTGAGE SECURITIES CORP.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO F.R.C.P. 7-1 AND CIVIL L.R. 3-16**

☐ by uploading the document(s) listed above to the United States District Court, Northern District of California's electronic filing system

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ by delivering the document(s) listed above by hand to the person(s) at the address(es) set forth below.

to the parties set forth below:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 13, 2010, at Palo Alto, California.

Jennifer A. Thorn

PROOF OF SERVICE
CASE NO. 10-4030 (JL)

| PARTY | ATTORNEY |
|---|---|
| Wells Fargo Defendants | Mark T.G. Dworksy<br>Kathleen M. McDowell<br>Munger, Tolles & Olson LLP<br>355 South Grand Avenue, 25th Floor<br>Los Angeles, CA  90071<br><br>David H. Fry<br>Carolyn V. Zabrycki<br>Munger, Tolles & Olson LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA  94105 |
| The Charles Schwab Corporation | Robert A. Goodin<br>Francine T. Radford<br>Anne Hayes Hartman<br>Goodin, MacBride, Squeeri Day & Lamprey, LLP<br>505 Sansome Street, Suite 900<br>San Francisco, CA  94111<br><br>Lowell Haky<br>The Charles Schwab Corporation<br>211 Main Street<br>San Francisco, CA  94105<br><br>David J. Grais<br>Kathryn C. Ellsworth<br>Owen L. Cyrulnik<br>Leanne M. Wilson<br>Grais & Ellsworth LLP<br>70 East 55th Street<br>New York, NY 10022 |
| BNP Paribas Securities Corp.<br>Deutsche Bank Securities Inc.<br>RBS Securities, Inc. F/K/A Greenwhich Capital Markets, Inc. | Dean Kitchens<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197 |
| CWMBS, Inc.<br>Cwalt, Inc.<br>Countrywide Financial Corporation | Stephen D. Hibbard<br>Shearman & Sterling, LLP<br>525 Market Street<br>San Francisco, CA 94105 |

Sullivan & Cromwell llp

PROOF OF SERVICE
CASE NO. 10-4030 (JL)

| # | Party | Counsel |
|---|---|---|
| 1-3 | Banc of America Securities LLC<br>Banc of America Mortgage Securities, Inc.<br>Banc of America Funding Corporation | Meredith Kotler<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York NY 10006 |
| 4-5 | Citigroup Global Markets, Inc.<br>Citigroup Mortgage Loan Trust, Inc. | Susanna M. Buergel<br>1285 Avenue of the Americas<br>New York, NY 10019 |
| 6-11 | Credit Suisse Securities (USA) LLC<br>Credit Suisse First Boston Mortgage Securities Corp. | Richard W. Clary<br>Cravath, Swaine & Moore LLP<br>825 8th Avenue<br>New York, NY 10019<br><br>Robert J. Stumpf, Jr.<br>Sheppard Mullin Richter & Hampton LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4109 |
| 12-14 | Morgan Stanley & Co. Inc.<br>Morgan Stanley Capital I Inc. | James P. Rouhandeh<br>Davis Polk & Wardwell LLP<br>450 Lexington Ave.<br>New York, NY 10017 |
| 15-17 | Sequoia Residential Funding, Inc. | Timothy P. Crudo<br>Latham & Watkins LLP<br>San Francisco Office<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111 |
| 18-20 | UBS Securities, LLC; Mortgage Asset Securitization Transactions, Inc. | Hackny Wiegmann<br>Williams & Connolly LLP<br>725 Twelfth Street, N.W.<br>Washington, DC 20005 |

Sullivan & Cromwell llp

PROOF OF SERVICE
CASE NO. 10-4030 (JL)