| | |
|---|---|
| 1 | Richard L. Seabolt (SBN 67469) |
| 2 | DUANE MORRIS LLP<br>One Market, Spear Tower, Suite 2200 |
| 3 | San Francisco, CA  94105<br>Telephone:  (415) 957-3000 |
| 4 | Facsimile:  (415) 957-3001<br>RLSeabolt@duanemorris.com |
| 5 | Attorney for Defendants |
| 6 | CITIGROUP GLOBAL MARKETS INC.<br>CITIGROUP MORTGAGE LOAN TRUST INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| THE CHARLES SCHWAB CORP., | ) | CASE NO. CV 10-04030 (SI) |
| Plaintiff, | ) ) | DEFENDANTS CITIGROUP GLOBAL |
| v. | ) ) | MARKETS INC. AND CITIGROUP<br>MORTGAGE LOAN TRUST INC.'S |
| BNP PARIBAS SECURITIES CORP.; ET AL. | ) ) ) | CERTIFICATION OF INTERESTED<br>ENTITIES |
| Defendants. | ) ) | |

Pursuant to Civil Local Rule 3-16 and Federal Rule of Civil Procedure 7.1, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities have a financial interest in the subject matter in controversy or in a party to the proceeding, or have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Defendants Citigroup Global Markets Inc. and Citigroup Mortgage Loan Trust Inc. are both wholly owned by Citigroup Financial Products Inc., which is wholly owned by Citigroup Global Market Holdings Inc., which in turn is wholly owned by Citigroup Inc., a publicly-traded corporation that has no parent corporation.

No publicly held corporation holds ten percent or more of the stock of Citigroup Inc.

Dated: September 14, 2010     By: _____

Richard L. Seabolt (SBN 67469)
DUANE MORRIS LLP
One Market, Spear Tower, Suite 2200
San Francisco, CA  94105
Telephone:  (415) 957-3000
Facsimile:  (415) 957-3001
RLSeabolt@duanemorris.com

Attorney for Defendants Citigroup Global Markets Inc. and Citigroup Mortgage Loan Trust Inc.

- 2 -     Certification of Interested Entities
No. CV 10-04030 (SI)