Edward W. Swanson, SBN 159859
August Gugelmann, SBN 240544
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for Defendants UBS SECURITIES LLC &
MORTGAGE ASSET SECURITIZATION
TRANSACTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CHARLES SCHWAB CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BNP PARIBAS SECURITIES CORP.; CWMBS, INC.; BANC OF AMERICA SECURITIES LLC; BANC OF AMERICA MORTGAGE SECURITIES, INC; BANC OF AMERICA FUNDING CORPORATION; CWALT, INC.; COUNTRYWIDE FINANCIAL CORPORATION; CITIGROUP GLOBAL MARKETS, INC.; CITIGROUP MORTGAGE LOAN TRUST, INC.; RESIDENTIAL ACCREDIT LOANS, INC.; FIRST HORIZON ASSET SECURITIES INC.; CREDIT SUISSE SECURITIES (USA) LLC; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC.; DEUTSCHE BANK SECURITIES INC.; FIRST TENNESSEE BANK N.A.; GOLDMAN, SACHS & CO.; GS MORTGAGE SECURITIES CORP.; RBS SECURITIES, INC. F/K/A GREENWICH | No. CV 10-4030 SI<br><br>**NOTICE OF APPEARANCE** |

///

| | |
|---|---|
| | CAPITAL MARKETS, INC.; HSBC SECURITIES (USA) INC.; WELLS FARGO ASSET SECURITIES CORPORATION; WELLS FARGO BANK N.A.; MORGAN STANLEY & CO. INC.; MORGAN STANLEY CAPITAL I INC.; SEQUOIA RESIDENTIAL FUNDING, INC.; UBS SECURITIES, LLC; MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC.; AND DOES I-50, |
| | Defendants. |

TO: THE PARTIES IN THE ABOVE-CAPTIONED ACTION AND TO THE CLERK OF COURT.

PLEASE TAKE NOTICE that Edward W. Swanson and August Gugelmann hereby appear as co-counsel on behalf of UBS Securities, LLC, and Mortgage Asset Securitization Transactions, Inc., and request e-filing notice of all future court filings and items of correspondence.

Dated: September 14, 2010

Respectfully submitted,

/s/
Edward W. Swanson
August Gugelmann
SWANSON & McNAMARA LLP
Attorneys for Defendants UBS
SECURITIES LLC & MORTGAGE
ASSET SECURITIZATION
TRANSACTIONS, INC.

## PROOF OF SERVICE

I, the undersigned, certify:

That I am a citizen of the United States, over the age of eighteen years, and not a party to the within cause; I am employed in the City and County of San Francisco, State of California; my business address is 300 Montgomery Street, Suite 1100, San Francisco, CA 94104.

On this date I caused to be served on the interested parties hereto, a copy of:

- **Notice of Appearance**

(X)  By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as set forth below;

( )  By having a messenger personally deliver a true copy thereof to the person and/or office of the person at the address set forth below.

( )  By delivering a true copy thereof to "Federal Express" to be delivered to the person at the address set forth below.

( )  By serving a true copy by facsimile to the person and/or office of the person at the address set forth below;

(X)  By uploading a true copy thereof to the United States District Court, Northern District of California's electronic case filing ("ECF") system.

*See attached service list*

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this certificate has been executed on September 14, 2010 at San Francisco, California.

_____
Alex Barkett

Notice of Appearance
CV 10-4030 SI                                     3

**Service List**
CV 10-4030 SI

**Via U.S. Mail:**

| | |
|---|---|
| Banc Of America Securities LLC<br>Banc Of America Mortgage Securities, Inc.<br>Banc Of America Funding Corporation | Meredith Kotler<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York NY 10006<br>(212) 225-2130 |
| Citigroup Global Markets, Inc.<br>Citigroup Mortgage Loan Trust, Inc. | Susanna M. Buergel<br>Paul, Weiss<br>1285 Avenue of the Americas<br>New York, NY 10019<br>(212) 373-3000 |
| Credit Suisse Securities (USA) LLC<br>Credit Suisse First Boston Mortgage Securities Corp. | Richard W. Clary<br>Cravath, Swaine & Moore LLP<br>825 8th Avenue<br>New York, NY 10019<br>(212) 474-1000<br><br>Robert J. Stumpf, Jr.<br>Sheppard Mullin Richter & Hampton LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4109<br>(415) 434-9100 |
| CWMBS, Inc.<br>Cwalt, Inc.<br>Countrywide Financial Corporation | Stephen D. Hibbard<br>Shearman & Sterling, LLP<br>525 Market Street<br>San Francisco, CA 94105<br>(415) 616-1174 |
| Morgan Stanley & Co. Inc.<br>Morgan Stanley Capital I Inc. | James P. Rouhandeh<br>Davis Polk & Wardwell LLP<br>450 Lexington Ave.<br>New York, NY 10017<br>(212) 450-4000 |
| Residential Asset Mortgage Products, Inc.<br>Residential Accredit Loans, Inc. | Regina J. McClendon<br>Severson & Werson<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>(415) 677-5602 |
| Sequoia Residential Funding, Inc. | Timothy P. Crudo<br>Latham & Watkins LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>(415) 395-8084 |

**Via ECF:**

| | |
|---|---|
| Plaintiff The Charles Schwab Corporation | Lowell Haky<br>The Charles Schwab Corporation<br>211 Main Street<br>San Francisco, CA 94105<br>(415) 667-0622 |
| BNP Paribas Securities Corp.<br>Deutsche Bank Securities Inc.<br>RBS Securities, Inc. F/K/A Greenwich Capital Markets, Inc. | Dean Joel Kitchens<br>Alexander K. Mircheff<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>(213) 229-7000 |
| Goldman, Sachs & Co.<br>GS Mortgage Securities Corp. | Richard H. Klapper<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004-2498<br>(212) 558-4000 |
| Wells Fargo Asset Securities Corporation<br>Wells Fargo Bank, N.A. | Marc T.G. Dworsky<br>Kathleen M. McDowell<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, 25th floor<br>Los Angeles, CA 90071-1560<br>Telephone: (213) 683-9100<br><br>David H. Fry<br>Carolyn V. Zabrycki<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th floor<br>San Francisco, CA 94105-2907<br>Telephone: (415) 512-4000 |

**Notice of Appearance**
CV 10-4030 SI                                                 5