MARC T.G. DWORSKY (SBN 157413)
Marc.Dworsky@mto.com
KATHLEEN M. MCDOWELL (SBN 115976)
Kathleen.McDowell@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 25th floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

DAVID H. FRY (SBN 189276)
David.Fry@mto.com
CAROLYN V. ZABRYCKI (SBN 263541)
Carolyn.Zabrycki@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorneys for Defendants
WELLS FARGO DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE CHARLES SCHWAB CORPORATION,

Plaintiff,

vs.

BNP PARIBAS SECURITIES CORP.; CWMBS, INC.; BANC OF AMERICA SECURITIES LLC; BANC OF AMERICA MORTGAGE SECURITIES, INC; BANC OF AMERICA FUNDING CORPORATION; CWALT, INC.; COUNTRYWIDE FINANCIAL CORPORATION; CITIGROUP GLOBAL MARKETS, INC.; CITIGROUP MORTGAGE LOAN TRUST, INC.; RESIDENTIAL ACCREDIT LOANS, INC.; FIRST HORIZON ASSET SECURITIES INC.; CREDIT SUISSE SECURITIES (USA) LLC; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; RESIDENTIAL ASSET MORTGAGE

CASE NO. 10-04030 (JL)

**STIPULATION TO EXTEND TIME TO RESPOND TO THE AMENDED COMPLAINT**

Case3:10-cv-04030-SI Document17 Filed09/14/10 Page2 of 10

PRODUCTS, INC.; DEUTSCHE BANK SECURITIES INC.; FIRST TENNESSEE BANK N.A.; GOLDMAN, SACHS & CO.; GS MORTGAGE SECURITIES CORP.; RBS SECURITIES, INC. F/K/A GREENWICH CAPITAL MARKETS, INC.; HSBC SECURITIES (USA) INC.; WELLS FARGO ASSET SECURITIES CORPORATION; WELLS FARGO BANK N.A.; MORGAN STANLEY & CO. INC.; MORGAN STANLEY CAPITAL I INC.; SEQUOIA RESIDENTIAL FUNDING, INC.; UBS SECURITIES, LLC; MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC.; AND DOES I-50,

Defendants.

STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT
CASE NO. 10-04030 (JL)

Pursuant to Civil Local Rule 6-1(a) for the Northern District of California, plaintiff The Charles Schwab Corporation ("Plaintiff") and the defendants in the above-captioned action (collectively, "Defendants" and, jointly with Plaintiff, the "Parties"), by their undersigned attorneys, stipulate to an extension of time for Defendants to answer, move, or otherwise respond to the Amended Complaint in this matter, without waiver of any rights, claims or defenses.

On or about July 15, 2010, Plaintiff filed a Summons and Complaint captioned The Charles Schwab Corporation v. BNP Paribas Securities Corp., *et al*., Case No. CGC-10-501610, in the Superior Court of California, San Francisco (the "State Court Action"). On or about August 2, 2010, Plaintiff filed an Amended Complaint in the State Court Action. On September 8, 2010 Defendants Wells Fargo Asset Securities Corporation and Wells Fargo Bank, N.A. removed this case to the United States District Court for the Northern District of California, San Francisco Division. Plaintiff intends to file a motion to remand the action to the Superior Court of California, San Francisco (the "Remand Motion").

Pursuant to Civil Local Rule 6-1(a), the parties, by and through their counsel, stipulate as follows:

1. Defendants shall answer, move, or otherwise respond to the Amended Complaint on or before December 13, 2010 (the "Response Date");

2. This extension will not alter the date of any event or any deadline already fixed by Court order;

3. The Parties agree to consider hereafter, including in view of the status or resolution of the Remand Motion, arranging with the appropriate court for a further extension of the Response Date, and Defendants do not waive their right to seek adjournment or additional time from the Court in which to answer, move, or otherwise respond to the Amended Complaint.

4. By entering into this Stipulation, the Parties do not waive, and expressly preserve, any and all rights, claims and defenses, including all defenses relating to jurisdiction, venue and arbitrability.

DATED: September 14, 2010

MUNGER, TOLLES & OLSON LLP
MARC T.G. DWORSKY
KATHLEEN M. MCDOWELL
DAVID H. FRY
CAROLYN V. ZABRYCKI

By: /s/ David H. Fry
DAVID H. FRY

Attorneys for Defendants
WELLS FARGO DEFENDANTS

DATED: September 14, 2010

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP

By: /s/ Anne H. Hartman

Robert A. Goodin (SBN 061302)
Francine T. Radford (SBN 168269)
Anne H. Hartman (SBN 184556)
505 Sansome Street, Suite 900
San Francisco, California 94111
Telephone: (415) 392-7900
Facsimile: (415) 398-4321

And

GRAIS & ELLSWORTH LLP
David J. Grais
Kathryn C. Ellsworth
Owen L. Cryulnik
Leanne M. Wilson
70 East 55th Street
New York, New York 10022
Telephone: (212) 755-0100
Facsimile: (212) 755-0052

Attorneys for Plaintiff
THE CHARLES SCHWAB CORPORATION

DATED: September 14, 2010

By: /s/ Ed Swanson

Ed Swanson (SBN 159859)
SWANSON & MCNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, CA 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

*and*

Dane H. Butswinkas (pro hac vice application pending)
R. Hackney Wiegmann (pro hac vice application pending)
Anna-Rose Mathieson (SBN 231777)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Attorneys for Defendants UBS SECURITIES LLC, MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC., and HSBC SECURITIES (USA) INC.

DATED: September 14, 2010

SEVERSON & WERSON

By: /s/ Regina J. McClendon
REGINA J. MCCLENDON

Attorneys for Defendants RESIDENTIAL ACCREDIT LOANS, INC. and RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC.

DATED: September 14, 2010

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Robert J. Stumpf, Jr. (Cal. Bar No. 72851)
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: 415-434-9100
Facsimile: 415-434-3947

Of Counsel:

CRAVATH, SWAINE & MOORE LLP
Richard W. Clary
Michael T. Reynolds (*pro hac vice application to be filed*)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: 212-474-1000
Facsimile: 212-474-3700

BY: /s/ Robert J. Stumpf, Jr.
ROBERT J. STUMPF, JR.

Attorneys for Defendants
CREDIT SUISSE SECURITIES (USA), LLC, f/k/a CREDIT SUISSE FIRST BOSTON LLC; and CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.

DATED: September 14, 3010

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Dean J. Kitchens
Dean J. Kitchens

Attorneys for Defendants
BNP PARIBAS SECURITIES CORP.; DEUTSCHE BANK SECURITIES INC.; RBS SECURITIES INC. F/K/A GREENWICH CAPITAL MARKETS, INC.

DATED: September 14, 2010

By: /s/ Ragesh K. Tangri

Ragesh K. Tangri (SBN 159477)
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 362-6666
Facsimile: (415) 236-6300

*and*

Meredith E. Kotler (pro hac vice application to be submitted)
Patrick J. Hurford (pro hac vice application to be submitted)
Jared M. Gerber (pro hac vice application to be submitted)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
1 Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

Attorneys for Defendants
BANC OF AMERICA DEFENDANTS
LATHAM & WATKINS LLP

DATED: September 14, 2010

By: /s/ Timothy P. Crudo

TIMOTHY P. CRUDO
Peter A. Wald
Peter.Wald@lw.com
Timothy P. Crudo
Timothy.Crudo@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Attorneys For Defendant
Sequoia Residential Funding, Inc.

Case3:10-cv-04030-SI Document17 Filed09/14/10 Page8 of 10

DATED: September 14, 2010

SULLIVAN & CROMWELL LLP

By: /s/ Brendan P. Cullen

Brendan P. Cullen (CSBN 194057)
cullenb@sullcrom.com
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

Counsel for Defendants
Goldman, Sachs & Co. and
GS Mortgage Securities Corp.

DATED: September 14, 2010

By: /s/ Richard L. Seabolt

Richard L. Seabolt (SBN 67469)
DUANE MORRIS LLP
One Market, Spear Tower, Suite 2200
San Francisco, CA 94105
Telephone: (415) 957-3000
Facsimile: (415) 957-3001

Attorneys for Defendants
CITIGROUP GLOBAL MARKETS, INC.;
CITIGROUP MORTGAGE LOAN TRUST, INC.

STIPULATION TO EXTEND TIME TO
RESPOND TO AMENDED COMPLAINT
CASE NO. 10-04030 (JL)

DATED: September 14, 2010

DAVIS POLK & WARDWELL LLP

By: /s/ Neal A. Potischman

Neal A. Potischman (CSBN 254862)
neal.potischman@davispolk.com
Samantha H. Knox (CSBN 254427)
samantha.knox@davispolk.com
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

James P. Rouhandeh
james.rouhandeh@davispolk.com
William J. Fenrich
william.fenrich@davispolk.com
Daniel J. Schwartz
daniel.schwartz@davispolk.com
(*pro hac vice applications to be filed*)
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800

Attorneys for Defendants
MORGAN STANLEY & CO. INCORPORATED and MORGAN STANLEY CAPITAL I INC.

DATED: September 14, 2010

SHEARMAN & STERLING LLP

By: /s/ Stephen D. Hibbard

Stephen D. Hibbard (CSBN 177865)
shibbard@shearman.com
Shearman & Sterling LLP
525 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 616-1174
Facsimile: (415) 616-1374

Counsel for Defendants
CWMBS, INC., COUNTRYWIDE FINANCIAL CORPORATION, and CWALT, INC.

**GENERAL ORDER 45 ATTESTATION**

I, David Fry, am the ECF user whose ID and password was used to file this Stipulation to Extend Time to Respond to the Amended Complaint. In compliance with General Order 45, Section X.B, I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

DATED: September 14, 2010          MUNGER, TOLLES & OLSON LLP

By: /s/ David H. Fry
     DAVID H. FRY