Dane H. Butswinkas (*pro hac vice* application pending)
R. Hackney Wiegmann (*pro hac vice* application pending)
Anna-Rose Mathieson (SBN 231770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
E-mail: dbutswinkas@wc.com
E-mail: hwiegmann@wc.com
E-mail: amathieson@wc.com

Edward W. Swanson (SBN 159859)
August Gugelmann (SBN 240544)
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for UBS SECURITIES LLC,
MORTGAGE ASSET SECURITIZATION
TRANSACTIONS, INC., and
HSBC SECURITIES (USA) INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CHARLES SCHWAB CORPORATION,<br><br>              Plaintiff,<br><br>      v.<br><br>BNP PARIBAS SECURITIES CORP., et al.,<br><br>              Defendants. | No. CV 10-4030 SI<br><br>Removed from:<br>Superior Court of the State of California<br>For the City and County of San Francisco<br>Civil No. CGC-10-501610<br><br>**DEFENDANT HSBC SECURITIES (USA) INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PARTIES** |

///

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Civil Local Rule 3-16, the undersigned counsel for Defendant HSBC Securities (USA) Inc. ("Defendant"), hereby certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

> HSBC Securities (USA), Inc. is wholly owned by HSBC Markets (USA) Inc., which, in turn, is wholly owned by HSBC Investments (North America) Inc., which, in turn, is wholly owned by HSBC North America Holdings Inc., which, in turn, is indirectly held by HSBC Overseas Holdings (UK) Limited and HSBC Holdings plc. The shares of HSBC Holdings plc are traded on certain foreign exchanges and are traded over the counter in the United States as sponsored American depository receipts.

Dated: September 15, 2010

Respectfully submitted,

_____/s/_____
Dane H. Butswinkas (*pro hac vice* application pending)
R. Hackney Wiegmann (*pro hac vice* application pending)
Anna-Rose Mathieson
WILLIAMS & CONNOLLY LLP

Edward W. Swanson
August Gugelmann
SWANSON & McNAMARA LLP

Attorneys for Defendants UBS SECURITIES LLC, MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC., and HSBC SECURITIES (USA) INC.

# PROOF OF SERVICE

I, the undersigned, certify:

That I am a citizen of the United States, over the age of eighteen years, and not a party to the within cause; I am employed in the City and County of San Francisco, State of California; my business address is 300 Montgomery Street, Suite 1100, San Francisco, CA 94104.

On this date I caused to be served on the interested parties hereto, a copy of:

- **DEFENDANT HSBC SECURITIES (USA) INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PARTIES**

(X) By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as set forth below;

( ) By having a messenger personally deliver a true copy thereof to the person and/or office of the person at the address set forth below.

( ) By delivering a true copy thereof to "Federal Express" to be delivered to the person at the address set forth below.

( ) By serving a true copy by facsimile to the person and/or office of the person at the address set forth below;

(X) By uploading a true copy thereof to the United States District Court, Northern District of California's electronic case filing ("ECF") system.

*See attached service list*

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this certificate has been executed on September 15, 2010 at San Francisco, California.

Alex Barkett

**Service List**
CV 10-4030 SI

**Via U.S. Mail:**

| | |
|---|---|
| Banc Of America Securities LLC<br>Banc Of America Mortgage Securities, Inc.<br>Banc Of America Funding Corporation | Meredith Kotler<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York NY 10006<br>(212) 225-2130 |
| Credit Suisse Securities (USA) LLC<br>Credit Suisse First Boston Mortgage Securities Corp. | Richard W. Clary<br>Cravath, Swaine & Moore LLP<br>825 8th Avenue<br>New York, NY 10019<br>(212) 474-1000<br><br>Robert J. Stumpf, Jr.<br>Sheppard Mullin Richter & Hampton LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4109<br>(415) 434-9100 |
| CWMBS, Inc.<br>Cwalt, Inc.<br>Countrywide Financial Corporation | Stephen D. Hibbard<br>Shearman & Sterling, LLP<br>525 Market Street<br>San Francisco, CA 94105<br>(415) 616-1174 |
| Morgan Stanley & Co. Inc.<br>Morgan Stanley Capital I Inc. | James P. Rouhandeh<br>Davis Polk & Wardwell LLP<br>450 Lexington Ave.<br>New York, NY 10017<br>(212) 450-4000 |
| Residential Asset Mortgage Products, Inc.<br>Residential Accredit Loans, Inc. | Regina J. McClendon<br>Severson & Werson<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>(415) 677-5602 |
| Sequoia Residential Funding, Inc. | Timothy P. Crudo<br>Latham & Watkins LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>(415) 395-8084 |

**Certificate of Interested Entities**
CV 10-4030 SI            4

**Via ECF:**

| | |
|---|---|
| Plaintiff The Charles Schwab Corporation | Lowell Haky<br>The Charles Schwab Corporation<br>211 Main Street<br>San Francisco, CA 94105<br>(415) 667-0622 |
| BNP Paribas Securities Corp.<br>Deutsche Bank Securities Inc.<br>RBS Securities, Inc. F/K/A Greenwich Capital Markets, Inc. | Dean Joel Kitchens<br>Alexander K. Mircheff<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>(213) 229-7000 |
| Goldman, Sachs & Co.<br>GS Mortgage Securities Corp. | Brendan P. Cullen<br>Sullivan & Cromwell<br>1870 Embarcadero Road<br>Palo Alto, CA 94303<br>(650) 461-5600 |
| Citigroup Global Markets, Inc.<br>Citigroup Mortgage Loan Trust, Inc. | Richard L. Seabolt<br>Duane Morris LLP<br>One Market<br>Spear Tower, Ste. 2200<br>San Francisco, CA 94105<br>(415) 957-3212 |
| Wells Fargo Asset Securities Corporation<br>Wells Fargo Bank, N.A. | Marc T.G. Dworsky<br>Kathleen M. McDowell<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, 25th floor<br>Los Angeles, CA 90071-1560<br>Telephone: (213) 683-9100<br><br>David H. Fry<br>Carolyn V. Zabrycki<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th floor<br>San Francisco, CA 94105-2907<br>Telephone: (415) 512-4000 |

**Certificate of Interested Entities**
CV 10-4030 SI                                     5