1 | Stephen D. Hibbard (State Bar No. 177865)
Jared R. Sams (State Bar No. 251922)
2 | SHEARMAN & STERLING LLP
525 Market Street, Suite 1500
3 | San Francisco, CA 94105-2723
Telephone: (415) 616-1100
4 | Facsimile: (415) 616-1199
Email: shibbard@shearman.com
5 | jared.sams@shearman.com

6 | Attorneys for Defendants
COUNTRYWIDE DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| THE CHARLES SCHWAB CORPORATION, | CASE NO. CV-10-4030-SI |
|---|---|
| Plaintiff, | DEFENDANTS COUNTRYWIDE FINANCIAL CORPORATION, CWALT, INC., AND CWMBS, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| v. | |
| BNP PARIBAS SECURITIES CORP., *et al.*, | |
| Defendants. | |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

CASE NO. CV-10-4030-SI

290513

1 | Pursuant to Civil L.R. 3-16 and Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for defendants Countrywide Financial Corporation, CWALT, Inc., and CWMBS, Inc. (collectively, the "Countrywide Defendants"), certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities may (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Nonparty Bank of America Corporation ("BAC") is the parent company of defendant Countrywide Financial Corporation. Defendant Countrywide Financial Corporation is a wholly-owned subsidiary of BAC. No publicly-held corporation other than BAC owns 10% or more of Countrywide Financial Corporation's shares. BAC is a publicly held company whose shares are traded on the New York Stock Exchange. BAC has no parent company and no publicly-held company owns more than 10% of BAC's shares.

2. BAC is the ultimate parent company of defendant CWALT, Inc. Defendant CWALT, Inc. is a wholly-owned subsidiary of Countrywide Financial Corporation, which is a wholly-owned subsidiary of BAC. No publicly-held corporation other than BAC owns 10% or more of defendant CWALT's shares or Countrywide Financial Corporation's shares.

3. BAC is the ultimate parent company of defendant CWMBS, Inc. Defendant CWMBS, Inc. is a wholly-owned subsidiary of Countrywide Financial Corporation, which is a wholly-owned subsidiary of BAC. No publicly-held corporation other than BAC owns 10% or more of defendant CWMBS's shares or Countrywide Financial Corporation's shares.

Dated:  September 16, 2010

SHEARMAN & STERLING LLP
Stephen D. Hibbard
Jared R. Sams


By:_____/s/_____
              Stephen D. Hibbard

Attorneys for Defendants
COUNTRYWIDE DEFENDANTS

---

CERTIFICATION OF INTERESTED         1         CASE NO. CV-10-4030-SI
ENTITIES OR PERSONS                                             290513