| | |
|---|---|
| 1 | Stephen D. Hibbard (State Bar No. 177865) |
| 2 | Jared R. Sams (State Bar No. 251922)<br>SHEARMAN & STERLING LLP |
| 3 | 525 Market Street, Suite 1500<br>San Francisco, CA 94105-2723 |
| 4 | Telephone:  (415) 616-1100<br>Facsimile:   (415) 616-1199 |
| 5 | Email:       shibbard@shearman.com<br>              jared.sams@shearman.com |
| 6 | Attorneys for Defendants<br>COUNTRYWIDE DEFENDANTS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CHARLES SCHWAB CORPORATION,<br><br>            Plaintiff,<br><br>  v.<br><br>BNP PARIBAS SECURITIES CORP., *et al.*,<br><br>            Defendants. | CASE NO. CV-10-4030-SI<br><br>CERTIFICATE OF SERVICE |

---

CERTIFICATE OF SERVICE                                               CASE NO. CV-10-4030-SI

290577

## CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Shearman & Sterling LLP, 525 Market Street, Suite 1500, San Francisco, CA 94105. My e-mail address bhunter@shearman.com. On the date set forth below I served the documents described below in the manner described below:

> DEFENDANTS COUNTRYWIDE FINANCIAL CORPORATION, CWALT, INC., AND CWMBS, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

[X] (BY U.S. MAIL – CCP § 1013a(1)) I am personally and readily familiar with the business practice of Shearman & Sterling LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Francisco, California.

[ ] (BY MESSENGER SERVICE – CCP § 1011) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

[ ] (BY FACSIMILE – CCP § 1013(e)) I am personally and readily familiar with the business practice of Shearman & Sterling LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

[ ] (BY OVERNIGHT MAIL – CCP § 1013(c)) I am personally and readily familiar with the business practice of Shearman & Sterling LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by _____ for overnight delivery.

[ ] (BY ELECTRONIC MAIL – CCP § 1010.6(a)(6)) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused such documents described herein to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

on the following part(ies) in this action:

See SERVICE LIST

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 16, 2010, at San Francisco, California.

_____
Bonnie Hunter

| CERTIFICATE OF SERVICE | 1 | CASE NO. CV-10-4030-SI |

290577

SERVICE LIST

| PARTY | ATTORNEY |
|---|---|
| Plaintiff The Charles Schwab Corporation | Lowell Haky<br>The Charles Schwab Corporation<br>211 Main Street<br>San Francisco, CA 94105-0622 |
| Banc of America Securities LLC<br>Banc of America Mortgage Securities, Inc.<br>Banc of America Funding Corporation | Meredith Kotler<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York NY 10006 |
| BNP Paribas Securities Corp.<br>Deutsche Bank Securities Inc.<br>RBS Securities, Inc. F/K/A Greenwich Capital Markets, Inc. | Dean Kitchens<br>Alexander K. Mircheff<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197 |
| Citigroup Global Markets, Inc.<br>Citigroup Mortgage Loan Trust, Inc. | Susanna M. Buergel<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 |
| Credit Suisse Securities (USA) LLC<br>Credit Suisse First Boston Mortgage Securities Corp. | Richard W. Clary<br>Cravath, Swaine & Moore LLP<br>825 8th Avenue<br>New York, NY 10019<br><br>Robert J. Stumpf, Jr.<br>Sheppard Mullin Richter & Hampton LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4109 |
| Goldman, Sachs & Co.<br>GS Mortgage Securities Corp. | Richard H. Klapper<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004-2498 |
| Morgan Stanley & Co. Inc.<br>Morgan Stanley Capital I Inc. | James P. Rouhandeh<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017 |
| Residential Asset Mortgage Products, Inc.<br>Residential Accredit Loans, Inc. | Regina J. McClendon<br>Severson & Werson<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111 |
| Sequoia Residential Funding, Inc. | Timothy P. Crudo<br>Latham & Watkins LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111 |

290533

| | |
|---|---|
| UBS Securities, LLC<br>Mortgage Asset Securitization<br>Transactions, Inc. | Hackney Wiegmann<br>Williams & Connolly LLP<br>725 Twelfth Street, N.W.<br>Washington, DC 20005 |
| Wells Fargo Defendants | Mark T.G. Dworksy<br>Kathleen M. McDowell<br>Munger, Tolles & Olson LLP<br>355 South Grand Avenue, 25th Floor<br>Los Angeles, CA 90071-1560<br><br>David H. Fry<br>Carolyn V. Zabrycki<br>Munger, Tolles & Olson LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA 94105-2907 |

290533