1  RAGESH K. TANGRI (SBN 159477)
   rtangri@durietangri.com
2  DURIE TANGRI LLP
   217 Leidesdorff Street
3  San Francisco, CA 94111
   Telephone: (415) 362-6666
4  Facsimile: (415) 236-6300

5  MITCHELL A. LOWENTHAL (*pro hac app. to be submitted*)
   mlowenthal@cgsh.com
6  MEREDITH E. KOTLER (*pro hac app. to be submitted*)
   mkotler@cgsh.com
7  PATRICK J. HURFORD (*pro hac app. to be submitted*)
   phurford@cgsh.com
8  JARED M. GERBER (*pro hac app. to be submitted*)
   jgerber@cgsh.com
9  CLEARY GOTTLIEB STEEN & HAMILTON LLP
   One Liberty Plaza
10 New York, NY 10006
   Telephone: (212) 225-2000
11 Facsimile: (212) 225-3999

12 Attorneys for Defendants
   BANK OF AMERICA DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CHARLES SCHWAB CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BNP PARIBAS SECURITIES CORP., *et al.*,<br><br>Defendants. | Case No. CV-10-4030-SI<br><br>**DEFENDANTS BANC OF AMERICA SECURITIES LLC, BANC OF AMERICA MORTGAGE SECURITIES, INC., AND BANC OF AMERICA FUNDING CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16 and Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for defendants Banc of America Securities LLC, Banc of America Mortgage Securities, Inc., and Banc of America Funding Corporation (collectively, the "Bank of America Defendants"), certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities may have a financial interest in the subject matter in controversy or in a party to the proceeding:

1. Nonparty Bank of America Corporation ("BAC") is the ultimate parent company of defendant Banc of America Securities LLC. Defendant Banc of America Securities LLC is a wholly-owned subsidiary of NB Holdings Corporation, which is a wholly-owned subsidiary of BAC. No publicly-held corporation other than BAC owns 10% or more of defendant Banc of America Securities LLC's shares. BAC is a publicly-held company whose shares are traded on the New York Stock Exchange. BAC has no parent company and no publicly-held company owns more than 10% of BAC's shares.

2. BAC is the ultimate parent company of defendant Banc of America Mortgage Securities, Inc. Defendant Banc of America Mortgage Securities, Inc. is a wholly-owned subsidiary of Bank of America National Association, which is a wholly-owned subsidiary of BANA Holding Corporation. BANA Holding Corporation is a wholly-owned subsidiary of BAC. No publicly-held corporation other than BAC owns 10% or more of defendant Banc of America Mortgage Securities, Inc.'s shares.

3. BAC is the parent company of defendant Banc of America Funding Corporation. Defendant Banc of America Funding Corporation is a wholly-owned subsidiary of BAC. No publicly-held corporation other than BAC owns 10% or more of defendant Banc of America Funding Corporation's shares.

4. BAC is the parent company of defendant Countrywide Financial Corporation. Defendant Countrywide Financial Corporation is a wholly-owned subsidiary of BAC. No publicly-held corporation other than BAC owns 10% or more of Countrywide Financial Corporation's shares.

5. BAC is the ultimate parent company of defendant CWALT, Inc. Defendant CWALT, Inc. is a wholly-owned subsidiary of Countrywide Financial Corp., which is a wholly-owned subsidiary of BAC. No publicly-held corporation other than BAC owns 10% or more of defendant CWALT's shares.

DATED: September 16, 2010

DURIE TANGRI LLP
RAGESH K. TANGRI


By: _____/s/ Ragesh K. Tangri_____
        RAGESH K. TANGRI

Attorneys for Defendants
BANK OF AMERICA DEFENDANTS

Of Counsel:

CLEARY GOTTLIEB STEEN & HAMILTON LLP
MITCHELL A. LOWENTHAL (*pro hac app. to be submitted*)
MEREDITH E. KOTLER (*pro hac app. to be submitted*)
PATRICK J. HURFORD (*pro hac app. to be submitted*)
JARED M. GERBER (*pro hac app. to be submitted*)
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

Attorneys for Defendants
BANK OF AMERICA DEFENDANTS

**PROOF OF SERVICE**

I, Aaron D. Winchester, declare:

I am employed in the City of San Francisco, State of California. I am over the age of eighteen years and am not a party to this action. My business address is Durie Tangri LLP, 217 Leidesdorff Street, San Francisco, California 94111. On September 16, 2010, I served Defendants Banc of America Securities LLC, Banc of America Mortgage Securities, Inc., and Banc of America Funding Corporation's Certification Of Interested Entities Or Persons by placing the document in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed to the parties on the attached service list.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 16, 2010, at San Francisco, California.

_____

- 3 -

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS
CASE NO. CV-10-4030-SI

## SERVICE LIST

| Party | Attorney |
|---|---|
| Wells Fargo Asset Securities Corporation<br><br>Wells Fargo Bank, N.A. | Carolyn Veronica Zabrycki<br>Marc T. Dworsky<br>Kathleen M McDowell<br>Munger, Tolles & Olson LLP<br>355 South Grand Avenue, 25th Floor<br>Los Angeles, CA 90071-1560<br><br>David H. Fry<br>Carolyn V. Zabrycki<br>Munger, Tolles & Olson LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA 64105-2907 |
| HSBS Securities (USA) Inc.<br><br>UBS Securities LLC<br><br>Mortgage Asset Securitization Transactions, Inc. | Dane Hal Butswinkas<br>R. Hackney Wiegmann<br>Williams & Connolly LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br><br>Edward W. Swanson<br>August Gugelmann<br>Swanson & McNamara LLP<br>300 Montgomery Street, Suite 1100<br>San Francisco, CA 94104 |
| BNP Paribas Securities Corp.<br><br>Deutsche Bank Securities, Inc.<br><br>RBS Securities, Inc. | Alexander K. Mircheff<br>Dean Joel Kitchens<br>Gibson Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br><br>Rebecca Justice Lazarus<br>Gibson, Dunn & Crutcher LLP<br>555 Mission St., Suite 3000<br>San Francisco, CA 94105-2933 |
| Goldman Sachs & Co.<br><br>GS Mortgage Securities Corp. | Brendan P. Cullen<br>Sullivan & Cromwell<br>1870 Embarcadero Road<br>Palo Alto, CA 94303 |
| CWMBS, Inc.<br><br>Cwalt, Inc.<br><br>Countrywide Financial Corporation | Stephen D. Hibbard<br>Shearman & Sterling, LLP<br>525 Market Street<br>San Francisco, CA 94105 |

| | |
|---|---|
| Citigroup Global Markets, Inc.<br><br>Citigroup Mortgage Loan Trust, Inc. | Susanna M. Buergel<br>1285 Avenue of the Americas<br>New York, NY 10019 |
| Credit Suisse Securities (USA) LLC<br><br>Credit Suisse First Boston Mortgage Securities Corp. | Richard W. Clary<br>Cravath, Swaine & Moore LLP<br>825 Avenue of the Americas<br>New York, NY 10019<br><br>Robert J. Stumpf, Jr.<br>Sheppard Mullin Richter & Hampton LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4109 |
| Morgan Stanley & Co. Inc.<br><br>Morgan Stanley Capital I Inc. | James P. Rouhandeh<br>Davis Polk & Wardwell LLP<br>450 Lexington Ave.<br>New York, NY 10017 |
| Sequoia Residential Funding, Inc. | Timothy P. Crudo<br>Latham & Watkins LLP<br>San Francisco Office<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111 |
| The Charles Schwab Corporation | Robert A. Goodin<br>Francine T. Radford<br>Anne H. Hartman<br>Goodwin, Macbride, Squeri, Day & Lamprey, LLP<br>505 Sansome Street, Suite 900<br><br>David J. Grais<br>Kathryn C. Ellsworth<br>Owen L. Cyrulnik<br>Grais Ellsworth LLP<br>70 East 55th Street<br>New York, NY 10022<br><br>Lowell H. Haky<br>The Charles Schwab Corporation<br>211 Main Street, Suite 400<br>San Francisco, CA 94105 |