RAGESH K. TANGRI (SBN 159477)
rtangri@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:   (415) 362-6666
Facsimile:   (415) 236-6300

MITCHELL A. LOWENTHAL (*pro hac app. to be submitted*)
mlowenthal@cgsh.com
MEREDITH E. KOTLER (*pro hac app. to be submitted*)
mkotler@cgsh.com
PATRICK J. HURFORD (*pro hac app. to be submitted*)
phurford@cgsh.com
JARED M. GERBER (*pro hac app. to be submitted*)
jgerber@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone:   (212) 225-2000
Facsimile:   (212) 225-3999

Attorneys for Defendants
BANK OF AMERICA DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CHARLES SCHWAB CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BNP PARIBAS SECURITIES CORP., *et al.*,<br><br>Defendants. | Case No. CV-10-4030-SI<br><br>**DEFENDANTS BANC OF AMERICA SECURITIES LLC, BANC OF AMERICA MORTGAGE SECURITIES, INC., AND BANC OF AMERICA FUNDING CORPORATION'S JOINDER IN NOTICE OF REMOVAL** |

JOINDER IN NOTICE OF REMOVAL
CASE NO. CV-10-4030-SI

Defendants Banc of America Securities LLC, Banc of America Mortgage Securities, Inc., and Banc of America Funding Corporation (collectively, the "Bank of America Defendants") hereby consent to and join in defendants Wells Fargo Asset Securities Corporation and Wells Fargo Bank, N.A.'s Notice of Removal Action, removing Case No. CGC-10-501610, filed in the Superior Court of California, San Francisco, and all claims and causes of action therein (the "State Court Action"), to the United States District Court for the Northern District of California, San Francisco Division.[1] Additionally, the Bank of America Defendants state as follows:

1. On July 15, 2010, plaintiff The Charles Schwab Corporation filed a Summons and Complaint, captioned <u>The Charles Schwab Corporation v. BNP Paribas Securities Corp., et al.</u>, in the State Court Action.

2. On August 2, 2010, the plaintiff filed an Amended Complaint in the State Court Action.

3. On or about August 17, 2010, the plaintiff served a copy of the Summons and the Amended Complaint on the Bank of America Defendants. This Joinder In Notice Of Removal Action is filed within thirty (30) days of the Bank of America Defendants' receipt of the Summons and Amended Complaint and is therefore timely under 28 U.S.C. § 1446(b).

4. This is not a core proceeding under 28 U.S.C. § 157(b). The Bank of America Defendants do not consent to entry of final orders of judgment by any bankruptcy judge.

5. The Bank of America Defendants reserve the right to file a supplemental statement in support of their right to have federal jurisdiction maintained over the claims asserted against them.

///
///
///
///

---

[1] The Bank of America Defendants appear specifically for purposes of removal. The Bank of America Defendants reserve all defenses that may be available in this action, including, but not limited to, defenses concerning service and jurisdiction.

- 1 -  JOINDER IN NOTICE OF REMOVAL
CASE NO. CV-10-4030-SI

| | |
|---|---|
| DATED: September 16, 2010 | DURIE TANGRI LLP<br>RAGESH K. TANGRI |
| | By: /s/ Ragesh K. Tangri <br> RAGESH K. TANGRI |
| | Attorneys for Defendants<br>BANK OF AMERICA DEFENDANTS |

Of Counsel:

CLEARY GOTTLIEB STEEN & HAMILTON LLP
MITCHELL A. LOWENTHAL (*pro hac app. to be submitted*)
MEREDITH E. KOTLER (*pro hac app. to be submitted*)
PATRICK J. HURFORD (*pro hac app. to be submitted*)
JARED M. GERBER (*pro hac app. to be submitted*)
One Liberty Plaza
New York, NY 10006
Telephone:	(212) 225-2000
Facsimile:	(212) 225-3999

Attorneys for Defendants
BANK OF AMERICA DEFENDANTS

**PROOF OF SERVICE**

I, Aaron D. Winchester, declare:

I am employed in the City of San Francisco, State of California. I am over the age of eighteen years and am not a party to this action. My business address is Durie Tangri LLP, 217 Leidesdorff Street, San Francisco, California 94111. On September 16, 2010, I served Defendants Banc of America Securities LLC, Banc of America Mortgage Securities, Inc., and Banc of America Funding Corporation's Joinder In Notice Of Removal by placing the document in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed to the parties on the attached service list.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 16, 2010, at San Francisco, California.

*/s/ Aaron D. Winchester*

## SERVICE LIST

| Party | Attorney |
|---|---|
| Wells Fargo Asset Securities Corporation<br><br>Wells Fargo Bank, N.A. | Carolyn Veronica Zabrycki<br>Marc T. Dworsky<br>Kathleen M McDowell<br>Munger, Tolles & Olson LLP<br>355 South Grand Avenue, 25th Floor<br>Los Angeles, CA 90071-1560<br><br>David H. Fry<br>Carolyn V. Zabrycki<br>Munger, Tolles & Olson LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA 64105-2907 |
| HSBC Securities (USA) Inc.<br><br>UBS Securities LLC<br><br>Mortgage Asset Securitization Transactions, Inc. | Dane Hal Butswinkas<br>R. Hackney Wiegmann<br>Williams & Connolly LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br><br>Edward W. Swanson<br>August Gugelmann<br>Swanson & McNamara LLP<br>300 Montgomery Street, Suite 1100<br>San Francisco, CA 94104 |
| BNP Paribas Securities Corp.<br><br>Deutsche Bank Securities, Inc.<br><br>RBS Securities, Inc. | Alexander K. Mircheff<br>Dean Joel Kitchens<br>Gibson Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br><br>Rebecca Justice Lazarus<br>Gibson, Dunn & Crutcher LLP<br>555 Mission St., Suite 3000<br>San Francisco, CA 94105-2933 |
| Goldman Sachs & Co.<br><br>GS Mortgage Securities Corp. | Brendan P. Cullen<br>Sullivan & Cromwell<br>1870 Embarcadero Road<br>Palo Alto, CA 94303 |
| CWMBS, Inc.<br><br>Cwalt, Inc.<br><br>Countrywide Financial Corporation | Stephen D. Hibbard<br>Shearman & Sterling, LLP<br>525 Market Street<br>San Francisco, CA 94105 |

| | |
|---|---|
| Citigroup Global Markets, Inc.<br><br>Citigroup Mortgage Loan Trust, Inc. | Susanna M. Buergel<br>1285 Avenue of the Americas<br>New York, NY 10019 |
| Credit Suisse Securities (USA) LLC<br><br>Credit Suisse First Boston Mortgage Securities Corp. | Richard W. Clary<br>Cravath, Swaine & Moore LLP<br>825 Avenue of the Americas<br>New York, NY 10019<br><br>Robert J. Stumpf, Jr.<br>Sheppard Mullin Richter & Hampton LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4109 |
| Morgan Stanley & Co. Inc.<br><br>Morgan Stanley Capital I Inc. | James P. Rouhandeh<br>Davis Polk & Wardwell LLP<br>450 Lexington Ave.<br>New York, NY 10017 |
| Sequoia Residential Funding, Inc. | Timothy P. Crudo<br>Latham & Watkins LLP<br>San Francisco Office<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111 |
| The Charles Schwab Corporation | Robert A. Goodin<br>Francine T. Radford<br>Anne H. Hartman<br>Goodwin, Macbride, Squeri, Day & Lamprey, LLP<br>505 Sansome Street, Suite 900<br><br>David J. Grais<br>Kathryn C. Ellsworth<br>Owen L. Cyrulnik<br>Grais Ellsworth LLP<br>70 East 55th Street<br>New York, NY 10022<br><br>Lowell H. Haky<br>The Charles Schwab Corporation<br>211 Main Street, Suite 400<br>San Francisco, CA 94105 |