| | |
|---|---|
| 1 | RAGESH K. TANGRI (SBN 159477) |
| | rtangri@durietangri.com |
| 2 | DURIE TANGRI LLP |
| | 217 Leidesdorff Street |
| 3 | San Francisco, CA 94111 |
| | Telephone: (415) 362-6666 |
| 4 | Facsimile: (415) 236-6300 |
| 5 | |
| | MITCHELL A. LOWENTHAL (*pro hac app. to be submitted*) |
| 6 | mlowethanl@cgsh.com |
| | MEREDITH E. KOTLER (*pro hac app. to be submitted*) |
| 7 | mkotler@cgsh.com |
| | PATRICK J. HURFORD (*pro hac app. to be submitted*) |
| 8 | phurford@cgsh.com |
| | JARED M. GERBER (*pro hac app. to be submitted*) |
| 9 | jgerber@cgsh.com |
| | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| 10 | One Liberty Plaza |
| | New York, NY 10006 |
| 11 | Telephone: (212) 225-2000 |
| | Facsimile: (212) 225-3999 |
| 12 | |
| 13 | Attorneys for Defendants |
| | BANK OF AMERICA DEFENDANTS |

FILED
2010 SEP 16 P 3: 41
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 18 | THE CHARLES SCHWAB CORPORATION, | CASE NO. 10-04030-SI |
| 19 | Plaintiff, | **PROOF OF SERVICE** |
| 20 | vs. | |
| 21 | BNP PARIBAS SECURITIES CORP.; CWMBS, INC.; BANC OF AMERICA SECURITIES LLC; BANC OF AMERICA MORTGAGE SECURITIES, INC; BANC OF AMERICA FUNDING CORPORATION; CWALT, INC.; COUNTRYWIDE FINANCIAL CORPORATION; CITIGROUP GLOBAL MARKETS, INC.; CITIGROUP MORTGAGE LOAN TRUST, INC.; RESIDENTIAL ACCREDIT LOANS, INC.; FIRST HORIZON ASSET SECURITIES INC.; CREDIT SUISSE SECURITIES (USA) LLC; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; RESIDENTIAL ASSET MORTGAGE | |

PROOF OF SERVICE
CASE NO. 10-04030-SI

| | |
|---|---|
| 1 | PRODUCTS, INC.; DEUTSCHE BANK SECURITIES INC.; FIRST TENNESSEE |
| 2 | BANK N.A.; GOLDMAN, SACHS & CO.; GS MORTGAGE SECURITIES CORP.; RBS |
| 3 | SECURITIES, INC. F/K/A GREENWICH CAPITAL MARKETS, INC.; HSBC |
| 4 | SECURITIES (USA) INC.; WELLS FARGO ASSET SECURITIES CORPORATION; |
| 5 | WELLS FARGO BANK N.A.; MORGAN STANLEY & CO. INC.; MORGAN STANLEY |
| 6 | CAPITAL I INC.; SEQUOIA RESIDENTIAL FUNDING, INC.; UBS SECURITIES, LLC; |
| 7 | MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC.; AND DOES I-50, |
| 8 | Defendants. |

1  I, Aaron D. Winchester, declare:

2  I am employed in the City of San Francisco, State of California. I am over the age of
3  eighteen years and am not a party to this action. My business address is Durie Tangri LLP, 217
4  Leidesdorff Street, San Francisco, California 94111. On September 16, 2010, I served the below-
5  named papers in this action by placing the document in a sealed envelope with postage thereon
6  fully prepaid, in the United States mail at San Francisco, California addressed to the parties on the
7  attached service list.

9  Application For Admission Of Mitchell A. Lowenthal *Pro Have Vice*;
10  (Proposed) Order Granting Application Of Mitchell A. Lowenthal For Admission *Pro Hac Vice*;
11  Application For Admission Of Meredith E. Kotler *Pro Have Vice*;
12  (Proposed) Order Granting Application Of Meredith E. Kotler For Admission *Pro Hac Vice*;
13  Application For Admission Of Patrick J. Hurford *Pro Have Vice*;
14  (Proposed) Order Granting Application Of Patrick J. Hurford For Admission *Pro Hac Vice*;
15  Application For Admission Of Jared Gerber *Pro Have Vice*; and
16  (Proposed) Order Granting Application Of Jared Gerber For Admission *Pro Hac Vice*

18  I declare under penalty of perjury that the foregoing is true and correct. Executed on
19  September 16, 2010, at San Francisco, California.

*/s/ Aaron D. Winchester*

**SERVICE LIST**

| Party | Attorney |
|---|---|
| Wells Fargo Asset Securities Corporation<br><br>Wells Fargo Bank, N.A. | Carolyn Veronica Zabrycki<br>Marc T. Dworsky<br>Kathleen M McDowell<br>Munger, Tolles & Olson LLP<br>355 South Grand Avenue, 25th Floor<br>Los Angeles, CA 90071-1560<br><br>David H. Fry<br>Carolyn V. Zabrycki<br>Munger, Tolles & Olson LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA 64105-2907 |
| UBS Securities LLC<br><br>Mortgage Asset Securitization Transactions, Inc.<br><br>HSBC Securities (USA), Inc. | Dane Hal Butswinkas<br>R. Hackney Wiegmann<br>Williams & Connoly LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br><br>Edward W. Swanson<br>August P. Gugelmann<br>Swanson & McNamara LLP<br>300 Montgomery Street, # 1100<br>San Francisco, CA 94104 |
| BNP Paribas Securities Corp.<br><br>Deutsche Bank Securities, Inc.<br><br>RBS Securities, Inc. | Alexander K. Mircheff<br>Dean Joel Kitchens<br>Gibson Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br><br>Rebecca Justice Lazarus<br>Gibson, Dunn & Crutcher  LLP<br>555 Mission St., Suite 3000<br>San Francisco, CA 94105-2933 |
| Goldman Sachs & Co.<br><br>GS Mortgage Securities Corp. | Brendan P. Cullen<br>Sullivan & Cromwell<br>1870 Embarcadero Road<br>Palo Alto, CA 94303 |
| CWMBS, Inc.<br><br>Cwalt, Inc.<br><br>Countrywide Financial Corporation | Stephen D. Hibbard<br>Shearman & Sterling, LLP<br>525 Market Street<br>San Francisco, CA 94105 |

| | | |
|---|---|---|
| 1 | | |
| 2 | Citigroup Global Markets, Inc. | Susanna M. Buergel<br>1285 Avenue of the Americas |
| 3 | Citigroup Mortgage Loan Trust, Inc. | New York, NY 10019 |
| 4 | Credit Suisse Securities (USA) LLC | Richard W. Clary<br>Cravath, Swaine & Moore LLP |
| 5 | Credit Suisse First Boston Mortgage<br>Securities Corp. | 825 Avenue of the Americas<br>New York, NY 10019 |
| 6 | | |
| 7 | | Robert J. Stumpf, Jr.<br>Sheppard Mullin Richter & Hampton LLP |
| 8 | | Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4109 |
| 9 | | |
| 10 | Morgan Stanley & Co. Inc. | James P. Rouhandeh<br>Davis Polk & Wardwell LLP |
| 11 | Morgan Stanley Capital I Inc. | 450 Lexington Ave.<br>New York, NY 10017 |
| 12 | | |
| 13 | Sequoia Residential Funding, Inc. | Timothy P. Crudo<br>Latham & Watkins LLP |
| 14 | | San Francisco Office<br>505 Montgomery Street, Suite 2000 |
| 15 | | San Francisco, CA 94111 |
| 16 | The Charles Schwab Corporation | Robert A. Goodin |
| 17 | | Francine T. Radford<br>Anne H. Hartman |
| 18 | | Goodwin, Macbride, Squeri, Day & Lamprey, LLP<br>505 Sansome Street, Suite 900 |
| 19 | | |
| 20 | | David J. Grais<br>Kathryn C. Ellsworth |
| 21 | | Owen L. Cyrulnik<br>Grais Ellsworth LLP |
| 22 | | 70 East 55th Street<br>New York, NY 10022 |
| 23 | | |
| 24 | | Lowell H. Haky<br>The Charles Schwab Corporation |
| 25 | | 211 Main Street, Suite 400<br>San Francisco, CA 94105 |
| 26 | | |
| 27 | | |
| 28 | | |

PROOF OF SERVICE
CASE NO. 10-04030-SI