| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | Peter A. Wald (SBN 85705)<br>peter.wald@lw.com |
| 3 | Timothy P. Crudo (SBN 143835)<br>timothy.crudo@lw.com |
| 4 | 505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111 |
| 5 | Tel: (415) 395-8006<br>Fax: (415) 395-8095 |
| 6 | Attorneys for Sequoia Residential Funding, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CHARLES SCHWAB CORPORATION<br><br>Plaintiff,<br><br>vs.<br><br>BNP PARIBAS SECURITIES CORP.; CWMBS, INC.; BANC OF AMERICA SECURITIES LLC; BANC OF AMERICA MORTGAGE SECURITIES, INC; BANC OF AMERICA FUNDING CORPORATION; CWALT, INC.; COUNTRYWIDE FINANCIAL CORPORATION; CITIGROUP GLOBAL MARKETS, INC.; CITIGROUP MORTGAGE LOAN TRUST, INC.; RESIDENTIAL ACCREDIT LOANS, INC.; FIRST HORIZON ASSET SECURITIES INC.; CREDIT SUISSE SECURITIES (USA) LLC; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC.; DEUTSCHE BANK SECURITIES INC.; FIRST TENNESSEE BANK N.A.; GOLDMAN, SACHS & CO.; GS MORTGAGE SECURITIES CORP.; RBS SECURITIES, INC. F/K/A GREENWICH CAPITAL MARKETS, INC.; HSBC SECURITIES (USA) INC.; WELLS FARGO ASSET SECURITIES CORPORATION; WELLS FARGO BANK N.A.; MORGAN STANLEY & CO. INC.; MORGAN STANLEY CAPITAL I INC.; SEQUOIA RESIDENTIAL FUNDING, INC.; UBS | CASE NO. 10-4030 (SI)<br><br>**DEFENDANT SEQUOIA RESIDENTIAL FUNDING, INC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO F.R.C.P. 7-1 AND CIVIL L.R. 3-16** |

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

SF\764176.1

1

SEQUOIA RESIDENTIAL FUNDING, INC.'S
CERTIFICATION OF INTERESTED ENTITIES
CASE NO. 10-4030 (SI)

1 | SECURITIES, LLC; MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC.; AND DOES I-50,
2 |
3 | Defendants.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

SEQUOIA RESIDENTIAL FUNDING, INC.'S
CERTIFICATION OF INTERESTED ENTITIES
CASE NO. 10-4030 (SI)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil L.R. 3-16 of the United States District Court for the Northern District of California, Defendant Sequoia Residential Funding, Inc., by the undersigned counsel, certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities may have a financial interest in the subject matter or in a party to the proceeding:

Sequoia Residential Funding, Inc. is a wholly-owned subsidiary of RWT Holdings, Inc., which is a corporation organized under the laws of Delaware. RWT Holdings, Inc. is a wholly-owned subsidiary of Redwood Trust, Inc., which is a corporation organized under the laws of Maryland and whose shares are publicly traded on the New York Stock Exchange.

Dated: September 20, 2010

LATHAM & WATKINS LLP


By /s/ Peter A. Wald
    Peter A. Wald
    Timothy P. Crudo
    Attorneys for Sequoia Residential Funding, Inc.

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

SEQUOIA RESIDENTIAL FUNDING, INC.'S
CERTIFICATION OF INTERESTED ENTITIES
CASE NO. 10-4030 (SI)