LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  peter.wald@lw.com
  Timothy P. Crudo (SBN 143835)
  timothy.crudo@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel:  (415) 395-8006
Fax:  (415) 395-8095

Attorneys for Sequoia Residential Funding, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CHARLES SCHWAB CORPORATION | CASE NO. 10-4030 (SI) |
| | **PROOF OF SERVICE** |
| Plaintiff, | |
| vs. | |
| BNP PARIBAS SECURITIES CORP.; CWMBS, INC.; BANC OF AMERICA SECURITIES LLC; BANC OF AMERICA MORTGAGE SECURITIES, INC; BANC OF AMERICA FUNDING CORPORATION; CWALT, INC.; COUNTRYWIDE FINANCIAL CORPORATION; CITIGROUP GLOBAL MARKETS, INC.; CITIGROUP MORTGAGE LOAN TRUST, INC.; RESIDENTIAL ACCREDIT LOANS, INC.; FIRST HORIZON ASSET SECURITIES INC.; CREDIT SUISSE SECURITIES (USA) LLC; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC.; DEUTSCHE BANK SECURITIES INC.; FIRST TENNESSEE BANK N.A.; GOLDMAN, SACHS & CO.; GS MORTGAGE SECURITIES CORP.; RBS SECURITIES, INC. F/K/A GREENWICH CAPITAL MARKETS, INC.; HSBC SECURITIES (USA) INC.; WELLS FARGO ASSET SECURITIES CORPORATION; WELLS FARGO BANK N.A.; MORGAN STANLEY & CO. INC.; MORGAN STANLEY CAPITAL I INC.; SEQUOIA RESIDENTIAL FUNDING, INC.; UBS | |

| | |
|---|---|
| 1 | SECURITIES, LLC; MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC.; AND DOES I-50, |
| 2 | |
| 3 |     Defendants. |

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111-6538.

On **September 20, 2010**, I served the following document described as:

**DEFENDANT SEQUOIA RESIDENTIAL FUNDING, INC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO F.R.C.P. 7-1 AND CIVIL L.R. 3-16**

by serving a true copy of the above-described document in the following manner:

**VIA U.S. MAIL**

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mail delivery by the United States Post Office. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents in a post office, mailbox, subpost office, substation, mail chute, or other like facility regularly maintained for receipt of the United States Post Office; such documents are delivered for mail delivery by the United States Post Office on that same day in the ordinary course of business, with delivery fees thereon fully prepaid and/or provided for. I deposited in Latham & Watkins LLP' interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for US mail delivery by the United States Post Office:

| PARTY | ATTORNEY |
| --- | --- |
| Banc of America Securities LLC<br>Banc of America Mortgage Securities, Inc.<br>Bank of America Funding Corporation | Meredith Kotler<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York NY 10006 |
| Credit Suisse Securities (USA) LLC<br>Credit Suisse First Boston Mortgage Securities Corp. | Richard W. Clary<br>Cravath, Swaine & Moore LLP<br>825 8th Avenue<br>New York, NY 10019<br><br>Robert J. Stumpf, Jr.<br>Sheppard Mullin Richter & Hampton LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4109 |
| Morgan Stanley & Co. Inc.<br>Morgan Stanley Capital I Inc. | James P. Rouhandeh<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017 |
| UBS Securities, LLC<br>Mortgage Asset Securitization Transactions, Inc. | Hackny Wiegmann<br>Williams & Connolly LLP<br>725 Twelfth Street, N.W.<br>Washington, DC 20005 |

1     I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

2

3     Executed on **September 20, 2010**, at San Francisco, California.

                                                /s/ Caroline Yu
                                                  Caroline Yu