RECEIVED

2010 SEP 16  P 3: 41

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE CHARLES SCHWAB CORPORATION, | CASE NO.  10-04030-SI |
| Plaintiff, | **(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF JARED GERBER *PRO HAC VICE*** |
| vs. | |
| BNP PARIBAS SECURITIES CORP.; CWMBS, INC.; BANC OF AMERICA SECURITIES LLC; BANC OF AMERICA MORTGAGE SECURITIES, INC; BANC OF AMERICA FUNDING CORPORATION; CWALT, INC.; COUNTRYWIDE FINANCIAL CORPORATION; CITIGROUP GLOBAL MARKETS, INC.; CITIGROUP MORTGAGE LOAN TRUST, INC.; RESIDENTIAL ACCREDIT LOANS, INC.; FIRST HORIZON ASSET SECURITIES INC.; CREDIT SUISSE SECURITIES (USA) LLC; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC.; DEUTSCHE BANK SECURITIES INC.; FIRST TENNESSEE BANK N.A.; GOLDMAN, SACHS & CO.; GS MORTGAGE SECURITIES CORP.; RBS SECURITIES, INC. F/K/A GREENWICH CAPITAL MARKETS, INC.; HSBC SECURITIES (USA) INC.; WELLS FARGO ASSET SECURITIES CORPORATION; WELLS FARGO BANK N.A.; MORGAN STANLEY & CO. INC.; MORGAN STANLEY CAPITAL I INC.; SEQUOIA RESIDENTIAL FUNDING, INC.; UBS SECURITIES, LLC; MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC.; AND DOES I-50, | |
| Defendants. | |

1    Jared Gerber, an active member in good standing of the bar of New York and admitted to

2   practice in the United States District Courts for the Southern and Eastern Districts of New York,

3   whose business address and telephone number is Cleary Gottlieb Steen & Hamilton LLP, One

4   Liberty Plaza, New York, NY 10006, 212-225-2000, having applied in the above-entitled action

5   for admission to practice in the Northern District of California on a *pro hac vice* basis,

6   representing Defendants Banc of America Securities LLC, Banc of America Mortgage Securities,

7   Inc., and Banc of America Funding Corporation.

8    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

9   conditions of Civil L.R. 11-2.  All papers filed by the attorney must indicate appearance *pro hac*

10  *vice*.  Service of papers upon and communications with co-counsel designated in the application

11  will constitute notice to the party.  All future filings in this action are subject to the requirement

12  contained in General Order No. 45, *Electronic Case Filing*.

13

14  DATED: _____

THE HONORABLE SUSAN ILLSTON
15                                              UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

1

(PROPOSED) ORDER GRANTING
APPLICATION FOR ADMISSION OF
JARED GERBER *PRO HAC VICE*
CASE NO. 10-04030-SI