ORIGINAL

RECEIVED
SEP 16 P 3:41

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CHARLES SCHWAB CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>BNP PARIBAS SECURITIES CORP.; CWMBS, INC.; BANC OF AMERICA SECURITIES LLC; BANC OF AMERICA MORTGAGE SECURITIES, INC; BANC OF AMERICA FUNDING CORPORATION; CWALT, INC.; COUNTRYWIDE FINANCIAL CORPORATION; CITIGROUP GLOBAL MARKETS, INC.; CITIGROUP MORTGAGE LOAN TRUST, INC.; RESIDENTIAL ACCREDIT LOANS, INC.; FIRST HORIZON ASSET SECURITIES INC.; CREDIT SUISSE SECURITIES (USA) LLC; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC.; DEUTSCHE BANK SECURITIES INC.; FIRST TENNESSEE BANK N.A.; GOLDMAN, SACHS & CO.; GS MORTGAGE SECURITIES CORP.; RBS SECURITIES, INC. F/K/A GREENWICH CAPITAL MARKETS, INC.; HSBC SECURITIES (USA) INC.; WELLS FARGO ASSET SECURITIES CORPORATION; WELLS FARGO BANK N.A.; MORGAN STANLEY & CO. INC.; MORGAN STANLEY CAPITAL I INC.; SEQUOIA RESIDENTIAL FUNDING, INC.; UBS SECURITIES, LLC; MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC.; AND DOES I-50,<br><br>Defendants. | CASE NO. 10-04030-SI<br><br>**(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF PATRICK J. HURFORD *PRO HAC VICE*** |

(PROPOSED) ORDER GRANTING
APPLICATION FOR ADMISSION OF
PATRICK J. HURFORD *PRO HAC VICE*
CASE NO. 10-04030-SI

1     Patrick J. Hurford, an active member in good standing of the bar of New York and admitted to practice in the United States District Court for the Southern District of New York, whose business address and telephone number is Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, 212-225-2000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants Banc of America Securities LLC, Banc of America Mortgage Securities, Inc., and Banc of America Funding Corporation.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-2. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communications with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirement contained in General Order No. 45, *Electronic Case Filing*.

DATED:

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

1

(PROPOSED) ORDER GRANTING
APPLICATION FOR ADMISSION OF
PATRICK J. HURFORD *PRO HAC VICE*
CASE NO. 10-04030-SI