# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CHARLES SCHWAB CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>BNP PARIBAS SECURITIES CORP.; CWMBS, INC.; BANC OF AMERICA SECURITIES LLC; BANC OF AMERICA MORTGAGE SECURITIES, INC; BANC OF AMERICA FUNDING CORPORATION; CWALT, INC.; COUNTRYWIDE FINANCIAL CORPORATION; CITIGROUP GLOBAL MARKETS, INC.; CITIGROUP MORTGAGE LOAN TRUST, INC.; RESIDENTIAL ACCREDIT LOANS, INC.; FIRST HORIZON ASSET SECURITIES INC.; CREDIT SUISSE SECURITIES (USA) LLC; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC.; DEUTSCHE BANK SECURITIES INC.; FIRST TENNESSEE BANK N.A.; GOLDMAN, SACHS & CO.; GS MORTGAGE SECURITIES CORP.; RBS SECURITIES, INC. F/K/A GREENWICH CAPITAL MARKETS, INC.; HSBC SECURITIES (USA) INC.; WELLS FARGO ASSET SECURITIES CORPORATION; WELLS FARGO BANK N.A.; MORGAN STANLEY & CO. INC.; MORGAN STANLEY CAPITAL I INC.; SEQUOIA RESIDENTIAL FUNDING, INC.; UBS SECURITIES, LLC; MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC.; AND DOES 1-50,<br><br>Defendants. | CASE NO. 10-04030-SI<br><br>**(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF MITCHELL A. LOWENTHAL** *PRO HAC VICE* |

1   Mitchell A. Lowenthal, an active member in good standing of the bar of New York and
2   admitted to practice before the U.S. Supreme Court, the U.S. District Court for the Southern and
3   Eastern Districts of New York and the Eastern District of Wisconsin, and the U.S. Court of
4   Appeals for the Second, Ninth and Eleventh Circuits, whose business address and telephone
5   number is Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006,
6   212-225-2000, having applied in the above-entitled action for admission to practice in the
7   Northern District of California on a *pro hac vice* basis, representing Defendants Banc of America
8   Securities LLC, Banc of America Mortgage Securities, Inc., and Banc of America Funding
9   Corporation.

10   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
11   conditions of Civil L.R. 11-2. All papers filed by the attorney must indicate appearance *pro hac*
12   *vice*. Service of papers upon and communications with co-counsel designated in the application
13   will constitute notice to the party. All future filings in this action are subject to the requirement
14   contained in General Order No. 45, *Electronic Case Filing*.

DATED:

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE