RECEIVED

2010 SEP 16 P 3: 40

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CHARLES SCHWAB CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>BNP PARIBAS SECURITIES CORP.; CWMBS, INC.; BANC OF AMERICA SECURITIES LLC; BANC OF AMERICA MORTGAGE SECURITIES, INC; BANC OF AMERICA FUNDING CORPORATION; CWALT, INC.; COUNTRYWIDE FINANCIAL CORPORATION; CITIGROUP GLOBAL MARKETS, INC.; CITIGROUP MORTGAGE LOAN TRUST, INC.; RESIDENTIAL ACCREDIT LOANS, INC.; FIRST HORIZON ASSET SECURITIES INC.; CREDIT SUISSE SECURITIES (USA) LLC; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC.; DEUTSCHE BANK SECURITIES INC.; FIRST TENNESSEE BANK N.A.; GOLDMAN, SACHS & CO.; GS MORTGAGE SECURITIES CORP.; RBS SECURITIES, INC. F/K/A GREENWICH CAPITAL MARKETS, INC.; HSBC SECURITIES (USA) INC.; WELLS FARGO ASSET SECURITIES CORPORATION; WELLS FARGO BANK N.A.; MORGAN STANLEY & CO. INC.; MORGAN STANLEY CAPITAL I INC.; SEQUOIA RESIDENTIAL FUNDING, INC.; UBS SECURITIES, LLC; MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC.; AND DOES I-50,<br><br>Defendants. | CASE NO. 10-04030-SI<br><br>**(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF MEREDITH E. KOTLER *PRO HAC VICE*** |

1 | Meredith E. Kotler, an active member in good standing of the of the bar of New York and
2 | admitted to practice before the United States District Courts for the Southern and Eastern
3 | Districts of New York, the United States Court of Appeals for the Second Circuit, and the United
4 | States Supreme Court, whose business address and telephone number is Cleary Gottlieb Steen &
5 | Hamilton LLP, One Liberty Plaza, New York, NY 10006, 212-225-2000, having applied in the
6 | above-entitled action for admission to practice in the Northern District of California on a *pro hac*
7 | *vice* basis, representing Defendants Banc of America Securities LLC, Banc of America Mortgage
8 | Securities, Inc. and Banc of America Funding Corporation.

9 | IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
10 | conditions of Civil L.R. 11-2. All papers filed by the attorney must indicate appearance *pro hac*
11 | *vice*. Service of papers upon and communications with co-counsel designated in the application
12 | will constitute notice to the party. All future filings in this action are subject to the requirement
13 | contained in General Order No. 45, *Electronic Case Filing*.

DATED: _____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

1

(PROPOSED) ORDER GRANTING
APPLICATION FOR ADMISSION OF
MEREDITH E. KOTLER *PRO HAC VICE*
CASE NO. 10-04030-SI