ORIGINAL

RECEIVED
2010 SEP 16  P 4: 03

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

The Charles Schwab Corporation,

        Plaintiff,

v.

BNP Paribas, et al.,

        Defendant.

CASE NO. CV 10-4030 SI

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

R. Hackney Wiegmann, whose business address and telephone number is Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, DC 20005, and who is an active member in good standing of the bar of the District of Columbia having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing UBS Securities LLC, & MAST, Inc.,

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated:

*Susan Illston*
Hon. Susan Illston
United States District Judge