Edward W. Swanson, SBN 159859
August Gugelmann, SBN 240544
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for Defendants UBS SECURITIES LLC,
MORTGAGE ASSET SECURITIZATION
TRANSACTIONS, INC., and
HSBC SECURITIES (USA) INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CHARLES SCHWAB CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BNP PARIBAS SECURITIES CORP., *et al.*, <br><br> Defendants | No. CV 10-4030 SI <br><br> **PROOF OF SERVICE** |

/ / /

# PROOF OF SERVICE

I, the undersigned, certify:

That I am a citizen of the United States, over the age of eighteen years, and not a party to the within cause; I am employed in the City and County of San Francisco, State of California; my business address is 300 Montgomery Street, Suite 1100, San Francisco, CA 94104.

On this date I caused to be served on the interested parties hereto, a copy of:

- **Order Granting Application for Admission of Attorney Pro Hac Vice as to Dane H. Butswinkas (Docket No. 37)**

- **Order Granting Application for Admission of Attorney Pro Hac Vice as to R. Hackney Wiegmann (Docket No. 40)**

(X) By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as set forth below;

( ) By having a messenger personally deliver a true copy thereof to the person and/or office of the person at the address set forth below.

( ) By delivering a true copy thereof to "Federal Express" to be delivered to the person at the address set forth below.

( ) By serving a true copy by facsimile to the person and/or office of the person at the address set forth below;

(X) By uploading a true copy thereof to the United States District Court, Northern District of California's electronic case filing ("ECF") system.

*See attached service list*

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this certificate has been executed on September 21, 2010 at San Francisco, California.

Alex Barkett

Proof of Service
CV 10-4030 SI                                   2

**Service List**
CV 10-4030 SI

**Via U.S. Mail:**

| | |
|---|---|
| Credit Suisse Securities (USA) LLC<br>Credit Suisse First Boston Mortgage Securities Corp. | Richard W. Clary<br>Cravath, Swaine & Moore LLP<br>825 8th Avenue<br>New York, NY 10019<br>(212) 474-1000<br><br>Robert J. Stumpf, Jr.<br>Sheppard Mullin Richter & Hampton LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4109<br>(415) 434-9100 |
| Morgan Stanley & Co. Inc. | James P. Rouhandeh<br>Davis Polk & Wardwell LLP<br>450 Lexington Ave.<br>New York, NY 10017<br>(212) 450-4000 |
| Residential Asset Mortgage Products, Inc.<br>Residential Accredit Loans, Inc. | Regina J. McClendon<br>Severson & Werson<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>(415) 677-5602 |

**Via ECF:**

| | |
|---|---|
| Plaintiff The Charles Schwab Corporation | Lowell Haky<br>The Charles Schwab Corporation<br>211 Main Street<br>San Francisco, CA 94105<br>(415) 667-0622 |
| BNP Paribas Securities Corp.<br>Deutsche Bank Securities Inc.<br>RBS Securities, Inc. F/K/A Greenwich Capital Markets, Inc. | Dean Joel Kitchens<br>Alexander K. Mircheff<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>(213) 229-7000 |
| Goldman, Sachs & Co.<br>GS Mortgage Securities Corp. | Brendan P. Cullen<br>Sullivan & Cromwell<br>1870 Embarcadero Road<br>Palo Alto, CA 94303<br>(650) 461-5600 |

**Proof of Service**
CV 10-4030 SI                                    3

| | |
|---|---|
| Citigroup Global Markets, Inc.<br>Citigroup Mortgage Loan Trust, Inc. | Richard L. Seabolt<br>Duane Morris LLP<br>One Market<br>Spear Tower, Ste. 2200<br>San Francisco, CA 94105<br>(415) 957-3212 |
| Wells Fargo Asset Securities Corporation<br>Wells Fargo Bank, N.A. | Marc T.G. Dworsky<br>Kathleen M. McDowell<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, 25th floor<br>Los Angeles, CA 90071-1560<br>Telephone: (213) 683-9100<br><br>David H. Fry<br>Carolyn V. Zabrycki<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th floor<br>San Francisco, CA 94105-2907<br>Telephone: (415) 512-4000 |
| Banc Of America Securities LLC<br>Banc Of America Mortgage Securities, Inc.<br>Banc Of America Funding Corporation | Ragesh K. Tangri<br>Durie Tangri LLP<br>217 Leidesdorff Street<br>San Francisco, CA 94111<br>(415) 376-6402 |
| CWMBS, Inc.<br>Cwalt, Inc.<br>Countrywide Financial Corporation | Stephen D. Hibbard<br>Shearman & Sterling, LLP<br>525 Market Street<br>San Francisco, CA 94105<br>(415) 616-1174 |
| Sequoia Residential Funding, Inc. | Timothy P. Crudo<br>Latham & Watkins LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>(415) 395-8084 |

**Proof of Service**
CV 10-4030 SI                                    4