UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>v.<br><br>BNP PARIBAS SECURITIES CORP.;<br>CWMBS, INC.;<br>BANC OF AMERICA SECURITIES LLC;<br>BANC OF AMERICA MORTGAGE SECURITIES, INC.;<br>BANC OF AMERICA FUNDING CORPORATION;<br>CWALT, INC.;<br>COUNTRYWIDE FINANCIAL CORPORATION;<br>CITIGROUP GLOBAL MARKETS, INC.;<br>CITIGROUP MORTGAGE LOAN TRUST, INC.;<br>RESIDENTIAL ACCREDIT LOANS, INC.;<br>FIRST HORIZON ASSET SECURITIES INC.;<br>CREDIT SUISSE SECURITIES (USA) LLC;<br>CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.;<br>RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC.;<br>DEUTSCHE BANK SECURITIES INC.;<br>FIRST TENNESSEE BANK N.A.;<br>GOLDMAN, SACHS & CO.;<br>GS MORTGAGE SECURITIES CORP.;<br>RBS SECURITIES, INC. F/K/A GREENWICH CAPITAL MARKETS, INC.;<br>HSBC SECURITIES (USA) INC.;<br>WELLS FARGO ASSET SECURITIES CORPORATION;<br>WELLS FARGO BANK N.A.;<br>MORGAN STANLEY & CO. INC.;<br>MORGAN STANLEY CAPITAL I INC.;<br>SEQUOIA RESIDENTIAL FUNDING, INC.;<br>UBS SECURITIES, LLC;<br>MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC.;<br>AND<br>DOES 1-50,<br><br>Defendants. | Case No. CV-10-4030 (SI)<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY CHRISTOPHER B. HARWOOD *PRO HAC VICE*** |

1     CHRISTOPHER B. HARWOOD, an active member in good standing of the bar of New York whose business address and telephone number is, Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue, New York, NY 10019, Telephone: (212) 474-1000 having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

> Credit Suisse Securities (USA) and Credit Suisse First Boston Mortgage Securities Corp.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

    The Honorable Susan Illston
    United States District Judge