1

UNITED STATES DISTRICT COURT

2

NORTHERN DISTRICT OF CALIFORNIA

3

| | |
|---|---|
| 4 | FEDERAL HOME LOAN BANK OF SAN FRANCISCO, |
| 5 | Plaintiff, |
| 6 | |
| 7 | v. |
| 8 | BNP PARIBAS SECURITIES CORP.; CWMBS, INC.; BANC OF AMERICA SECURITIES LLC; |
| 9 | BANC OF AMERICA MORTGAGE SECURITIES, INC.; |
| 10 | BANC OF AMERICA FUNDING CORPORATION; |
| 11 | CWALT, INC.; COUNTRYWIDE FINANCIAL |
| 12 | CORPORATION; CITIGROUP GLOBAL MARKETS, INC.; |
| 13 | CITIGROUP MORTGAGE LOAN TRUST, INC.; |
| 14 | RESIDENTIAL ACCREDIT LOANS, INC.; FIRST HORIZON ASSET SECURITIES |
| 15 | INC.; CREDIT SUISSE SECURITIES (USA) LLC; |
| 16 | CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; |
| 17 | RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC.; |
| 18 | DEUTSCHE BANK SECURITIES INC.; FIRST TENNESSEE BANK N.A.; |
| 19 | GOLDMAN, SACHS & CO.; GS MORTGAGE SECURITIES CORP.; |
| 20 | RBS SECURITIES, INC. F/K/A GREENWICH CAPITAL MARKETS, INC.; |
| 21 | HSBC SECURITIES (USA) INC.; WELLS FARGO ASSET SECURITIES |
| 22 | CORPORATION; WELLS FARGO BANK N.A.; |
| 23 | MORGAN STANLEY & CO. INC.; MORGAN STANLEY CAPITAL I INC.; |
| 24 | SEQUOIA RESIDENTIAL FUNDING, INC.; UBS SECURITIES, LLC; |
| 25 | MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC.; |
| 26 | AND DOES 1-50, |
| 27 | Defendants. |

Case No. CV-10-4030 (SI)

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY MICHAEL T. REYNOLDS** *PRO HAC VICE*

28

[[NYLIT:2553432v1:3946W:09/24/10--02:01 p]]

1    MICHAEL T. REYNOLDS, an active member in good standing of the bar of New York

2    whose business address and telephone number is, Cravath, Swaine & Moore LLP, Worldwide

3    Plaza, 825 Eighth Avenue, New York, NY 10019, Telephone:  (212) 474-1000 having applied in

4    the above-entitled action for admission to practice in the Northern District of California on a *pro*

5    *hac vice* basis, representing

6            Credit Suisse Securities (USA) and Credit Suisse First Boston Mortgage Securities
        Corp.

7    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

8    conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac*

9    *vice*.  Service of papers upon and communication with co-counsel designated in the application

10   will constitute notice to the party.  All future filings in this action are subject to the requirements

11   contained in General Order No. 45, *Electronic Case Filing*.

12

13

14   Dated: _____   _____

15                                United States District Judge Susan Illston

16

17

18

19

20

21

22

23

24

25

26

27

28