GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ROBERT A. GOODIN, State Bar No. 061302
    rgoodin@goodinmacbride.com
FRANCINE T. RADFORD, State Bar No. 168269
    fradford@goodinmacbride.com
ANNE H. HARTMAN, State Bar No. 184556
    ahartman@goodinmacbride.com
505 Sansome Street, Suite 900
San Francisco, California 94111
Telephone: (415) 392-7900
Facsimile: (415) 398-4321

THE CHARLES SCHWAB CORPORATION
LOWELL HAKY, State Bar No. 178526
211 Main Street
San Francisco, California 94105
Telephone: (415) 667-0622
Facsimile: (415) 6671638

GRAIS & ELLSWORTH LLP
DAVID J. GRAIS
    dgrais@graisellsworth.com
KATHRYN C. ELLSWORTH
    kellsworth@graisellsworth.com
OWEN L. CYRULNIK
    ocyrulnik@graisellsworth.com
LEANNE M. WILSON
    lwilson@graisellsworth.com
40 East 52nd Street
New York, New York 10022
Telephone: (212) 755-0100
Facsimile: (212) 755-0052

Attorneys for Plaintiff
The Charles Schwab Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| The Charles Schwab Corporation, | No. 10-CV-4030 SI |
|---|---|
| Plaintiff, | **PROOF OF SERVICE RE PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REMAND; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** |
| v. | |
| BNP Paribas Securities Corp., et al., | |
| Defendants. | |
| | Date: November 12, 2010<br>Time: 9:00 a.m.<br>Dept. Courtroom 10, 19th Floor |

**PROOF OF SERVICE**                                                           (No. 10-CV-4030 JL)

## CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby declares as follows:

I am an employee of the law firm of Goodin, MacBride, Squeri, Day & Lamprey, LLP, 505 Sansome Street, Suite 900, San Francisco, CA 94111. I am over the age of 18 years and not a party to the within action.

I am readily familiar with the business practice of Goodin, MacBride, Squeri, Day & Lamprey, LLP for the collection and processing of correspondence for mailing, under which, in the ordinary course of business, mail placed for collection and mailing is deposited with the United States Postal Service on the same day with postage thereon fully prepaid at San Francisco, California.

On October 1, 2010, I served a copy of the following document(s):

**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REMAND; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

by placing, for collection and mailing at 505 Sansome Street, Suite 900, San Francisco, CA 94111, a true copy of such document(s) enclosed in sealed envelope(s), following ordinary business practices, addressed as follows:

Christopher B. Hardwood
Cravath Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

Dane H. Butswinkas
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005

Jared Gerber
Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

R. Hackney Wiegman
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005

Meredith E. Kotler
Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Mitchell A. Lowenthal
Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Patrick J. Hurford
Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Lowell H. Haky
The Charles Schwab Corporation
211 Main Street, Suite 400
San Francisco, CA 94105

1  I declare that I am employed in the office of a member of the bar of this court at
2  whose direction the service was made.
3  Executed on October 1, 2010 at San Francisco, California.

_____
Nancy Stricker

3435/001/X122706.v1