1  MARC T.G. DWORSKY (SBN 157413)
   Marc.Dworsky@mto.com
2  JAMES C. RUTTEN (SBN 201791)
   James.Rutten@mto.com
3  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, 25th floor
4  Los Angeles, CA  90071-1560
   Telephone:    (213) 683-9100
5  Facsimile:     (213) 687-3702

6  JEROME C. ROTH (SBN 159483)
   Jerome.Roth@mto.com
7  DAVID H. FRY (SBN 189276)
   David.Fry@mto.com
8  CAROLYN V. ZABRYCKI (SBN 263541)
   Carolyn.Zabrycki@mto.com
9  MUNGER, TOLLES & OLSON LLP
   560 Mission Street,  27th floor
10 San Francisco, CA 94105-2907
   Telephone:    (415) 512-4000
11 Facsimile:     (415) 512-4077

12 Attorneys for Defendants
   WELLS FARGO DEFENDANTS
13

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16

| 17 | THE CHARLES SCHWAB CORPORATION, | CASE NO.  10-04030 (SI) |
|---|---|---|
| 18 |  | **NOTICE OF MANUAL FILING** |
|    | Plaintiff, |  |
| 19 | vs. |  |
| 20 |  | DATE:    December 20, 2010 |
| 21 | BNP PARIBAS SECURITIES CORP.; *et al.* | TIME:    2:30 p.m. |
|    |  | CTRM:    10 |
| 22 | Defendants. |  |

Regarding:

**Exhibits 1 to 5 to the Request for Judicial Notice in Support of Wells Fargo Defendants' Motion to Sever.** The foregoing documents are being filed in CD form only and are being maintained in the case file in the Clerk's office. If you are a party in the above-captioned action, these materials will be served on you shortly. For information on retrieving this filing directly from the Court, please see the Court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

The manual filing is necessary because of the length of the exhibits.

DATED: October 7, 2010

MUNGER, TOLLES & OLSON LLP
MARC T.G. DWORSKY
JEROME C. ROTH
DAVID H. FRY
JAMES C. RUTTEN
CAROLYN V. ZABRYCKI

By: *David H. Fry*
DAVID H. FRY

Attorneys for Defendants
WELLS FARGO DEFENDANTS