1   MARC T.G. DWORSKY (SBN 157413)
    Marc.Dworsky@mto.com
2   JAMES C. RUTTEN (SBN 201791)
    James.Rutten@mto.com
3   MUNGER, TOLLES & OLSON LLP
    355 South Grand Avenue, 25th floor
4   Los Angeles, CA  90071-1560
    Telephone:     (213) 683-9100
5   Facsimile:     (213) 687-3702

6   JEROME C. ROTH (SBN 159483)
    Jerome.Roth@mto.com
7   DAVID H. FRY (SBN 189276)
    David.Fry@mto.com
8   CAROLYN V. ZABRYCKI (SBN 263541)
    Carolyn.Zabrycki@mto.com
9   MUNGER, TOLLES & OLSON LLP
    560 Mission Street,  27th floor
10  San Francisco, CA 94105-2907
    Telephone:     (415) 512-4000
11  Facsimile:     (415) 512-4077

12  Attorneys for Defendants
    WELLS FARGO DEFENDANTS

13

14                  UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16

17  THE CHARLES SCHWAB              CASE NO.  10-04030 (SI)
    CORPORATION,
18                                 **PROOF OF SERVICE VIA U.S. MAIL**
                 Plaintiff,
19                                 DATE:      December 20, 2010
          vs.                      TIME:      2:30 p.m.
20                                 CTRM:      10
    BNP PARIBAS SECURITIES CORP.; *et*
21  *al.*

22               Defendants.

23

24

25

26

27

28
                                              PROOF OF SERVICE
                                              CASE NO. 10-04030 (SI)

**PROOF OF SERVICE VIA U.S. MAIL**

I, the undersigned, declare that I am over the age of 18 and not a party to the within cause.  I am employed by Munger, Tolles & Olson LLP in the City and County of San Francisco, State of California.  My business address is 560 Mission Street, Twenty-Seventh Floor, San Francisco, California  94105-2907.

On October 7, 2010, I served upon the interested party(ies) in this action the foregoing document(s) described as:

    1)    **NOTICE OF WELLS FARGO DEFENDANTS' MOTION TO SEVER; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION;**

    2)    **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF WELLS FARGO DEFENDANTS' MOTION TO SEVER;**

    3)    **NOTICE OF MANUAL FILING; and**

    4)    **[PROPOSED] ORDER**

☒    By placing ☐ the original(s) ☒ a true and correct copy(ies) thereof, as set out below, in an addressed, sealed envelope(s) clearly labeled to identify the person(s) being served at the address(es) set forth on the service list.

☒    **BY MAIL (AS INDICATED ON THE SERVICE LIST)** I caused such envelope(s) to be placed in interoffice mail for collection and deposit in the United States Postal Service at 560 Mission Street, Twenty-Seventh Floor, San Francisco, California, on that same date, following ordinary business practices.  I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

☒    **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 7, 2010, at San Francisco, California.

*/s/ Julie W. Lunsford*
Julie W. Lunsford

PROOF OF SERVICE
CASE NO. 10-04030 (SI)

**Service List**

| Party | Attorney |
|---|---|
| Citigroup Global Markets, Inc.<br>Citigroup Mortgage Loan Trust, Inc. | Susanna M. Buergel<br>Paul, Weiss<br>1285 Avenue of the Americas<br>New York, NY 10019<br>(212) 373-3000 |
| Credit Suisse Securities (USA) LLC<br>Credit Suisse First Boston Mortgage<br>Securities Corp. | Robert J. Stumpf, Jr.<br>Sheppard Mullin Richter & Hampton LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4109<br>(415) 434-9100 |
| First Tennessee Bank, N.A.;<br>First Horizon Asset Securities, Inc. | Ingrid Chilton<br>First Horizon/First Tennessee Bank<br>165 Madison Avenue, 8th Floor<br>Memphis, TN  38103<br>(415) 435-2314 |
| Morgan Stanley & Co. Inc.<br>Morgan Stanley Capital I Inc. | James P. Rouhandeh<br>Davis Polk & Wardwell LLP<br>450 Lexington Ave.<br>New York, NY  10017<br>(212) 450-4000 |