MARC T.G. DWORSKY (SBN 157413)
Marc.Dworsky@mto.com
JAMES C. RUTTEN (SBN 201791)
James.Rutten@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 25th floor
Los Angeles, CA  90071-1560
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

JEROME C. ROTH (SBN 159483)
Jerome.Roth@mto.com
DAVID H. FRY (SBN 189276)
David.Fry@mto.com
CAROLYN V. ZABRYCKI (SBN 263541)
Carolyn.Zabrycki@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street,  27th floor
San Francisco, CA 94105-2907
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

Attorneys for Defendants
WELLS FARGO DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CHARLES SCHWAB CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>BNP PARIBAS SECURITIES CORP.; *et al.*<br><br>Defendants. | CASE NO.  10-04030 (SI)<br><br>**AMENDED PROOF OF SERVICE VIA U.S. MAIL**<br><br>DATE:    December 20, 2010<br>TIME:    2:30 p.m.<br>CTRM:    10 |

AMENDED PROOF OF SERVICE
CASE NO. 10-04030 (SI)

1

## PROOF OF SERVICE VIA U.S. MAIL

2

3          I, the undersigned, declare that I am over the age of 18 and not a party to the
within cause.  I am employed by Munger, Tolles & Olson LLP in the City and County of San
4 Francisco, State of California.  My business address is 560 Mission Street, Twenty-Seventh
Floor, San Francisco, California  94105-2907.

5          On October 7, 2010, I served upon the interested party(ies) in this action the
foregoing document(s) described as:

6

7     **1)     NOTICE OF WELLS FARGO DEFENDANTS' MOTION TO SEVER;
          MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
          MOTION;**

8

9     **2)     REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF WELLS FARGO
          DEFENDANTS' MOTION TO SEVER;**

10    **3)     NOTICE OF MANUAL FILING; and**

11    **4)     [PROPOSED] ORDER**

12
    ☒    By placing ☐ the original(s) ☒ a true and correct copy(ies) thereof, as set out below, in an
13       addressed, sealed envelope(s) clearly labeled to identify the person(s) being served at the
         address(es) set forth on the service list.

14
    ☒    **BY MAIL (AS INDICATED ON THE SERVICE LIST)** I caused such envelope(s) to
15       be placed in interoffice mail for collection and deposit in the United States Postal Service
         at 560 Mission Street, Twenty-Seventh Floor, San Francisco, California, on that same
16       date, following ordinary business practices.  I am familiar with Munger, Tolles & Olson
         LLP's practice for collection and processing correspondence for mailing with the United
17       States Postal Service; in the ordinary course of business, correspondence placed in
         interoffice mail is deposited with the United States Postal Service with first class postage
18       thereon fully prepaid on the same day it is placed for collection and mailing.

19    ☒    **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this
         court at whose direction the service was made.

20
         I declare under penalty of perjury that the foregoing is true and correct.  Executed on
21 October 7, 2010, at San Francisco, California.

22                                                    _/s/ Julie W. Lunsford_
                                                    Julie W. Lunsford
23

24

25

26

27

28

                                    1                    AMENDED PROOF OF SERVICE
                                                         CASE NO. 10-04030 (SI)

1

**Service List**

2

| Party | Attorney |
|---|---|
| Banc Of America Securities LLC<br>Banc Of America Mortgage Securities, Inc.<br>Banc Of America Funding Corporation | Meredith Kotler<br>Jared Gerber<br>Mitchell A. Lowenthal<br>Patrick Hurford<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York NY 10006<br>(212) 225-2130 |
| Citigroup Global Markets, Inc.<br>Citigroup Mortgage Loan Trust, Inc. | Susanna M. Buergel<br>Paul, Weiss<br>1285 Avenue of the Americas<br>New York, NY 10019<br>(212) 373-3000 |
| Credit Suisse Securities (USA) LLC<br>Credit Suisse First Boston Mortgage<br>Securities Corp. | Christopher B. Hardwood<br>Cravath, Swaine & Moore LLP<br>825 8th Avenue<br>New York, NY 10019<br>(212) 474-1000<br><br>Robert J. Stumpf, Jr.<br>Sheppard Mullin Richter & Hampton LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4109<br>(415) 434-9100 |
| First Tennessee Bank, N.A.;<br>First Horizon Asset Securities, Inc. | Ingrid Chilton<br>First Horizon/First Tennessee Bank<br>165 Madison Avenue, 8th Floor<br>Memphis, TN 38103<br>(415) 435-2314 |
| Morgan Stanley & Co. Inc.<br>Morgan Stanley Capital I Inc. | James P. Rouhandeh<br>Davis Polk & Wardwell LLP<br>450 Lexington Ave.<br>New York, NY 10017<br>(212) 450-4000 |
| UBS Securities, LLC<br>Mortgage Asset Securitization<br>Transactions, Inc. | Dane H. Butswinkas<br>R. Hackny Wiegmann<br>Williams & Connolly LLP<br>725 Twelfth Street, N.W.<br>Washington, DC 20005<br>(202) 434-5000 |

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2                                   AMENDED PROOF OF SERVICE
                                  CASE NO. 10-04030 (SI)