ORIGINAL

1 | MARC T.G. DWORSKY (SBN 157413)
Marc.Dworsky@mto.com
2 | JAMES C. RUTTEN (SBN 201791)
James.Rutten@mto.com
3 | MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 25th floor
4 | Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
5 | Facsimile: (213) 687-3702

6 | JEROME C. ROTH (SBN 159483)
Jerome.Roth@mto.com
7 | DAVID H. FRY (SBN 189276)
David.Fry@mto.com
8 | CAROLYN V. ZABRYCKI (SBN 263541)
Carolyn.Zabrycki@mto.com
9 | MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th floor
10 | San Francisco, CA 94105-2907
Telephone: (415) 512-4000
11 | Facsimile: (415) 512-4077

12 | Attorneys for Defendants
WELLS FARGO DEFENDANTS

FILED
2010 OCT -7 A 11: 20
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CHARLES SCHWAB CORPORATION, | CASE NO. 10-04030 (SI) |
| Plaintiff, | **PROOF OF SERVICE VIA U.S. MAIL** |
| vs. | DATE: December 20, 2010<br>TIME: 2:30 p.m.<br>CTRM: 10 |
| BNP PARIBAS SECURITIES CORP.; *et al.* | |
| Defendants. | |

PROOF OF SERVICE
CASE NO. 10-04030 (SI)

**PROOF OF SERVICE VIA U.S. MAIL**

I, the undersigned, declare that I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the City and County of San Francisco, State of California. My business address is 560 Mission Street, Twenty-Seventh Floor, San Francisco, California 94105-2907.

On October 7, 2010, I served upon the interested party(ies) in this action the foregoing document(s) described as:

**EXHIBITS 1 THROUGH 5 TO REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF WELLS FARGO DEFENDANTS' MOTION TO SEVER**

☒ By placing ☐ the original(s) ☒ a true and correct copy(ies) thereof, as set out below, in an addressed, sealed envelope(s) clearly labeled to identify the person(s) being served at the address(es) set forth on the service list.

☒ **BY MAIL (AS INDICATED ON THE SERVICE LIST)** I caused such envelope(s) to be placed in interoffice mail for collection and deposit in the United States Postal Service at 560 Mission Street, Twenty-Seventh Floor, San Francisco, California, on that same date, following ordinary business practices. I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 7, 2010, at San Francisco, California.

Julie W. Lunsford

| | Service List | |
|---|---|---|
| **Party** | **Attorney** | |
| Plaintiff The Charles Schwab Corporation | Lowell Haky<br>The Charles Schwab Corporation<br>211 Main Street<br>San Francisco, CA 94105<br>(415) 667-0622 | |
| Banc Of America Securities LLC<br>Banc Of America Mortgage Securities, Inc.<br>Banc Of America Funding Corporation | Meredith Kotler<br>Jared Gerber<br>Mitchell A. Lowenthal<br>Patrick Hurford<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York NY 10006<br>(212) 225-2130 | |
| BNP Paribas Securities Corp.<br>Deutsche Bank Securities Inc.<br>RBS Securities, Inc. F/K/A Greenwich Capital Markets, Inc. | Dean Joel Kitchens<br>Alexander K. Mircheff<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Tel: (213) 229-7000 | |
| Citigroup Global Markets, Inc.<br>Citigroup Mortgage Loan Trust, Inc. | Susanna M. Buergel<br>Paul, Weiss<br>1285 Avenue of the Americas<br>New York, NY 10019<br>(212) 373-3000 | |
| Credit Suisse Securities (USA) LLC<br>Credit Suisse First Boston Mortgage Securities Corp. | Christopher B. Hardwood<br>Cravath, Swaine & Moore LLP<br>825 8th Avenue<br>New York, NY 10019<br>(212) 474-1000<br><br>Robert J. Stumpf, Jr.<br>Sheppard Mullin Richter & Hampton LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4109<br>(415) 434-9100 | |
| CWMBS, Inc.<br>Cwalt, Inc.<br>Countrywide Financial Corporation | Stephen D. Hibbard<br>Shearman & Sterling, LLP<br>525 Market Street<br>San Francisco, CA 94105<br>(415) 616-1174 | |

| Party | Attorney |
|---|---|
| First Tennessee Bank, N.A.; First Horizon Asset Securities, Inc. | Ingrid Chilton First Horizon/First Tennessee Bank 165 Madison Avenue, 8th Floor Memphis, TN 38103 (415) 435-2314 |
| Goldman, Sachs & Co. GS Mortgage Securities Corp. | Brendan P. Cullen Sullivan & Cromwell LLP 1870 Embarcadero Road Palo Alto, CA 94303 (650) 461-5600 |
| Morgan Stanley & Co. Inc. Morgan Stanley Capital I Inc. | James P. Rouhandeh Davis Polk & Wardwell LLP 450 Lexington Ave. New York, NY 10017 (212) 450-4000 |
| Residential Asset Mortgage Products, Inc. Residential Accredit Loans, Inc. | Regina J. McClendon Severson & Werson One Embarcadero Center, Suite 2600 San Francisco, CA 94111 (415) 677-5602 |
| Sequoia Residential Funding, Inc. | Timothy P. Crudo Latham & Watkins LLP San Francisco Office 505 Montgomery Street, Suite 2000 San Francisco, CA 94111 (415) 395-8084 |
| UBS Securities, LLC Mortgage Asset Securitization Transactions, Inc. | Dane H. Butswinkas R. Hackny Wiegmann Williams & Connolly LLP 725 Twelfth Street, N.W. Washington, DC 20005 (202) 434-5000 |