1  GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
   ROBERT A. GOODIN, State Bar No. 061302
2          rgoodin@goodinmacbride.com
   FRANCINE T. RADFORD, State Bar No. 168269
3          fradford@goodinmacbride.com
   ANNE H. HARTMAN, State Bar No. 184556
4          ahartman@goodinmacbride.com
   505 Sansome Street, Suite 900
5  San Francisco, California 94111
   Telephone:    (415) 392-7900
6  Facsimile:    (415) 398-4321

7  THE CHARLES SCHWAB CORPORATION
   LOWELL HAKY, State Bar No. 178526
8  211 Main Street
   San Francisco, California 94105
9  Telephone:    (415) 667-0622
   Facsimile:    (415) 667-1638

10
   GRAIS & ELLSWORTH LLP
11 DAVID J. GRAIS
           dgrais@graisellsworth.com
12 KATHRYN C. ELLSWORTH
           kellsworth@graisellsworth.com
13 OWEN L. CYRULNIK
           ocyrulnik@graisellsworth.com
14 LEANNE M. WILSON
           lwilson@graisellsworth.com
15 40 East 52nd Street
   New York, New York 10022
16 Telephone:    (212) 755-0100
   Facsimile:    (212) 755-0052
17
   Attorneys for Plaintiff
18 The Charles Schwab Corporation

19              UNITED STATES DISTRICT COURT

20            NORTHERN DISTRICT OF CALIFORNIA

21              SAN FRANCISCO DIVISION

22 THE CHARLES SCHWAB CORPORATION,          No. CV-10-4030 SI

23              Plaintiff,                   **APPLICATION FOR ADMISSION OF**
                                             **DAVID J. GRAIS *PRO HAC VICE***
24 v.

25 BNP PARIBAS SECURITIES CORP., *et al.*,

26              Defendants.

27
           Pursuant to Civil L.R. 11-3, David J. Grais, an active member in good standing of
28

APPLICATION FOR ADMISSION OF                              (No. CV-10-4030 SI)
DAVID J. GRAIS *PRO HAC VICE*

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    the bar of New York, hereby applies for admission to practice in the Northern District of

2    California on a *pro hac vice* basis representing plaintiff The Charles Schwab Corporation in the

3    above-entitled action.

4              In support of this application, I certify on oath that:

5         1.    I am an active member in good standing of a United States Court or of the

6                highest court of another State or the District of Columbia, as indicated

7                above;

8         2.    I agree to abide by the Standards of Professional Conduct set forth in Civil

9                Local Rule 11-4, to comply with General Order No. 45, Electronic Case

10               Filing, and to become familiar with the Local Rules and the Alternative

11               Dispute Resolution programs of this Court; and,

12        3.    An attorney who is a member of the bar of this Court in good standing and

13               who maintains an office within the State of California has been designated

14               as co-counsel in the above-entitled action. The name, address and

15               telephone number of that attorney is:

16                    ROBERT A. GOODIN, State Bar No. 061302
                      ANNE HAYES HARTMAN, State Bar No. 184556
17                    Goodin, MacBride, Squeri, Day & Lamprey, LLP
                      505 Sansome Street, Suite 900
18                    San Francisco, California  94111
                      Telephone:    (415) 392-7900
19                    Facsimile:    (415) 398-4321

20            I declare under penalty of perjury that the foregoing is true and correct.

21    Dated:  October 6, 2010

22

23                                          _David J. Grais_ (signature)
                                            _____
                                            David J. Grais

24    3338/001/X122804.v1

25

26

27

28

**APPLICATION FOR ADMISSION OF**                                     (No. CV-10-4030 SI)
**DAVID J. GRAIS *PRO HAC VICE***              -2-