GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ROBERT A. GOODIN, State Bar No. 061302
    rgoodin@goodinmacbride.com
FRANCINE T. RADFORD, State Bar No. 168269
    fradford@goodinmacbride.com
ANNE H. HARTMAN, State Bar No. 184556
    ahartman@goodinmacbride.com
505 Sansome Street, Suite 900
San Francisco, California 94111
Telephone:  (415) 392-7900
Facsimile:  (415) 398-4321

THE CHARLES SCHWAB CORPORATION
LOWELL HAKY, State Bar No. 178526
211 Main Street
San Francisco, California 94105
Telephone:  (415) 667-0622
Facsimile:  (415) 667-1638

GRAIS & ELLSWORTH LLP
DAVID J. GRAIS
    dgrais@graisellsworth.com
KATHRYN C. ELLSWORTH
    kellsworth@graisellsworth.com
OWEN L. CYRULNIK
    ocyrulnik@graisellsworth.com
LEANNE M. WILSON
    lwilson@graisellsworth.com
40 East 52nd Street
New York, New York 10022
Telephone:  (212) 755-0100
Facsimile:  (212) 755-0052

Attorneys for Plaintiff
The Charles Schwab Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| THE CHARLES SCHWAB CORPORATION, | No. CV-10-4030 SI |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF DAVID J. GRAIS *PRO HAC VICE* |
| v. | |
| BNP PARIBAS SECURITIES CORP., *et al.*, | |
| Defendants. | |

David J. Grais, whose business address and telephone number is Grais &

ORDER FOR ADMISSION OF DAVID
J. GRAIS *PRO HAC VICE*
(No. CV-10-4030 SI)

1  Ellsworth LLP, 40 East 52nd Street, New York, New York 10022, (212) 755-0100, and who is an
2  active member in good standing of the bar of New York, having applied in the above-entitled
3  action for admission to practice in the Northern District of California on a *pro hac vice* basis,
4  representing plaintiff The Charles Schwab Corporation,

5        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
6  and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*
7  *hac vice*. Service of papers upon and communication with co-counsel designated in the
8  application will constitute notice to the party. All future filings in this action are subject to the
9  requirements contained in General Order No. 45, *Electronic Case Filing*.

10 Dated: October ___, 2010

12                                                                                                       United States District Judge

13 3338/001/X122805.v1

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ORDER FOR ADMISSION OF DAVID                                                           (No. CV-10-4030 SI)
J. GRAIS *PRO HAC VICE*                       -2-