| | |
|---|---|
| 1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
|   |   A Limited Liability Partnership |
| 2 |   Including Professional Corporations |
|   | ROBERT J. STUMPF, JR., Cal. Bar No. 72851 |
| 3 | rstumpf@sheppardmullin.com |
|   | MARTIN D. WHITE, Cal. Bar No. 253476 |
| 4 | mwhite@sheppardmullin.com |
|   | Four Embarcadero Center, 17th Floor |
| 5 | San Francisco, California  94111-4109 |
|   | Telephone:    415-434-9100 |
| 6 | Facsimile:    415-434-3947 |

7  CRAVATH, SWAINE & MOORE LLP
   RICHARD W. CLARY
8  rclary@cravath.com
   MICHAEL T. REYNOLDS (*pro hac vice*}
9  mreynolds@cravath.com
   CHRISTOPHER B. HARWOOD (*pro hac vice*)
10 charwood@cravath.ciom
   Worldwide Plaza
11 825 Eighth Avenue
   New York, NY  10019
12 Telephone:    (212) 474-1000
   Facsimile:    (212) 474-3799
13
   Attorneys for CREDIT SUISSE SECURITIES
14 (USA), LLC and CREDIT SUISSE FIRST
   BOSTON MORTGAGE SECURITIES CORP.
15

16

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19

| | | |
|---|---|---|
| 20 | THE CHARLES SCHWAB CORPORATION, | Case No. 3:10-CV-4030 SI |
| 21 |  | **NOTICE OF APPEARANCE OF MARTIN D. WHITE** |
| 22 | Plaintiff, |  |
| 23 | v. |  |
| 24 | BNP PARIBAS SECURITIES CORP, |  |
| 25 | Defendants. |  |

26

27

28

# NOTICE OF APPEARANCE OF MARTIN D. WHITE

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Martin D. White (Cal. Bar No. 253476), of Sheppard Mullin Richter & Hampton LLP, Four Embarcadero Center, 17th Floor, San Francisco, California 94111, telephone: 415-434-9100, fax: 415-434-3947, e-mail: mwhite@sheppardmullin.com, is additional counsel of record for Defendants CREDIT SUISSE SECURITIES (USA), LLC and CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP. ("Credit Suisse") in this action.

Credit Suisse hereby requests that all notices given or required to be given in this action, and all papers filed or served or required to be served in this action, be directed and served upon Martin D. White, using the contact information set forth above, in addition to Credit Suisse's other counsel in this action.

Dated: October 7, 2010

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  */s/ Martin D. White*
ROBERT J. STUMPF, JR.
MARTIN D. WHITE

Attorneys for CREDIT SUISSE SECURITIES (USA), LLC and CREDIT SUISSE FIRST

-1-