SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
ROBERT J. STUMPF, JR., Cal. Bar No. 72851
rstumpf@sheppardmullin.com
MARTIN D. WHITE, Cal. Bar No. 253476
mwhite@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:    415-434-9100
Facsimile:     415-434-3947

CRAVATH, SWAINE & MOORE LLP
RICHARD W. CLARY
rclary@cravath.com
MICHAEL T. REYNOLDS (*pro hac vice*}
mreynolds@cravath.com
CHRISTOPHER B. HARWOOD (*pro hac vice*)
charwood@cravath.ciom
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019
Telephone:    (212) 474-1000
Facsimile:     (212) 474-3799

Attorneys for CREDIT SUISSE SECURITIES
(USA), LLC and CREDIT SUISSE FIRST
BOSTON MORTGAGE SECURITIES CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CHARLES SCHWAB CORPORATION,<br><br>                Plaintiff,<br><br>    v.<br><br>BNP PARIBAS SECURITIES CORP,<br><br>                Defendants. | Case No. 3:10-CV-4030 SI<br><br>**CERTIFICATE OF SERVICE** |

I am employed in the County of San Francisco; I am over the age of eighteen years and not a party to the within entitled action; my business address is Four Embarcadero Center, 17th Floor, San Francisco, California 94111-4109.

On **October 8, 2010**, I served the following documents described as

**NOTICE OF APPEARANCE OF ROBERT J. STUMPF, JR.**

**NOTICE OF APPEARANCE OF MARTIN D. WHITE**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

| | |
|---|---|
| Jared Gerber<br>Meredith E. Kotler<br>Mitchell A. Lowenthal<br>Patrick J. Hurford<br>Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006 | Dane H. Butswinkas<br>R. Hackney Wiegmann<br>Williams & Connolly LLP<br>725 Twelfth Street, N.W.<br>Washington, DC 20005 |

[x] **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY OVERNIGHT DELIVERY:** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier.

[ ] **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile pursuant to Rule 2.306 of the California Rules of Court. The telephone number of the sending facsimile machine was 415-434-3947. The names and facsimile machine telephone numbers of the persons served are set forth in the service list. The sending facsimile machine (or the machine used to forward the facsimile) issued a transmission report confirming that the transmission was complete and without error. Pursuant to Rule 2.306(h)(4), a copy of that report is attached to this declaration.

[ ] **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressees.

[x] **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 8, 2010, at San Francisco, California.

_____
Jane Gorsi

-1-

W02-WEST:FJG\402980363.1
3:10-CV-4030 SI

CERTIFICATE OF SERVICE