IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CHARLES SCHWAB CORPORATION, | No. C 10-04030SI |
| Plaintiff, | **NOTICE** |
| v. | |
| BNP PARIBAS SECURITIES, | |
| Defendant. | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the motion to remand, the motion to sever and the case management conference have been continued to January 21, 2011, at 9:00 a.m. and 2:30 p.m., respectively.

Dated: October 14, 2010

RICHARD W. WIEKING, Clerk

Tracy Porakis
Deputy Clerk