1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
2    Including Professional Corporations
   ROBERT J. STUMPF, JR., Cal. Bar No. 72851
3  rstumpf@sheppardmullin.com
   MARTIN D. WHITE, Cal. Bar No. 253476
4  mwhite@sheppardmullin.com
   Four Embarcadero Center, 17th Floor
5  San Francisco, California  94111-4109
   Telephone:    415-434-9100
6  Facsimile:    415-434-3947

7  Notice of CRAVATH, SWAINE & MOORE LLP
   RICHARD W. CLARY
8  rclary@cravath.com
   MICHAEL T. REYNOLDS (*pro hac vice*)
9  mreynolds@cravath.com
   CHRISTOPHER B. HARWOOD (*pro hac vice*)
10 charwood@cravath.ciom
   Worldwide Plaza
11 825 Eighth Avenue
   New York, NY  10019
12 Telephone:    (212) 474-1000
   Facsimile:    (212) 474-3700
13
   Attorneys for CREDIT SUISSE SECURITIES
14 (USA), LLC and CREDIT SUISSE FIRST
   BOSTON MORTGAGE SECURITIES CORP.
15

16

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19

| | |
|---|---|
| 20  THE CHARLES SCHWAB CORPORATION, | Case No. 3:10-CV-4030 SI |
| 21 | **NOTICE OF APPEARANCE OF RICHARD W. CLARY** |
| 22             Plaintiff, | |
| 23      v. | |
| 24  BNP PARIBAS SECURITIES CORP. et al., | |
| 25             Defendants. | |

26

27

28

---

Case No. 3:10-CV-4030 SI                           NOTICE OF APPEARANCE OF RICHARD W. CLARY

# NOTICE OF APPEARANCE OF RICHARD W. CLARY

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Richard W. Clary of Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue, New York, New York 10019, telephone: 212-474-1000, fax: 212-474-3700, e-mail: rclary@cravath.com, is additional counsel of record for Defendants CREDIT SUISSE SECURITIES (USA), LLC and CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP. ("Credit Suisse") in this action.

Credit Suisse hereby requests that all notices given or required to be given in this action, and all papers filed or served or required to be served in this action, be directed and served upon Richard W. Clary, using the contact information set forth above, in addition to Credit Suisse's other counsel in this action.

Dated: October 14, 2010

                CRAVATH, SWAINE, & MOORE LLP

By      */s/ Richard W. Clary*
           RICHARD W. CLARY

Attorneys for CREDIT SUISSE SECURITIES (USA), LLC and CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.