Brendan P. Cullen (CSBN 194057)
cullenb@sullcrom.com
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, CA 94303-3308
Tel: (650) 461-5600
Fax: (650) 461-5700

Richard H. Klapper *(pro hac vice app. to be submitted)*
rklapper@sullcrom.com
Theodore Edelman *(pro hac vice app. to be submitted)*
tedelman@sullcrom.com
Harsh N. Trivedi *(pro hac vice app. to be submitted)*
trivedih@sullcrom.com
Christopher J. Dunne *(pro hac vice app. to be submitted)*
dunnec@sullcrom.com
Jessica P. Stokes *(pro hac vice app. to be submitted)*
stokesj@sullcrom.com
Maya Krugman *(pro hac vice app. to be submitted)*
krugmanm@sullcrom.com
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Tel: (212) 558-4000
Fax: (212) 558-3588

*Counsel for Defendants*
GOLDMAN, SACHS & CO. AND
GS MORTGAGE SECURITIES CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CHARLES SCHWAB CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>BNP PARIBAS SECURITIES CORP.; CWMBS, INC.; BANC OF AMERICA SECURITIES LLC; BANC OF AMERICA MORTGAGE SECURITIES, INC; BANC OF AMERICA FUNDING CORPORATION; CWALT, INC.; COUNTRYWIDE FINANCIAL CORPORATION; CITIGROUP | CASE NO. 10-4030 (JL)<br><br>**CERTIFICATE OF SERVICE** |

| | |
|---|---|
| 1 | GLOBAL MARKETS, INC.; CITIGROUP MORTGAGE LOAN |
| 2 | TRUST, INC.; RESIDENTIAL ACCREDIT LOANS, INC.; FIRST |
| 3 | HORIZON ASSET SECURITIES INC.; CREDIT SUISSE SECURITIES (USA) |
| 4 | LLC; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; |
| 5 | RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC.; DEUTSCHE BANK |
| 6 | SECURITIES INC.; FIRST TENNESSEE BANK N.A.; GOLDMAN, |
| 7 | SACHS & CO.; GS MORTGAGE SECURITIES CORP.; RBS |
| 8 | SECURITIES, INC. F/K/A GREENWICH CAPITAL MARKETS, |
| 9 | INC.; HSBC SECURITIES (USA) INC.; WELLS FARGO ASSET SECURITIES |
| 10 | CORPORATION; WELLS FARGO BANK N.A.; MORGAN STANLEY & |
| 11 | CO. INC.; MORGAN STANLEY CAPITAL I INC.; SEQUOIA |
| 12 | RESIDENTIAL FUNDING, INC.; UBS SECURITIES, LLC; MORTGAGE |
| 13 | ASSET SECURITIZATION TRANSACTIONS, INC.; AND DOES I- |
| 14 | 50, |
| 15 | Defendants. |

I, Jennifer A. Thorn, declare:

I am employed in the City of Palo Alto, State of California. I am over the age of eighteen years and am not a party to this action. My business address is Sullivan & Cromwell LLP, 1870 Embarcadero Road, Palo Alto, California 94303. On October 14, 2010, I served the following documents:

- **APPLICATION FOR ADMISSION OF THEODORE EDELMAN *PRO HAC VICE***
- **[PROPOSED] ORDER GRANTING APPLICATION OF THEODORE EDELMAN *PRO HAC VICE***
- **APPLICATION FOR ADMISSION OF HARSH N. TRIVEDI *PRO HAC VICE***
- **[PROPOSED] ORDER GRANTING APPLICATION OF HARSH N. TRIVEDI *PRO HAC VICE***
- **APPLICATION FOR ADMISSION OF MAYA KRUGMAN *PRO HAC VICE***
- **[PROPOSED] ORDER GRANTING APPLICATION OF MAYA KRUGMAN *PRO HAC VICE***
- **APPLICATION FOR ADMISSION OF JESSICA P. STOKES *PRO HAC VICE***
- **[PROPOSED] ORDER GRANTING APPLICATION OF JESSICA P. STOKES *PRO HAC VICE***
- **APPLICATION FOR ADMISSION OF RICHARD H. KLAPPER *PRO HAC VICE***
- **[PROPOSED] ORDER GRANTING APPLICATION OF RICHARD H. KLAPPER *PRO HAC VICE***
- **APPLICATION FOR ADMISSION OF CHRISTOPHER J. DUNNE *PRO HAC VICE***
- **[PROPOSED] ORDER GRANTING APPLICATION OF CHRISTOPHER J. DUNNE *PRO HAC VICE***

☐ by uploading the document(s) listed above to the United States District Court, Northern District of California's electronic filing system

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ by delivering the document(s) listed above by hand to the person(s) at the address(es) set forth below.

to the parties set forth below:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 14, 2010, at Palo Alto, California.

_____
Jennifer A. Thorn

Sullivan & Cromwell llp

CERTIFICATE OF SERVICE
CASE NO. 10-4030 (JL)

| PARTY | ATTORNEY |
|---|---|
| Wells Fargo Defendants | Mark T.G. Dworksy<br>Kathleen M. McDowell<br>Munger, Tolles & Olson LLP<br>355 South Grand Avenue, 25th Floor<br>Los Angeles, CA 90071<br><br>David H. Fry<br>Carolyn V. Zabrycki<br>Munger, Tolles & Olson LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA 94105 |
| The Charles Schwab Corporation | Robert A. Goodin<br>Francine T. Radford<br>Anne Hayes Hartman<br>Goodin, MacBride, Squeeri Day & Lamprey, LLP<br>505 Sansome Street, Suite 900<br>San Francisco, CA 94111<br><br>Lowell Haky<br>The Charles Schwab Corporation<br>211 Main Street<br>San Francisco, CA 94105<br><br>David J. Grais<br>Kathryn C. Ellsworth<br>Owen L. Cyrulnik<br>Leanne M. Wilson<br>Grais & Ellsworth LLP<br>70 East 55th Street<br>New York, NY 10022 |
| BNP Paribas Securities Corp.<br>Deutsche Bank Securities Inc.<br>RBS Securities, Inc. F/K/A Greenwhich Capital Markets, Inc. | Dean Kitchens<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br><br>Rebecca Justice Lazarus<br>Gibson, Dunn & Crutcher LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105 |

Sullivan & Cromwell llp

CERTIFICATE OF SERVICE
CASE No. 10-4030 (JL)

| | |
|---|---|
| CWMBS, Inc.<br>Cwalt, Inc.<br>Countrywide Financial Corporation | Stephen D. Hibbard<br>Shearman & Sterling, LLP<br>525 Market Street<br>San Francisco, CA 94105 |
| Banc of America Securities LLC<br>Banc of America Mortgage Securities, Inc.<br>Banc of America Funding Corporation | Ragesh K. Tangri<br>Durie Tangri LLP<br>217 Leidesdorff Street<br>San Francisco, CA 94111<br><br>Mitchell Lowenthal<br>Meredith Kotler<br>Patrick J. Hurford<br>Jared M. gerber<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York NY 10006 |
| Citigroup Global Markets, Inc.<br>Citigroup Mortgage Loan Trust, Inc. | Susanna M. Buergel<br>1285 Avenue of the Americas<br>New York, NY 10019 |
| Credit Suisse Securities (USA) LLC<br>Credit Suisse First Boston Mortgage Securities Corp. | Richard W. Clary<br>Christopher B. Hardwood<br>Cravath, Swaine & Moore LLP<br>825 8th Avenue<br>New York, NY 10019<br><br>Robert J. Stumpf, Jr.<br>Sheppard Mullin Richter & Hampton LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4109 |
| Morgan Stanley & Co. Inc.<br>Morgan Stanley Capital I Inc. | James P. Rouhandeh<br>Davis Polk & Wardwell LLP<br>450 Lexington Ave.<br>New York, NY 10017 |
| Sequoia Residential Funding, Inc. | Timothy P. Crudo<br>Latham & Watkins LLP<br>San Francisco Office<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111 |

Sullivan & Cromwell llp

CERTIFICATE OF SERVICE
CASE NO. 10-4030 (JL)

| | |
|---|---|
| UBS Securities, LLC; Mortgage Asset Securitization Transactions, Inc. HSBC Securities (USA) Inc. | Dane H. Butswinkas<br>Hackny Wiegmann<br>Williams & Connolly LLP<br>725 Twelfth Street, N.W.<br>Washington, DC  20005<br><br>Edward W. Swanson<br>August P. Gugelman<br>Swanson & McNamara LLP<br>300 Montgomery Street, #1100<br>San Francisco, CA  94104 |
| First Tennessee Bank, N.A.;<br>First Horizon Asset Securities, Inc. | Ingrid Chilton<br>First Horizon/First Tennessee Bank<br>165 Madison Avenue, 8th Floor<br>Memphis, TN  38103 |

Sullivan &
Cromwell llp

CERTIFICATE OF SERVICE
CASE NO. 10-4030 (JL)