```
 1  GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
    ROBERT A. GOODIN, State Bar No. 061302
 2      rgoodin@goodinmacbride.com
    FRANCINE T. RADFORD, State Bar No. 168269
 3      fradford@goodinmacbride.com
    ANNE H. HARTMAN, State Bar No. 184556
 4      ahartman@goodinmacbride.com
    505 Sansome Street, Suite 900
 5  San Francisco, California 94111
    Telephone:  (415) 392-7900
 6  Facsimile:  (415) 398-4321

 7  THE CHARLES SCHWAB CORPORATION
    LOWELL HAKY, State Bar No. 178526
 8  211 Main Street
    San Francisco, California 94105
 9  Telephone:  (415) 667-0622
    Facsimile:  (415) 667-1638
10
    GRAIS & ELLSWORTH LLP
11  DAVID J. GRAIS
        dgrais@graisellsworth.com
12  KATHRYN C. ELLSWORTH
        kellsworth@graisellsworth.com
13  OWEN L. CYRULNIK
        ocyrulnik@graisellsworth.com
14  LEANNE M. WILSON
        lwilson@graisellsworth.com
15  40 East 52nd Street
    New York, New York 10022
16  Telephone:  (212) 755-0100
    Facsimile:  (212) 755-0052
17
    Attorneys for Plaintiff
18  The Charles Schwab Corporation
```

RECEIVED (stamp) — 2010 OCT [??] P 12:58 — RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, N.D. CA. SAN JOSE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| THE CHARLES SCHWAB CORPORATION, | No. CV-10-4030 SI |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF DAVID J. GRAIS *PRO HAC VICE*** |
| v. | |
| BNP PARIBAS SECURITIES CORP., *et al.*, | |
| Defendants. | |

David J. Grais, whose business address and telephone number is Grais &

ORDER FOR ADMISSION OF DAVID
J. GRAIS *PRO HAC VICE*                                                    (No. CV-10-4030 SI)

Ellsworth LLP, 40 East 52nd Street, New York, New York 10022, (212) 755-0100, and who is an active member in good standing of the bar of New York, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiff The Charles Schwab Corporation,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: October ___, 2010

_____
United States District Judge

3338/001/X122805.v1

**ORDER FOR ADMISSION OF DAVID J. GRAIS *PRO HAC VICE***   -2-   (No. CV-10-4030 SI)