1　Brendan P. Cullen (CSBN 194057)
　　cullenb@sullcrom.com
2　SULLIVAN & CROMWELL LLP
　　1870 Embarcadero Road
3　Palo Alto, CA 94303-3308
　　Tel: (650) 461-5600
4　Fax: (650) 461-5700

5　Counsel for Defendants
　　GOLDMAN, SACHS & CO. AND
6　GS MORTGAGE SECURITIES CORP.

7

8　　　　　　　　　UNITED STATES DISTRICT COURT

9　　　　　　　　NORTHERN DISTRICT OF CALIFORNIA

10　　　　　　　　　　SAN FRANCISCO DIVISION

11

| 12 THE CHARLES SCHWAB | CASE NO. 3:10-cv-04030 (SI) |
| CORPORATION, | |
| 13 | [PROPOSED] |
| Plaintiff, | ORDER GRANTING APPLICATION FOR |
| 14 | ADMISSION OF THEODORE EDELMAN |
| vs. | *PRO HAC VICE* |
| 15 | |
| BNP PARIBAS SECURITIES CORP.; | |
| 16 CWMBS, INC.; BANC OF AMERICA | |
| SECURITIES LLC; BANC OF | |
| 17 AMERICA MORTGAGE SECURITIES, | |
| INC; BANC OF AMERICA FUNDING | |
| 18 CORPORATION; CWALT, INC.; | |
| COUNTRYWIDE FINANCIAL | |
| 19 CORPORATION; CITIGROUP | |
| GLOBAL MARKETS, INC.; | |
| 20 CITIGROUP MORTGAGE LOAN | |
| TRUST, INC.; RESIDENTIAL | |
| 21 ACCREDIT LOANS, INC.; FIRST | |
| HORIZON ASSET SECURITIES INC.; | |
| 22 CREDIT SUISSE SECURITIES (USA) | |
| LLC; CREDIT SUISSE FIRST BOSTON | |
| 23 MORTGAGE SECURITIES CORP.; | |
| RESIDENTIAL ASSET MORTGAGE | |
| 24 PRODUCTS, INC.; DEUTSCHE BANK | |
| SECURITIES INC.; FIRST | |
| 25 TENNESSEE BANK N.A.; GOLDMAN, | |
| SACHS & CO.; GS MORTGAGE | |
| 26 SECURITIES CORP.; RBS | |
| SECURITIES, INC. F/K/A | |
| 27 GREENWICH CAPITAL MARKETS, | |

28

RECEIVED
2010 OCT 14 A 10: 43
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 | INC.; HSBC SECURITIES (USA) INC.;
  | WELLS FARGO ASSET SECURITIES
2 | CORPORATION; WELLS FARGO
  | BANK N.A.; MORGAN STANLEY &
3 | CO. INC.; MORGAN STANLEY
  | CAPITAL I INC.; SEQUOIA
4 | RESIDENTIAL FUNDING, INC.; UBS
  | SECURITIES, LLC; MORTGAGE
5 | ASSET SECURITIZATION
  | TRANSACTIONS, INC.; AND DOES I-
6 | 50,

7 | Defendants.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Theodore Edelman, an active member in good standing of the bar of the State of

2    New York, and whose business address and contact information is:

3        Sullivan & Cromwell LLP
         125 Broad Street
4        New York, New York 10004-2498
5        Telephone: (212) 558-4000
         Facsimile: (212) 558-3588
6        Email: edelmant@sullcrom.com

7    having applied in the above-entitled action for admission to practice in the Northern District of

8    California on a *pro hac vice* basis, representing defendants Goldman, Sachs & Co. and GS

9    Mortgage Securities Corp.,

10        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms

11   and conditions of Civil L.R. 11-3. All papers filed by that attorney must indicate appearance *pro*

12   *hac vice*. Service of papers upon and communications with co-counsel designated in the

13   application will constitute notice to the party. All future filings in this action are subject to the

14   requirements contained in General order No. 45, *Electronic Case Filing*.

15

16   DATED:

                                          The Honorable Susan Illston
17                                        United States District Court

18

19

20

21

22

23

24

25

26

27

28                                    1

1  Submitted By:

2

3  Theodore Edelman
    (*pro hac vice* application pending)
4  edelmant@sullcrom.com
    SULLIVAN & CROMWELL LLP
5  125 Broad Street
    New York, New York 10004-2498
6  Telephone:  (212) 558 4000
    Facsimile:  (212) 558-3588
7
    Brendan P. Cullen (CSBN 194057)
8  cullcnb@sullcrom.com
    SULLIVAN & CROMWELL LLP
9  1870 Embarcadero Road
    Palo Alto, California 94303
10  Telephone:  (650) 461-5600
    Facsimile:  (650) 461-5700
11
    Counsel for Defendants
12  GOLDMAN, SACHS & CO. AND
    GS MORTGAGE SECURITIES CORP.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28