Brendan P. Cullen (CSBN 194057)
cullenb@sullcrom.com
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, CA 94303-3308
Tel: (650) 461-5600
Fax: (650) 461-5700

Counsel for Defendants
GOLDMAN, SACHS & CO. AND
GS MORTGAGE SECURITIES CORP.

RECEIVED
2010 OCT 14 A 10: 42
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CHARLES SCHWAB CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>BNP PARIBAS SECURITIES CORP.; CWMBS, INC.; BANC OF AMERICA SECURITIES LLC; BANC OF AMERICA MORTGAGE SECURITIES, INC; BANC OF AMERICA FUNDING CORPORATION; CWALT, INC.; COUNTRYWIDE FINANCIAL CORPORATION; CITIGROUP GLOBAL MARKETS, INC.; CITIGROUP MORTGAGE LOAN TRUST, INC.; RESIDENTIAL ACCREDIT LOANS, INC.; FIRST HORIZON ASSET SECURITIES INC.; CREDIT SUISSE SECURITIES (USA) LLC; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC.; DEUTSCHE BANK SECURITIES INC.; FIRST TENNESSEE BANK N.A.; GOLDMAN, SACHS & CO.; GS MORTGAGE SECURITIES CORP.; RBS SECURITIES, INC. F/K/A | CASE NO. 3:10-cv-04030 (SI)<br><br>[PROPOSED]<br>ORDER GRANTING APPLICATION FOR ADMISSION OF JESSICA P. STOKES *PRO HAC VICE* |

| | |
|---|---|
| 1 | GREENWICH CAPITAL MARKETS, INC.; HSBC SECURITIES (USA) INC.; |
| 2 | WELLS FARGO ASSET SECURITIES CORPORATION; WELLS FARGO |
| 3 | BANK N.A.; MORGAN STANLEY & CO. INC.; MORGAN STANLEY |
| 4 | CAPITAL I INC.; SEQUOIA RESIDENTIAL FUNDING, INC.; UBS |
| 5 | SECURITIES, LLC; MORTGAGE ASSET SECURITIZATION |
| 6 | TRANSACTIONS, INC.; AND DOES I-50, |
| 7 | Defendants. |

1  Jessica P. Stokes, an active member in good standing of the bar of the State of
2  New York, and whose business address and contact information is:

3      Sullivan & Cromwell LLP
    125 Broad Street
4      New York, New York 10004-2498
5      Telephone: (212) 558-4000
    Facsimile: (212) 558-3588
6      Email: stokesj@sullcrom.com

7  having applied in the above-entitled action for admission to practice in the Northern District of
8  California on a *pro hac vice* basis, representing defendants Goldman, Sachs & Co. and GS
9  Mortgage Securities Corp.,

10      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
11  and conditions of Civil L.R. 11-3. All papers filed by that attorney must indicate appearance *pro*
12  *hac vice*. Service of papers upon and communications with co-counsel designated in the
13  application will constitute notice to the party. All future filings in this action are subject to the
14  requirements contained in General order No. 45, *Electronic Case Filing*.

15
16  DATED: _____
                                                   The Honorable Susan Illston
17                                                     United States District Court

1

1  Submitted By:

2  *Jessica P. Stokes*

3  Jessica P. Stokes
   (*pro hac vice* application pending)
4  stokesj@sullcrom.com
   SULLIVAN & CROMWELL LLP
5  125 Broad Street
   New York, New York 10004-2498
6  Telephone: (212) 558 4000
   Facsimile: (212) 558-3588
7
   Brendan P. Cullen (CSBN 194057)
8  cullenb@sullcrom.com
   SULLIVAN & CROMWELL LLP
9  1870 Embarcadero Road
   Palo Alto, California 94303
10 Telephone:  (650) 461-5600
   Facsimile:  (650) 461-5700
11
   Counsel for Defendants
12 GOLDMAN, SACHS & CO. AND
   GS MORTGAGE SECURITIES CORP.
13

---

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF JESSICA P. STOKES *PRO HAC VICE*
CASE NO. 3:10-CV-04030 (SI)