1 | Brendan P. Cullen (CSBN 194057)
cullenb@sullcrom.com
2 | SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
3 | Palo Alto, CA 94303-3308
Tel: (650) 461-5600
4 | Fax: (650) 461-5700

5 | Counsel for Defendants
GOLDMAN, SACHS & CO. AND
6 | GS MORTGAGE SECURITIES CORP.

*RECEIVED 2010 OCT 14 A 10:41 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CHARLES SCHWAB CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>BNP PARIBAS SECURITIES CORP.; CWMBS, INC.; BANC OF AMERICA SECURITIES LLC; BANC OF AMERICA MORTGAGE SECURITIES, INC; BANC OF AMERICA FUNDING CORPORATION; CWALT, INC.; COUNTRYWIDE FINANCIAL CORPORATION; CITIGROUP GLOBAL MARKETS, INC.; CITIGROUP MORTGAGE LOAN TRUST, INC.; RESIDENTIAL ACCREDIT LOANS, INC.; FIRST HORIZON ASSET SECURITIES INC.; CREDIT SUISSE SECURITIES (USA) LLC; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC.; DEUTSCHE BANK SECURITIES INC.; FIRST TENNESSEE BANK N.A.; GOLDMAN, SACHS & CO.; GS MORTGAGE SECURITIES CORP.; RBS SECURITIES, INC. F/K/A GREENWICH CAPITAL MARKETS, | CASE NO. 3:10-cv-04030 (SI)<br><br>**[PROPOSED]**<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF RICHARD H. KLAPPER *PRO HAC VICE*** |

| | |
|---|---|
| 1 | INC.; HSBC SECURITIES (USA) INC.; WELLS FARGO ASSET SECURITIES |
| 2 | CORPORATION; WELLS FARGO BANK N.A.; MORGAN STANLEY & |
| 3 | CO. INC.; MORGAN STANLEY CAPITAL I INC.; SEQUOIA |
| 4 | RESIDENTIAL FUNDING, INC.; UBS SECURITIES, LLC; MORTGAGE |
| 5 | ASSET SECURITIZATION TRANSACTIONS, INC.; AND DOES I- |
| 6 | 50, |
| 7 | Defendants. |

1  Richard H. Klapper, an active member in good standing of the bar of the State of
2  New York, and whose business address and contact information is:

3  Sullivan & Cromwell LLP
4  125 Broad Street
   New York, New York 10004-2498
5  Telephone: (212) 558-4000
   Facsimile: (212) 558-3588
6  Email: klapperr@sullcrom.com

7  having applied in the above-entitled action for admission to practice in the Northern District of
8  California on a *pro hac vice* basis, representing defendants Goldman, Sachs & Co. and GS
9  Mortgage Securities Corp.,

10  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
11  and conditions of Civil L.R. 11-3. All papers filed by that attorney must indicate appearance *pro*
12  *hac vice*. Service of papers upon and communications with co-counsel designated in the
13  application will constitute notice to the party. All future filings in this action are subject to the
14  requirements contained in General order No. 45, *Electronic Case Filing*.

16  DATED:  
    _____  
    The Honorable Susan Illston  
17  United States District Court

1

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF RICHARD H. KLAPPER *PRO HAC VICE*  
CASE NO. 3:10-CV-04030 (SI)

1 | Submitted By:

2 | *[signature: Richard H. Klapper]*

3 | Richard H. Klapper
(*pro hac vice* application pending)
4 | klapperr@sullcrom.com
SULLIVAN & CROMWELL LLP
5 | 125 Broad Street
New York, New York 10004-2498
6 | Telephone: (212) 558 4000
Facsimile: (212) 558-3588
7 |
Brendan P. Cullen (CSBN 194057)
8 | cullenb@sullcrom.com
SULLIVAN & CROMWELL LLP
9 | 1870 Embarcadero Road
Palo Alto, California 94303
10 | Telephone: (650) 461-5600
Facsimile: (650) 461-5700
11 |
Counsel for Defendants
12 | GOLDMAN, SACHS & CO. AND
GS MORTGAGE SECURITIES CORP.