RECEIVED
2010 OCT 14 A 10: 41
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 Brendan P. Cullen (CSBN 194057)
cullenb@sullcrom.com
2 SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
3 Palo Alto, CA 94303-3308
Tel: (650) 461-5600
4 Fax: (650) 461-5700

5 Counsel for Defendants
GOLDMAN, SACHS & CO. AND
6 GS MORTGAGE SECURITIES CORP.

7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12 THE CHARLES SCHWAB CORPORATION, | CASE NO. 3:10-cv-04030 (SI) |
| 13 Plaintiff, | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF HARSH N. TRIVEDI *PRO HAC VICE* |
| 14 vs. | |
| 15 BNP PARIBAS SECURITIES CORP.; CWMBS, INC.; BANC OF AMERICA SECURITIES LLC; BANC OF AMERICA MORTGAGE SECURITIES, INC; BANC OF AMERICA FUNDING CORPORATION; CWALT, INC.; COUNTRYWIDE FINANCIAL CORPORATION; CITIGROUP GLOBAL MARKETS, INC.; CITIGROUP MORTGAGE LOAN TRUST, INC.; RESIDENTIAL ACCREDIT LOANS, INC.; FIRST HORIZON ASSET SECURITIES INC.; CREDIT SUISSE SECURITIES (USA) LLC; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC.; DEUTSCHE BANK SECURITIES INC.; FIRST TENNESSEE BANK N.A.; GOLDMAN, SACHS & CO.; GS MORTGAGE SECURITIES CORP.; RBS SECURITIES, INC. F/K/A GREENWICH CAPITAL MARKETS, | |

28

1  INC.; HSBC SECURITIES (USA) INC.;
2  WELLS FARGO ASSET SECURITIES CORPORATION; WELLS FARGO BANK N.A.; MORGAN STANLEY &
3  CO. INC.; MORGAN STANLEY CAPITAL I INC.; SEQUOIA
4  RESIDENTIAL FUNDING, INC.; UBS SECURITIES, LLC; MORTGAGE
5  ASSET SECURITIZATION TRANSACTIONS, INC.; AND DOES I-
6  50,

7        Defendants.

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  Harsh N. Trivedi, an active member in good standing of the bar of the State of
2  New York, and whose business address and contact information is:

3  Sullivan & Cromwell LLP
   125 Broad Street
4  New York, New York 10004-2498
5  Telephone: (212) 558-4000
   Facsimile: (212) 558-3588
6  Email: trivedih@sullcrom.com

7  having applied in the above-entitled action for admission to practice in the Northern District of
8  California on a *pro hac vice* basis, representing defendants Goldman, Sachs & Co. and GS
9  Mortgage Securities Corp.,

10  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
11  and conditions of Civil L.R. 11-3. All papers filed by that attorney must indicate appearance *pro*
12  *hac vice*. Service of papers upon and communications with co-counsel designated in the
13  application will constitute notice to the party. All future filings in this action are subject to the
14  requirements contained in General order No. 45, *Electronic Case Filing*.

16  DATED:

    _____
    The Honorable Susan Illston
17  United States District Court

28  1

1  Submitted By:

2  /s/ Harsh N. Trivedi

3  Harsh N. Trivedi
   (*pro hac vice* application pending)
4  trivedih@sullcrom.com
   SULLIVAN & CROMWELL LLP
5  125 Broad Street
   New York, New York 10004-2498
6  Telephone: (212) 558 4000
   Facsimile: (212) 558-3588
7
   Brendan P. Cullen (CSBN 194057)
8  cullenb@sullcrom.com
   SULLIVAN & CROMWELL LLP
9  1870 Embarcadero Road
   Palo Alto, California 94303
10 Telephone:  (650) 461-5600
   Facsimile:   (650) 461-5700
11
   Counsel for Defendants
12 GOLDMAN, SACHS & CO. AND
   GS MORTGAGE SECURITIES CORP.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28