**E-Filed 10/19/2010**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Case No.: 09-CV-01376-LHK<br><br>ORDER FINDING CASES NOT RELATED |

Lead Plaintiffs in the above-captioned action ("*In re Wells Fargo*") filed an administrative motion to find *In re Wells Fargo* related to *The Charles Schwab Corporation et al. v. BNP Paribas Securities Corp. et al.*, 10-CV-04030-SI under Local Rule 3-12. For the reasons set forth in the Court's order issued today in *In re Wells Fargo*, Dkt. No. 299, the Court finds that these cases are not related. Accordingly, no reassignment will occur.

**IT IS SO ORDERED.**

Dated: October 19, 2010

LUCY H. KOH
United States District Judge