RECEIVED
2010 OCT 14 A 10: 40
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DIST. OF CAL. S.F.

1   Brendan P. Cullen (CSBN 194057)
    cullenb@sullcrom.com
2   SULLIVAN & CROMWELL LLP
    1870 Embarcadero Road
3   Palo Alto, CA 94303-3308
    Tel: (650) 461-5600
4   Fax: (650) 461-5700

5   Counsel for Defendants
    GOLDMAN, SACHS & CO. AND
6   GS MORTGAGE SECURITIES CORP.

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  THE CHARLES SCHWAB<br>     CORPORATION, | CASE NO. 3:10-cv-04030 (SI) |
| 13 | **[PROPOSED]** |
|                Plaintiff, | **ORDER GRANTING APPLICATION FOR** |
| 14 | **ADMISSION OF CHRISTOPHER J.** |
|        vs. | **DUNNE** *PRO HAC VICE* |
| 15 | |
| 16  BNP PARIBAS SECURITIES CORP.;<br>     CWMBS, INC.; BANC OF AMERICA | |
|     SECURITIES LLC; BANC OF | |
| 17  AMERICA MORTGAGE SECURITIES,<br>     INC; BANC OF AMERICA FUNDING | |
| 18  CORPORATION; CWALT, INC.;<br>     COUNTRYWIDE FINANCIAL | |
| 19  CORPORATION; CITIGROUP<br>     GLOBAL MARKETS, INC.; | |
| 20  CITIGROUP MORTGAGE LOAN<br>     TRUST, INC.; RESIDENTIAL | |
| 21  ACCREDIT LOANS, INC.; FIRST<br>     HORIZON ASSET SECURITIES INC.; | |
| 22  CREDIT SUISSE SECURITIES (USA)<br>     LLC; CREDIT SUISSE FIRST BOSTON | |
| 23  MORTGAGE SECURITIES CORP.;<br>     RESIDENTIAL ASSET MORTGAGE | |
| 24  PRODUCTS, INC.; DEUTSCHE BANK<br>     SECURITIES INC.; FIRST | |
| 25  TENNESSEE BANK N.A.; GOLDMAN,<br>     SACHS & CO.; GS MORTGAGE | |
| 26  SECURITIES CORP.; RBS<br>     SECURITIES, INC. F/K/A | |
| 27  GREENWICH CAPITAL MARKETS, | |

28

1   INC.; HSBC SECURITIES (USA) INC.;
    WELLS FARGO ASSET SECURITIES
2   CORPORATION; WELLS FARGO
    BANK N.A.; MORGAN STANLEY &
3   CO. INC.; MORGAN STANLEY
    CAPITAL I INC.; SEQUOIA
4   RESIDENTIAL FUNDING, INC.; UBS
    SECURITIES, LLC; MORTGAGE
5   ASSET SECURITIZATION
    TRANSACTIONS, INC.; AND DOES I-
6   50,

7                        Defendants.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1           Christopher J. Dunne, an active member in good standing of the bar of the State of

2  New York, and whose business address and contact information is:

3           Sullivan & Cromwell LLP

4           125 Broad Street
            New York, New York 10004-2498

5           Telephone: (212) 558-4000
            Facsimile: (212) 558-3588

6           Email: dunnec@sullcrom.com

7  having applied in the above-entitled action for admission to practice in the Northern District of

8  California on a *pro hac vice* basis, representing defendants Goldman, Sachs & Co. and GS

9  Mortgage Securities Corp.,

10          IT IS HEREBY ORDERED THAT the application is granted, subject to the terms

11  and conditions of Civil L.R. 11-3. All papers filed by that attorney must indicate appearance *pro*

12  *hac vice*. Service of papers upon and communications with co-counsel designated in the

13  application will constitute notice to the party. All future filings in this action are subject to the

14  requirements contained in General order No. 45, *Electronic Case Filing*.

15

16  DATED:

17                       The Honorable Susan Illston
                       United States District Court

18

19

20

21

22

23

24

25

26

27

28

1

1    Submitted By:

2

3    Christopher J. Dunne
        (*pro hac vice* application pending)
4    dunnec@sullcrom.com
     SULLIVAN & CROMWELL LLP
5    125 Broad Street
     New York, New York 10004-2498
6    Telephone: (212) 558 4000
     Facsimile: (212) 558-3588
7
     Brendan P. Cullen (CSBN 194057)
8    cullenb@sullcrom.com
     SULLIVAN & CROMWELL LLP
9    1870 Embarcadero Road
     Palo Alto, California 94303
10   Telephone:    (650) 461-5600
     Facsimile:    (650) 461-5700
11
     Counsel for Defendants
12   GOLDMAN, SACHS & CO. AND
     GS MORTGAGE SECURITIES CORP.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF CHRISTOPHER J. DUNNE *PRO HAC VICE*
CASE NO. 3:10-CV-04030 (SI)