| | |
|---|---|
| 1 | Neal A. Potischman (SBN 254862) |
|   | neal.potischman@davispolk.com |
| 2 | Samantha H. Knox (SBN 254427) |
|   | samantha.knox@davispolk.com |
| 3 | DAVIS POLK & WARDWELL LLP |
|   | 1600 El Camino Real |
| 4 | Menlo Park, California  94025 |
|   | Telephone:  (650) 752-2000 |
| 5 | Facsimile:   (650) 752-2111 |
| 6 | Of Counsel: |
| 7 | James P. Rouhandeh |
|   | rouhandeh@davispolk.com |
| 8 | William J. Fenrich |
|   | william.fenrich@davispolk.com |
| 9 | Daniel J. Schwartz |
|   | daniel.schwartz@davispolk.com |
| 10 | (*pro hac vice applications to be filed*) |
|    | DAVIS POLK & WARDWELL LLP |
| 11 | 450 Lexington Avenue |
|    | New York, New York 10017 |
| 12 | Telephone: (212) 450-4000 |
|    | Facsimile:  (212) 701-5800 |
| 13 | |
| 14 | Attorneys for Defendants |
|    | MORGAN STANLEY & CO. |
|    | INCORPORATED and |
| 15 | MORGAN STANLEY CAPITAL I INC. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| THE CHARLES SCHWAB CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | CASE NO. 3:10-cv-04030-SI |
| v. | ) ) | **NOTICE OF APPEARANCE OF NEAL A. POTISCHMAN** |
| BNP PARIBAS SECURITIES CORP., et al., | ) ) | |
| Defendants. | ) ) | |

NOTICE OF APPEARANCE OF NEAL A. POTISCHMAN
CASE NO. 3:10-CV-04030-SI

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE THAT Neal A. Potischman of the law firm of Davis Polk &

3  Wardwell LLP hereby appears in this action on behalf of Defendants Morgan Stanley & Co.

4  Incorporated and Morgan Stanley Capital I Inc. (collectively, "Morgan Stanley").  Morgan Stanley

5  respectfully requests that all pleadings and other documents be addressed to and served upon Neal

6  A. Potischman, using the contact information set forth below, in addition to Morgan Stanley's other

7  counsel in this action:

> Neal A. Potischman
> Davis Polk & Wardwell LLP
> 1600 El Camino Real
> Menlo Park, California 94025
> Telephone:  (650) 752-2000
> Fascimile:   (650) 752-2111
> Email:        neal.potischman@davispolk.com

Dated:   October 26, 2010            Respectfully Submitted,

DAVIS POLK & WARDWELL LLP


 /s/Neal A. Potischman
Neal A. Potischman (SBN 254862)

Attorneys for Defendants
MORGAN STANLEY & CO. INCORPORATED
and MORGAN STANLEY CAPITAL I INC.