Neal A. Potischman (SBN 254862)
neal.potischman@davispolk.com
Samantha H. Knox (SBN 254427)
samantha.knox@davispolk.com
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

Of Counsel:

James P. Rouhandeh
rouhandeh@davispolk.com
William J. Fenrich
william.fenrich@davispolk.com
Daniel J. Schwartz
daniel.schwartz@davispolk.com
(*pro hac vice applications to be filed*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800

Attorneys for Defendants
MORGAN STANLEY & CO. INCORPORATED and
MORGAN STANLEY CAPITAL I INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CHARLES SCHWAB CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BNP PARIBAS SECURITIES CORP., et al.,<br><br>Defendants. | CASE NO. 3:10-cv-04030-SI<br><br>**CIVIL LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF DEFENDANTS MORGAN STANLEY & CO. INCORPORATED AND MORGAN STANLEY CAPITAL I INC.** |

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: October 26, 2010

Respectfully Submitted,

DAVIS POLK & WARDWELL LLP

/s/Neal A. Potischman
Neal A. Potischman (SBN 254862)
Samantha H. Knox (SBN 254427)

James P. Rouhandeh
William J. Fenrich
Daniel J. Schwartz
(*pro hac vice applications to be filed*)

Attorneys for Defendants
MORGAN STANLEY & CO. INCORPORATED
and MORGAN STANLEY CAPITAL I INC.

1

CIVIL L.R. 3-16 CERTIFICATION OF INTERESTED ENTITIES
OR PERSONS OF DEFENDANTS MORGAN STANLEY & CO. INCORPORATED
AND MORGAN STANLEY CAPITAL I INC.
CASE NO. 3:10-CV-04030-SI