1 | Neal A. Potischman (SBN 254862)
neal.potischman@davispolk.com
2 | Samantha H. Knox (SBN 254427)
samantha.knox@davispolk.com
3 | DAVIS POLK & WARDWELL LLP
1600 El Camino Real
4 | Menlo Park, California  94025
Telephone: (650) 752-2000
5 | Facsimile:   (650) 752-2111

6 | Of Counsel:

7 | James P. Rouhandeh
rouhandeh@davispolk.com
8 | William J. Fenrich
william.fenrich@davispolk.com
9 | Daniel J. Schwartz
daniel.schwartz@davispolk.com
10 | (*pro hac vice applications to be filed*)
DAVIS POLK & WARDWELL LLP
11 | 450 Lexington Avenue
New York, New York 10017
12 | Telephone: (212) 450-4000
Facsimile:  (212) 701-5800

Attorneys for Defendants
14 | MORGAN STANLEY & CO.
INCORPORATED and
15 | MORGAN STANLEY CAPITAL I INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CHARLES SCHWAB CORPORATION, | )<br>)<br>) |
| Plaintiff, | ) CASE NO. 3:10-cv-04030-SI<br>) |
| v. | ) **RULE 7.1 DISCLOSURE STATEMENT**<br>) **OF DEFENDANTS MORGAN** |
| BNP PARIBAS SECURITIES CORP., et al., | ) **STANLEY & CO. INCORPORATED**<br>) **AND MORGAN STANLEY CAPITAL I** |
| Defendants. | ) **INC.**<br>) |

## DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Morgan Stanley & Co. Incorporated and Morgan Stanley Capital I Inc. state that they are wholly owned subsidiaries of Morgan Stanley, a publicly held corporation.

Dated:   October 26, 2010　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　DAVIS POLK & WARDWELL LLP


　　　　　　　　　　　　　　　　　　　　　　　/s/Neal A. Potischman
　　　　　　　　　　　　　　　　　　　　　　　Neal A. Potischman (SBN 254862)
　　　　　　　　　　　　　　　　　　　　　　　Samantha H. Knox (SBN 254427)

　　　　　　　　　　　　　　　　　　　　　　　James P. Rouhandeh
　　　　　　　　　　　　　　　　　　　　　　　William J. Fenrich
　　　　　　　　　　　　　　　　　　　　　　　Daniel J. Schwartz
　　　　　　　　　　　　　　　　　　　　　　　(*pro hac vice applications to be filed*)

　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　　　　MORGAN STANLEY & CO. INCORPORATED
　　　　　　　　　　　　　　　　　　　　　　　and MORGAN STANLEY CAPITAL I INC.

1