| | |
|---|---|
| 1 | Neal A. Potischman (SBN 254862) |
|   | neal.potischman@davispolk.com |
| 2 | Samantha H. Knox (SBN 254427) |
|   | samantha.knox@davispolk.com |
| 3 | DAVIS POLK & WARDWELL LLP |
|   | 1600 El Camino Real |
| 4 | Menlo Park, California  94025 |
|   | Telephone:  (650) 752-2000 |
| 5 | Facsimile:   (650) 752-2111 |
| 6 | Of Counsel: |
| 7 | James P. Rouhandeh |
|   | rouhandeh@davispolk.com |
| 8 | William J. Fenrich |
|   | william.fenrich@davispolk.com |
| 9 | Daniel J. Schwartz |
|   | daniel.schwartz@davispolk.com |
| 10 | (*pro hac vice applications to be filed*) |
|    | DAVIS POLK & WARDWELL LLP |
| 11 | 450 Lexington Avenue |
|    | New York, New York 10017 |
| 12 | Telephone: (212) 450-4000 |
|    | Facsimile:  (212) 701-5800 |
| 13 | |
| 14 | Attorneys for Defendants |
|    | MORGAN STANLEY & CO. |
|    | INCORPORATED and |
| 15 | MORGAN STANLEY CAPITAL I INC. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| THE CHARLES SCHWAB CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | CASE NO. 3:10-cv-04030-SI |
| v. | ) ) | **NOTICE OF APPEARANCE OF SAMANTHA H. KNOX** |
| BNP PARIBAS SECURITIES CORP., et al., | ) ) | |
| Defendants. | ) ) | |

NOTICE OF APPEARANCE OF SAMANTHA H. KNOX
CASE NO. 3:10-CV-04030-SI

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Samantha H. Knox of the law firm of Davis Polk & Wardwell LLP hereby appears in this action as additional counsel of record on behalf of Defendants Morgan Stanley & Co. Incorporated and Morgan Stanley Capital I Inc. (collectively, "Morgan Stanley").  Morgan Stanley respectfully requests that all pleadings and other documents be addressed to and served upon Samantha H. Knox, using the contact information set forth below, in addition to Morgan Stanley's other counsel in this action:

>    Samantha H. Knox
>    Davis Polk & Wardwell LLP
>    1600 El Camino Real
>    Menlo Park, California 94025
>    Telephone:   (650) 752-2000
>    Fascimile:   (650) 752-2111
>    Email:   samantha.knox@davispolk.com

Dated:   October 26, 2010

Respectfully Submitted,

DAVIS POLK & WARDWELL LLP


 /s/Samantha H. Knox
Samantha H. Knox (SBN 254427)

Attorneys for Defendants
MORGAN STANLEY & CO. INCORPORATED
and MORGAN STANLEY CAPITAL I INC.

1

NOTICE OF APPEARANCE OF SAMANTHA H. KNOX
CASE NO. 3:10-CV-04030-SI