Neal A. Potischman (SBN 254862)
neal.potischman@davispolk.com
Samantha H. Knox (SBN 254427)
samantha.knox@davispolk.com
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

Of Counsel:

James P. Rouhandeh
rouhandeh@davispolk.com
William J. Fenrich
william.fenrich@davispolk.com
Daniel J. Schwartz
daniel.schwartz@davispolk.com
(*pro hac vice applications to be filed*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800

Attorneys for Defendants
MORGAN STANLEY & CO. INCORPORATED and
MORGAN STANLEY CAPITAL I INC.

FILED
2010 NOV -3 P 2: 47
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N. DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CHARLES SCHWAB CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BNP PARIBAS SECURITIES CORP., et al., <br><br> Defendants. | CASE NO. 3:10-cv-04030-SI <br><br> **CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I hereby certify that I am and was at the time of the service mentioned in this declaration employed in the County of San Mateo, California. I am over the age of 18 years and not a party to the within action. My business address is Davis Polk & Wardwell LLP, 1600 El Camino Real, Menlo Park, California 94025.

On November 3, 2010, I served copies of the following documents:

**APPLICATION FOR ADMISSION OF JAMES P. ROUHANDEH *PRO HAC VICE***

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF JAMES P. ROUHANDEH *PRO HAC VICE***

**APPLICATION FOR ADMISSION OF DANIEL J. SCHWARTZ *PRO HAC VICE***

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF DANIEL J. SCHWARTZ *PRO HAC VICE***

on the parties in this action addressed as follows:

SEE ATTACHED SERVICE LIST

☒ **(BY OVERNIGHT DELIVERY)** I placed the documents listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☒ **(BY ELECTRONIC MAIL)** by transmitting via electronic mail document(s) in portable document format (PDF) to the email addresses set forth in the attached service list on this date

I declare under penalty of perjury under the laws of United States of America that the above is true and correct.

Executed on November 3, 2010 at Menlo Park, California.

_____
Felicia Yu

**SERVICE LIST**

| | |
|---|---|
| Robert A. Goodin<br>Francine T. Radford<br>Anne H. Hartman<br>GOODIN, MACBRIDE, SQUERI, DAY &<br>LAMPREY, LLP<br>505 Sansome Street, Suite 900<br>San Francisco, California 94111<br>rgoodin@goodinmacbride.com<br>fradford@goodinmacbride.com<br>ahartman@goodinmacbride.com | *Attorneys for Plaintiff The Charles Schwab Corporation* |
| Lowell H. Haky<br>THE CHARLES SCHWAB CORPORATION<br>211 Main Street<br>San Francisco, California 94105<br>lowell.haky@schwab.com | *Attorney for Plaintiff The Charles Schwab Corporation* |
| David J. Grais<br>Kathryn C. Ellsworth<br>Owen L. Cyrulnik<br>Leanne M. Wilson<br>GRAIS & ELLSWORTH LLP<br>70 East 55th Street<br>New York, New York 10022<br>dgrais@graisellsworth.com<br>kellsworth@graisellsworth.com<br>ocyrulnik@graisellsworth.com<br>lwilson@graisellsworth.com | *Attorneys for Plaintiff The Charles Schwab Corporation* |
| Meredith E. Kotler<br>Mitchell A. Lowenthal<br>Patrick J. Hurford<br>Jared Gerber<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>One Liberty Plaza<br>New York, New York 10006<br>mkotler@cgsh.com<br>mlowenthal@cgsh.com<br>phurford@cgsh.com<br>jgerber@cgsh.com | *Attorneys for Defendants Banc of America Securities LLC, Banc of America Mortgage Securities, Inc., and Banc of America Funding Corporation* |
| Ragesh K. Tangri<br>DURIE TANGRI LLP<br>217 Leidesdorff Street<br>San Francisco, CA 94111<br>rtangri@durietangri.com | *Attorney for Defendants Banc of America Securities LLC, Banc of America Mortgage Securities, Inc., and Banc of America Funding Corporation* |

2

CERTIFICATE OF SERVICE
CASE NO. 3:10-cv-04030-SI

| | | |
|---|---|---|
| 1 | Timothy P. Crudo<br>Peter A. Wald | *Attorneys for Defendant Sequoia Residential Funding, Inc.* |
| 2 | LATHAM & WATKINS LLP<br>San Francisco Office | |
| 3 | 505 Montgomery Street, Suite 2000<br>San Francisco, California 94111 | |
| 4 | timothy.crudo@lw.com<br>peter.wald@lw.com | |
| 5 | | |
| 6 | Dean J. Kitchens<br>Alexander K. Mircheff | *Attorneys for Defendants BNP Paribas Securities Corp., RBS Securities, Inc. f/k/a* |
| 7 | GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, California 90071-3197 | *Greenwich Capital Markets, Inc., and Deutsche Bank Securities, Inc.* |
| 8 | dktichens@gibsondunn.com<br>amircheff@gibsondunn.com | |
| 9 | | |
| 10 | Rebecca J. Lazarus<br>GIBSON, DUNN & CRUTCHER LLP | *Attorney for Defendants BNP Paribas Securities Corp., RBS Securities, Inc. f/k/a* |
| 11 | 555 Mission Street<br>San Francisco, California 94105<br>rjustice@gibsondunn.com | *Greenwich Capital Markets, Inc., and Deutsche Bank Securities, Inc.* |
| 12 | | |
| 13 | Richard H. Klapper<br>Theodore Edelman | *Attorneys for Defendants Goldman, Sachs & Co. and GS Mortgage Securities Corp.* |
| 14 | Harsh N. Trivedi<br>Christopher J. Dunne | |
| 15 | Jessica P. Stokes<br>Maya Krugman | |
| 16 | SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004-2498 | |
| 17 | Tel: 212-558-4000<br>Fax: 212-558-3588 | |
| 18 | klapperr@sullcrom.com<br>edelmant@sullcrom.com | |
| 19 | trivedih@sullcrom.com<br>dunnec@sullcrom.com | |
| 20 | swartzr@sullcrom.com<br>stokesj@sullcrom.com | |
| 21 | krugmanm@sullcrom.com | |
| 22 | Brendan P. Cullen | *Attorneys for Defendants Goldman, Sachs &* |
| 23 | SULLIVAN & CROMWELL LLP<br>1870 Embarcadero Road<br>Palo Alto, California 94303-3308 | *Co. and GS Mortgage Securities Corp.* |
| 24 | Tel: 650-461-5600<br>Fax: 650-461-5700 | |
| 25 | cullenb@sullcrom.com<br>kablerl@sullcrom.com | |
| 26 | | |
| 27 | | |
| 28 | | |

3

CERTIFICATE OF SERVICE
CASE NO. 3:10-cv-04030-SI

| | | |
|---|---|---|
| 1 | Richard W. Clary | *Attorneys for Defendants Credit Suisse Securities (USA) LLC and Credit Suisse First Boston Mortgage Securities Corp.* |
| 2 | Michael T. Reynolds<br>Christopher B. Hardwood | |
| 3 | CRAVATH, SWAINE & MOORE LLP<br>825 8th Avenue<br>New York, New York 10019 | |
| 4 | rclary@cravath.com<br>mreynolds@cravath.com | |
| 5 | chardwood@cravath.com | |
| 6 | Robert J. Stumpf, Jr. | *Attorney for Defendants Credit Suisse Securities (USA) LLC and Credit Suisse First Boston Mortgage Securities Corp.* |
| 7 | Martin D. White<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP | |
| 8 | Four Embarcadero Center, 17th Floor<br>San Francisco, California 94111-4109 | |
| 9 | rstumpf@smrh.com<br>mwhite@sheppardmullin.com | |
| 10 | | |
| 11 | R. Hackney Wiegmann<br>Dane H. Butswinkas | *Attorneys for Defendants UBS Securities, LLC and Mortgage Asset Securitization Transactions, Inc.* |
| 12 | Anna-Rose Mathieson<br>WILLIAMS & CONNOLLY LLP | |
| 13 | 725 Twelfth Street, N.W.<br>Washington, DC 20005<br>hwiegmann@wc.com | |
| 14 | dbutswinkas@wc.com<br>amathieson@wc.com | |
| 15 | | |
| 16 | Edward W. Swanson<br>August P. Gugelmann | *Attorneys for Defendants HSBC Securities (USA) Inc., UBS Securities, LLC, and Mortgage Asset Securitization Transactions, Inc.* |
| 17 | SWANSON & MCNAMARA LLP<br>300 Montgomery Street, Suite 1100<br>San Francisco, CA 94104 | |
| 18 | eswanson@swansonmcnamara.com<br>agugelmann@smhlegal.com | |
| 19 | | |
| 20 | Marc T. Dworsky<br>Kathleen M. McDowell | *Attorneys for Defendants Wells Fargo Bank N.A. and Wells Fargo Asset Securities Corporation* |
| 21 | MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA 90071 | |
| 22 | Tel:    (213) 683-9100 | |
| 23 | marc.dworsky@mto.com<br>kathleen.mcdowell@mto.com | |
| 24 | David H. Fry | *Attorneys for Defendants Wells Fargo Bank N.A. and Wells Fargo Asset Securities Corporation* |
| 25 | Carolyn V. Zabrycki<br>MUNGER, TOLLES & OLSON LLP | |
| 26 | 560 Mission Street, 27th Floor<br>San Francisco, CA 94105 | |
| 27 | frydh@mto.com<br>jenny.hong@mto.com | |
| 28 | carolyn.zabrycki@mto.com | |

4

CERTIFICATE OF SERVICE
CASE NO. 3:10-cv-04030-SI

| | | |
|---|---|---|
| 1 | Stephen D. Hibbard<br>SHEARMAN & STERLING, LLP | *Attorney for Defendants CWMBS, Inc.,<br>CWALT, Inc, and Countrywide Financial* |
| 2 | 525 Market Street<br>San Francisco, California 94105 | *Corporation* |
| 3 | shibbard@shearman.com | |
| 4 | Richard L. Seabolt<br>DUANE MORRIS LLP | *Attorneys for Defendants Citigroup Global<br>Markets, Inc. and Citigroup Mortgage Loan* |
| 5 | One Market<br>Spear Tower, Ste. 2200 | *Trust, Inc.* |
| 6 | San Francisco, CA 94105<br>rlseabolt@duanemorris.com | |
| 7 | | |
| 8 | Regina J. McClendon<br>John B. Sullivan | *Attorneys for Defendants Residential<br>Accredit Loans, Inc. and Residential Asset* |
| 9 | SEVERSON & WERSON<br>One Embarcadero Center, Suite 2600 | *Mortgage Products, Inc.* |
| 10 | San Francisco, CA 94111<br>rjm@severson.com | |
| 11 | jbs@severson.com | |
| 12 | Ingrid Chilton<br>FIRST HORIZON/FIRST TENNESSEE | *First Horizon Asset Securities, Inc., and<br>First Tennessee Bank N.A.* |
| 13 | BANK<br>165 Madison Avenue, 8th Floor | |
| 14 | Memphis, TN 38103 | *[by overnight delivery only]* |

5

CERTIFICATE OF SERVICE
CASE NO. 3:10-cv-04030-SI