1 | Neal A. Potischman (SBN 254862)
neal.potischman@davispolk.com
2 | Samantha H. Knox (SBN 254427)
samantha.knox@davispolk.com
3 | DAVIS POLK & WARDWELL LLP
1600 El Camino Real
4 | Menlo Park, California 94025
Telephone: (650) 752-2000
5 | Facsimile: (650) 752-2111

6 | Of Counsel:

7 | James P. Rouhandeh
rouhandeh@davispolk.com
8 | Daniel J. Schwartz
daniel.schwartz@davispolk.com
9 | (*pro hac vice applications pending*)
DAVIS POLK & WARDWELL LLP
10 | 450 Lexington Avenue
New York, New York 10017
11 | Telephone: (212) 450-4000
Facsimile: (212) 701-5800

Attorneys for Defendants
MORGAN STANLEY & CO.
INCORPORATED and
MORGAN STANLEY CAPITAL I INC.

RECEIVED
2010 NOV -3 P 2 46
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CHARLES SCHWAB CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>BNP PARIBAS SECURITIES CORP., et al.,<br><br>    Defendants. | CASE NO. 3:10-cv-04030-SI<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF DANIEL J. SCHWARTZ *PRO HAC VICE*** |

[PROPOSED] ORDER GRANTING APPLICATION FOR
ADMISSION OF DANIEL J. SCHWARTZ *PRO HAC VICE*
CASE NO. 3:10-cv-04030-SI

1   Daniel J. Schwartz, an active member in good standing of the bar of the United States
2   District Court for the Southern District of New York, whose business address and telephone
3   number is Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017,
4   telephone (212) 450-4000, having applied in the above-entitled action for admission to practice in
5   the Northern District of California on a *pro hac vice* basis, representing Morgan Stanley & Co.
6   Incorporated and Morgan Stanley Capital I Inc.,

7   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
8   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
9   *vice.* Service of papers upon and communication with co-counsel designated in the application will
10  constitute notice to the party. All future filings in this action are subject to the requirements
11  contained in General Order No. 45, *Electronic Case Filing*.

13  Dated: _____

            _____
            The Hon. Susan Illston
            United States District Judge

[PROPOSED] ORDER GRANTING APPLICATION FOR
ADMISSION OF DANIEL J. SCHWARTZ *PRO HAC VICE*
CASE NO. 3:10-cv-04030-SI