1
2
3                    IN THE UNITED STATES DISTRICT COURT
4                       NORTHERN DISTRICT OF CALIFORNIA
5

| | |
|---|---|
| THE CHARLES SCHWAB CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>BNP PARIBAS SECURITIES CORP.; CWMBS, INC.; BANC OF AMERICA SECURITIES LLC; BANC OF AMERICA MORTGAGE SECURITIES, INC.; BANC OF AMERICA FUNDING CORPORATION; CWALT, INC.; COUNTRYWIDE FINANCIAL CORPORATION; CITIGROUP GLOBAL MARKETS, INC.; CITIGROUP MORTGAGE LOAN TRUST, INC.; RESIDENTIAL ACCREDIT LOANS, INC.; FIRST HORIZON ASSET SECURITIES INC.; CREDIT SUISSE SECURITIES (USA) LLC; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC.; DEUTSCHE BANK SECURITIES INC.; FIRST TENNESSEE BANK N.A.; GOLDMAN, SACHS & CO.; GS MORTGAGE SECURITIES CORP.; RBS SECURITIES, INC. F/K/A GREENWICH CAPITAL MARKETS, INC.; HSBC SECURITIES (USA) INC.; WELLS FARGO ASSET SECURITIES CORPORATION; WELLS FARGO BANK N.A.; MORGAN STANLEY & CO. INC.; MORGAN STANLEY CAPITAL I INC.; SEQUOIA RESIDENTIAL FUNDING, INC.; UBS SECURITIES, LLC; MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC.; AND DOES-I50,<br><br>        Defendants. | CASE NO.  CV-10-4030 (SI)<br><br>**(Proposed)**<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF SUSANNA M. BUERGEL *PRO HAC VICE*** |

| | |
|---|---|
| 1 | Susanna M. Buergel, whose business address and telephone number is Paul, Weiss, |
| 2 | Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019, |
| 3 | (212) 373-3000, and who is an active member in good standing of the bar of the State of New |
| 4 | York, having applied in the above-entitled action for admission to practice in the Northern |
| 5 | District of California on a *pro hac vice* basis, representing Citigroup Global Markets Inc. and |
| 6 | Citigroup Mortgage Loan Trust Inc., |
| 7 | IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and |
| 8 | conditions of Civil Local Rule 11-3.  All papers filed by the attorney must indicate appearance |
| 9 | *pro hac vice*.  Service of papers upon and communication with co-counsel designated in the |
| 10 | application will constitute notice to the party.  All future filings in this action are subject to the |
| 11 | requirements contained in General Order No. 45, Electronic Case Filing. |
| 12 | |
| 13 | Dated:_____ |
| 14 | _____ |
| 15 | The Honorable Susan Illston<br>United States District Judge |

(Proposed) ORDER GRANTING ADMISSION OF
SUSANNA M. BUERGEL PRO HAC VICE
10-4030-SI