1
2
3                    IN THE UNITED STATES DISTRICT COURT
4                       NORTHERN DISTRICT OF CALIFORNIA
5

6   THE CHARLES SCHWAB              )   CASE NO.  CV-10-4030 (SI)
    CORPORATION,                    )
7                                   )   **(Proposed)**
              Plaintiff,            )   **ORDER GRANTING APPLICATION**
8                                   )   **FOR ADMISSION OF CHARLES E.**
         v.                         )   **DAVIDOW** *PRO HAC VICE*
9                                   )
    BNP PARIBAS SECURITIES CORP.;   )
10  CWMBS, INC.; BANC OF AMERICA    )
    SECURITIES LLC; BANC OF AMERICA )
11  MORTGAGE SECURITIES, INC.; BANC
    OF AMERICA FUNDING CORPORATION;
12  CWALT, INC.; COUNTRYWIDE
    FINANCIAL CORPORATION; CITIGROUP
13  GLOBAL MARKETS, INC.; CITIGROUP
    MORTGAGE LOAN TRUST, INC.;
14  RESIDENTIAL ACCREDIT LOANS, INC.;
    FIRST HORIZON ASSET SECURITIES
15  INC.; CREDIT SUISSE SECURITIES (USA)
    LLC; CREDIT SUISSE FIRST BOSTON
16  MORTGAGE SECURITIES CORP.;
    RESIDENTIAL ASSET MORTGAGE
17  PRODUCTS, INC.; DEUTSCHE BANK
    SECURITIES INC.; FIRST TENNESSEE
18  BANK N.A.; GOLDMAN, SACHS & CO.;
    GS MORTGAGE SECURITIES CORP.; RBS
19  SECURITIES, INC. F/K/A GREENWICH
    CAPITAL MARKETS, INC.; HSBC
20  SECURITIES (USA) INC.; WELLS FARGO
    ASSET SECURITIES CORPORATION;
21  WELLS FARGO BANK N.A.; MORGAN
    STANLEY & CO. INC.; MORGAN
22  STANLEY CAPITAL I INC.; SEQUOIA
    RESIDENTIAL FUNDING, INC.; UBS
23  SECURITIES, LLC; MORTGAGE ASSET
    SECURITIZATION TRANSACTIONS,
24  INC.; AND DOES-I50,

            Defendants.
25  _____
26
27
28
                              (Proposed) ORDER GRANTING ADMISSION OF
                                     CHARLES E. DAVIDOW PRO HAC VICE
                                                          10-4030-SI

1     Charles E. Davidow, whose business address and telephone number is Paul, Weiss, Rifkind, Wharton & Garrison LLP, 2001 K Street, NW, Washington, District of Columbia 20006, (202) 223-7300, and who is an active member in good standing of the bar of the State of New York, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Citigroup Global Markets Inc. and Citigroup Mortgage Loan Trust Inc.,

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

Dated:_____

_____
The Honorable Susan Illston
United States District Judge