MUNGER, TOLLES & OLSON LLP
  Marc T.G. Dworsky (SB# 157413)
  James C. Rutten (SB# 201791)
  Daniel R. McCarthy (SB# 255732)
355 South Grand Avenue, 35th floor
Los Angeles, California 90071-1560
(213) 683-9100; (213) 687-3702 (fax)
marc.dworsky@mto.com
james.rutten@mto.com
daniel.mccarthy@mto.com

MUNGER, TOLLES & OLSON LLP
  David H. Fry (SB# 189276)
  Carolyn V. Zabrycki (SB# 263541)
560 Mission Street, 27th floor
San Francisco, California 94105-2907
(415) 512-4000; (415) 512-4077 (fax)
david.fry@mto.com
carolyn.zabrycki@mto.com

Attorneys for Defendants WELLS FARGO
BANK, N.A. and WELLS FARGO ASSET
SECURITIES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CHARLES SCHWAB CORPORATION,<br><br>                  Plaintiff,<br><br>       vs.<br><br>BNP PARIBAS SECURITIES CORP. *et al.*,<br><br>                  Defendants. | CASE NO. CV-10-4030-SI<br><br>**DECLARATION OF JAMES C. RUTTEN IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING ON MOTIONS TO REMAND AND TO SEVER, AND SETTING BRIEFING SCHEDULE**<br><br>[Stipulation And [Proposed] Order Rescheduling Hearing On Motions To Remand And To Sever, And Setting Briefing Schedule filed concurrently herewith] |

12313325.1

DECLARATION OF JAMES C. RUTTEN
CASE NO. CV-10-4030-SI

I, James C. Rutten, declare:

1. I am a member of the State Bar of California and an attorney in the law firm of Munger, Tolles & Olson LLP, counsel of record in the above-captioned action for Defendants Wells Fargo Bank, N.A. and Wells Fargo Asset Securities Corporation (collectively, the "Wells Fargo Defendants"). I have personal knowledge of the facts stated in this declaration and competently could testify to them if called upon to do so. I make this declaration in support of the parties' Stipulation and Proposed Order Rescheduling Hearing on Motions to Remand and to Sever, and Setting Briefing Schedule.

2. On August 2, 2010, Plaintiff filed its Amended Complaint in the Superior Court of the State of California for the County of San Francisco. On September 8, 2010, the action was removed to this Court. On October 1, 2010, Plaintiff filed a Motion to Remand this case to state court, which is scheduled to be heard on January 21, 2011.

3. On October 7, 2010, the Wells Fargo Defendants filed a Motion to Sever the claims asserted against them from the claims asserted against the other Defendants. This motion is also scheduled to be heard on January 21, 2011.

4. A case management conference is also scheduled for January 21, 2011.

5. By operation of the Local Rules (1) Defendants' opposition to the Motion to Remand, and Plaintiff's opposition to the Motion to Sever, are due by December 31, 2010 (New Year's Eve); and (2) Plaintiff's reply in support of the Motion to Remand, and the Wells Fargo Defendants' reply in support of the Motion to Sever, are due by January 7, 2011 (shortly after the New Year's holiday).

6. The parties have mutually agreed to adjust the briefing and hearing schedule for both motions. Also, I believe, and I understand that the other parties believe, that in the interests of judicial efficiency and the orderly administration of the case, it makes sense to continue the case management conference until after the Court decides the Motion to Remand and the Motion to Sever. Accordingly, the parties are submitting herewith a stipulation to continue the hearing on the pending motions, to set a briefing schedule on those motions, and to continue the case management conference until one month after those motions are heard.

7.  The Court has not entered a scheduling order or set other dates in the case other than (1) the dates for the pending motions to be heard, the date for the case management conference, and various dates that are tied to that conference; and (2) a stipulated December 13, 2010 deadline for Defendants to respond to the Amended Complaint.[1]  The stipulation submitted herewith would not affect any dates in the case other than those listed in (1) above.

I declare under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct, and that this declaration was executed on November 16, 2010 at Los Angeles, California.

_____
James C. Rutten

---

[1] The parties are currently discussing a separate stipulation to continue the deadline for Defendants to respond to the Amended Complaint.