Nickolas A. Kacprowski (242684)
nickolas.kacprowski@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Attorneys for Defendants, First Tennessee Bank National Association and First Horizon Asset Securities, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CHARLES SCHWAB CORPORATION, | CASE NO. 3:10-CV-04030-SI |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| BNP PARIBUS SECURITIES CORP., et al., | |
| Defendants. | |

1    TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

2    PLEASE TAKE NOTICE that I, Nickolas A. Kacprowski, do hereby file my appearance on behalf

3    of the defendants First Tennessee Bank National Association and First Horizon Asset Securities, Inc.

4    in the aforementioned matter.  My contact information for service is as follows:

Nickolas A. Kacprowski (242684)
nickolas.kacprowski@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Dated:   November 17, 2010          Respectfully submitted,

**KIRKLAND & ELLIS LLP**

By____/s/ Nickolas A. Kacprowski_____
Nickolas A. Kacprowski (242684)
nickolas.kacprowski@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Attorneys for Defendants, First Tennessee Bank National Association and First Horizon Asset Securities, Inc.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who have consented to electronic service are being served with a copy of the attached **NOTICE OF APPEARANCE** via the CM/ECF system on November 17, 2010.

Dated:  November 17, 2010                    Respectfully submitted,

**KIRKLAND & ELLIS LLP**

By    /s/ Nickolas A. Kacprowski
Nickolas A. Kacprowski (242684)
nickolas.kacprowski@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Attorneys for Defendants, First Tennessee Bank National Association and First Horizon Asset Securities, Inc.