1  Nickolas A. Kacprowski (242684)
   nickolas.kacprowski@kirkland.com
2  KIRKLAND & ELLIS LLP
   555 California Street
3  San Francisco, California  94104
   Telephone: (415) 439-1400
4  Facsimile: (415) 439-1500

5  Attorneys for Defendants, First Tennessee Bank National
   Association and First Horizon Asset Securities, Inc.
6

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10  **SAN FRANCISCO DIVISION**

11

12  THE CHARLES SCHWAB CORPORATION,   )   CASE NO. 3:10-CV-04030-SI
                                      )
13        Plaintiff,                  )   **CERTIFICATE OF INTERESTED**
                                      )   **ENTITIES OR PERSONS AND**
14        vs.                         )   **CORPORATE DISCLOSURE**
                                      )   **STATEMENT**
15  BNP PARIBUS SECURITIES CORP., et al., )
                                      )
16        Defendants.                 )
                                      )
17                                    )
                                      )
18  

19

20

21

22

23

24

25

26

27

28

Certificate of Interested Entities & Corporate                     Case No. 3:10-cv-04030-SI
Disclosure Statement

1   Pursuant to Civil L.R. 3-16 and Federal Rule of Civil procedure 7.1, the undersigned certifies
2   that the following listed persons, associations of persons, firms, partnerships, corporations (including
3   parent corporations) or other entities (i) have a financial interest in the subject matter in controversy
4   or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party
5   that could be substantially affected by the outcome of this proceeding:

6   1.   First Tennessee Bank National Association - Defendant in this action.

7   2.   First Tennessee Bank National Association - Defendant in this action and 100% of
8   the common stock of First Tennessee Bank National Association is owned by First Horizon National
9   Corporation.  No person beneficially owns more than 10% of the common stock of First Horizon
10  National Corporation.

11  3.   First Horizon Asset Securities, Inc. - Defendant in this action.

12  4.   First Horizon Asset Securities, Inc. - Defendant in this action and First Horizon Asset
13  Securities, Inc. is wholly owned by First Tennessee Bank National Association.

14

15  Dated:   November 17, 2010            Respectfully submitted,

16                                        **KIRKLAND & ELLIS LLP**

17                                        By      */s/ Nickolas A. Kacprowski*
                                          Nickolas A. Kacprowski (242684)
18                                        nickolas.kacprowski@kirkland.com
                                          KIRKLAND & ELLIS LLP
19                                        555 California Street
                                          San Francisco, California  94104
20                                        Telephone: (415) 439-1400
                                          Facsimile: (415) 439-1500
21
                                          Attorneys for Defendants, First Tennessee Bank National
22                                        Association and First Horizon Asset Securities, Inc.

23

24

25

26

27

28

Certificate of Interested Entities & Corporate        - 1 -        Case No. 3:10-cv-04030-SI
Disclosure Statement

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who have consented to electronic service are being served with a copy of the attached **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT** via the CM/ECF system on November 17, 2010.

Dated:   November 17, 2010

Respectfully submitted,

**KIRKLAND & ELLIS LLP**

By     */s/ Nickolas A. Kacprowski*
Nickolas A. Kacprowski (242684)
nickolas.kacprowski@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Attorneys for Defendants, First Tennessee Bank National Association and First Horizon Asset Securities, Inc.