Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
2010 NOV 17 A 11: 56
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

The Charles Schwab Corporation,

Plaintiff(s),

v.

BNP Paribus Securities Corp., et al.,

Defendant(s).

CASE NO. 03:10-cv-04030-SI

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Maria P. Rivera , an active member in good standing of the bar of Illinois and the bar of Arizona (particular court to which applicant is admitted) whose business address and telephone number is Kirkland &Ellis LLP, 300 North LaSalle Street, Chicago, IL 60654, (312) 862-2000

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing First Tennessee Bank National Association & First Horizon Asset Securities, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing* .

Dated:

*Susan Illston*
United States District Judge