Reset Form

RECEIVED
2010 NOV 17 A 11: 56
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

The Charles Schwab Corporation,

Plaintiff(s),

v.

BNP Paribus Securities Corp., et al.,

**CASE NO.** 03:10-cv-04030-SI

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

Defendant(s). /

Eric T. Gortner , an active member in good standing of the bar of

Illinois
(particular court to which applicant is admitted) whose business address and telephone number

is Kirkland &Ellis LLP, 300 North LaSalle Street, Chicago, IL 60654,
(312) 862-2000

, having applied in the

above-entitled action for admission to practice in the Northern District of California on a *pro hac*

*vice* basis, representing First Tennessee Bank National Association & First Horizon Asset
Securities, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice* . Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing* .

Dated:

_Susan Illston_
United States District    Judge

**United States District Court**
For the Northern District of California