MUNGER, TOLLES & OLSON LLP
  Marc T.G. Dworsky (SB# 157413)
  James C. Rutten (SB# 201791)
  Daniel R. McCarthy (SB# 255732)
355 South Grand Avenue, 35th floor
Los Angeles, California  90071-1560
(213) 683-9100; (213) 687-3702 (fax)
marc.dworsky@mto.com
james.rutten@mto.com
daniel.mccarthy@mto.com

MUNGER, TOLLES & OLSON LLP
  David H. Fry (SB# 189276)
  Carolyn V. Zabrycki (SB# 263541)
560 Mission Street, 27th floor
San Francisco, California  94105-2907
(415) 512-4000; (415) 512-4077 (fax)
david.fry@mto.com
carolyn.zabrycki@mto.com

Attorneys for Defendants WELLS FARGO BANK, N.A. and WELLS FARGO ASSET SECURITIES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CHARLES SCHWAB CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>BNP PARIBAS SECURITIES CORP. *et al.*<br><br>Defendants. | CASE NO. CV-10-4030-SI<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING ON MOTIONS TO REMAND AND TO SEVER, AND SETTING BRIEFING SCHEDULE**<br><br>[Declaration of James C. Rutten filed concurrently herewith] |

1  WHEREAS on August 2, 2010, Plaintiff filed its Amended Complaint in the Superior Court of the State of California for the County of San Francisco;

2  WHEREAS on September 8, 2010, the action was removed to this Court;

3  WHEREAS on October 1, 2010, Plaintiff filed a Motion to Remand this case to state court, which is scheduled to be heard on January 21, 2011;

4  WHEREAS on October 7, 2010, Defendants Wells Fargo Bank, N.A. and Wells Fargo Asset Securities Corporation (collectively, the "Wells Fargo Defendants") filed a Motion to Sever the claims asserted against them from the claims asserted against the other Defendants, which motion is also scheduled to be heard on January 21, 2011;

5  WHEREAS a case management conference is also scheduled for January 21, 2011;

6  WHEREAS by operation of the Local Rules (1) Defendants' opposition to the Motion to Remand, and Plaintiff's opposition to the Motion to Sever, are due by December 31, 2010 (New Year's Eve); and (2) Plaintiff's reply in support of the Motion to Remand, and the Wells Fargo Defendants' reply in support of the Motion to Sever, are due by January 7, 2011 (shortly after the New Year's holiday);

7  WHEREAS the parties have mutually agreed to adjust the briefing schedule for both motions;

8  WHEREAS the parties believe that in the interests of judicial efficiency and the orderly administration of the case, it makes sense to have the pending motions resolved before a case management conference takes place;

9  WHEREAS the Court has not entered a scheduling order;

NOW THEREFORE, IT IS HEREBY STIPULATED BY AND AMONG THE PARTIES HERETO AND THEIR COUNSEL OF RECORD THAT, SUBJECT TO THE APPROVAL OF THE COURT:

(1)  The hearing on Plaintiff's Motion to Remand and the Wells Fargo Defendants' Motion to Sever shall be continued from January 21, 2011 to February 25, 2011 at 9:00 a.m. (a date and time previously cleared with Chambers);

(2) Defendants shall file any papers in opposition to the Motion to Remand, and Plaintiff shall file any papers in opposition to the Motion to Sever, by January 14, 2011;

(3) Plaintiff shall file any reply papers in support of the Motion to Remand, and Defendants shall file any reply papers in support of the Motion to Sever, by February 11, 2011; and

(4) The case management conference currently scheduled for January 21, 2011 shall be continued to March 25, 2011 at 2:00 p.m. (a date and time previously cleared with Chambers), and all associated dates (*e.g.*, ADR deadlines, case management conference statement deadlines) are continued accordingly.

Respectfully submitted,

DATED: November 16, 2010          MUNGER, TOLLES & OLSON LLP


By:          /s/ James C. Rutten
                  James C. Rutten

Attorneys for Defendants WELLS FARGO BANK, N.A. and WELLS FARGO ASSET SECURITIES CORPORATION


DATED: November 16, 2010          WILLIAMS & CONNOLLY LLP

SWANSON & MCNAMARA LLP


By:          /s/ R. Hackney Wiegmann
                  R. Hackney Wiegmann

Attorneys for Defendants UBS SECURITIES LLC, HSBC SECURITIES (USA), INC., and MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC.

| | | |
|---|---|---|
| 1 | DATED: November 16, 2010 | CLEARLY GOTTLIEB STEEN & HAMILTON LLP |

By:_____/s/ Meredith Kotler_____
　　　　　　　Meredith Kotler

Attorneys for Defendants BANC OF AMERICA SECURITIES LLC, BANC OF AMERICA FUNDING CORPORATION, and BANC OF AMERICA MORTGAGE SECURITIES, INC.

DATED: November 16, 2010                LATHAM & WATKINS LLP

By:_____/s/ Timothy Crudo_____
　　　　　　　Timothy Crudo

Attorneys for Defendant SEQUOIA RESIDENTIAL FUNDING, INC.

DATED: November 16, 2010                GIBSON, DUNN & CRUTCHER LLP

By:_____/s/ Alexander Mircheff_____
　　　　　　　Alexander Mircheff

Attorneys for Defendants BNP PARIBAS SECURITIES CORPORATION, RBS SECURITIES, INC., and DEUTSCHE BANK SECURITIES, INC.

DATED: November 16, 2010                SULLIVAN & CROMWELL LLP

By:_____/s/ Theodore Edelman_____
　　　　　　　Theodore Edelman

Attorneys for Defendants GOLDMAN SACHS & CO. and GS MORTGAGE SECURITIES CORP.

DATED: November 16, 2010

DAVIS POLK & WARDWELL

By: /s/ James P. Rouhandeh
James P. Rouhandeh

Attorneys for Defendant MORGAN STANLEY & CO., INCORPORATED and MORGAN STANLEY CAPITAL I, INC.

DATED: November 16, 2010

CRAVATH, SWAINE & MOORE LLP

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: /s/ Richard W. Clary
Richard W. Clary

Attorneys for Defendants CREDIT SUISSE SECURITIES (USA) LLC and CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.

DATED: November 16, 2010

SHEARMAN & STERLING LLP

By: /s/ Stephen Hibbard
Stephen Hibbard

Attorneys for Defendants COUNTRYWIDE FINANCIAL CORPORATION, CWMBS, INC., and CWALT, INC.

DATED: November 16, 2010

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ Susanna Buergel
Susanna Buergel

Attorneys for Defendants CITIGROUP GLOBAL MARKETS, INC. and CITIGROUP MORTGAGE LOAN TRUST, INC.

| | | |
|---|---|---|
| 1 | DATED: November 16, 2010 | KIRKLAND & ELLIS LLP |
| 2 | | |
| 3 | | By: _____/s/ Maria Rivera_____ |
| | | Maria Rivera |
| 4 | | |
| | | Attorneys for Defendants FIRST TENNESSEE |
| 5 | | BANK, N.A. and FIRST HORIZON ASSET SECURITIES, INC. |
| 6 | | |
| 7 | DATED: November 16, 2010 | SEVERSON & WERSON |
| 8 | | |
| 9 | | By: _____/s/ Regina J. McClendon_____ |
| | | Regina J. McClendon |
| 10 | | |
| 11 | | Attorneys for Defendants RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC. and RESIDENTIAL ACCREDIT LOANS, INC. |
| 12 | | |
| 13 | | |
| 14 | DATED: November 16, 2010 | GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY LLP |
| 15 | | GRAIS & ELLSWORTH LLP |
| 16 | | |
| 17 | | By: _____/s/ Anne Hartman_____ |
| | | Anne Hartman |
| 18 | | |
| 19 | | Attorneys for Plaintiff THE CHARLES SCHWAB CORPORATION |

\* \* \* \* \*

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: _____
  The Honorable Susan Illston
  United States District Court Judge