1   MUNGER, TOLLES & OLSON LLP
      Marc T.G. Dworsky (SB# 157413)
2     James C. Rutten (SB# 201791)
      Daniel R. McCarthy (SB# 255732)
3   355 South Grand Avenue, 35th floor
    Los Angeles, California  90071-1560
4   (213) 683-9100; (213) 687-3702 (fax)
    marc.dworsky@mto.com
5   james.rutten@mto.com
    daniel.mccarthy@mto.com
6
    MUNGER, TOLLES & OLSON LLP
7     David H. Fry (SB# 189276)
      Carolyn V. Zabrycki (SB# 263541)
8   560 Mission Street, 27th floor
    San Francisco, California  94105-2907
9   (415) 512-4000; (415) 512-4077 (fax)
    david.fry@mto.com
10  carolyn.zabrycki@mto.com

11  Attorneys for Defendants WELLS FARGO
    BANK, N.A. and WELLS FARGO ASSET
12  SECURITIES CORPORATION

13
                    UNITED STATES DISTRICT COURT
14
        NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION
15

16
    THE CHARLES SCHWAB                CASE NO. CV-10-4030-SI
17  CORPORATION,
                                      **NOTICE OF WITHDRAWAL OF**
18              Plaintiff,            **MOTION TO SEVER**

19       vs.                          Date: February 25, 2011
                                      Time: 9:00 a.m.
20  BNP PARIBAS SECURITIES CORP. *et  Courtroom: 10
    al.*
21
                Defendants.
22

23

24

25

26

27

28

1    TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

2         PLEASE TAKE NOTICE THAT Defendants Wells Fargo Bank, N.A. and Wells Fargo

3    Asset Securities Corporation hereby withdraw, without prejudice, the Motion to Sever they filed

4    on October 7, 2010.

5

6    DATED: December 3, 2010                    MUNGER, TOLLES & OLSON LLP

7
                                              By:_____/s/ James C. Rutten_____
8                                                         James C. Rutten

9                                             Attorneys for Defendants WELLS FARGO BANK,
                                              N.A. and WELLS FARGO ASSET SECURITIES
10                                            CORPORATION

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28