MUNGER, TOLLES & OLSON LLP
  Marc T.G. Dworsky (SB# 157413)
  James C. Rutten (SB# 201791)
  Daniel R. McCarthy (SB# 255732)
355 South Grand Avenue, 35th floor
Los Angeles, California 90071-1560
(213) 683-9100; (213) 687-3702 (fax)
marc.dworsky@mto.com
james.rutten@mto.com
daniel.mccarthy@mto.com

MUNGER, TOLLES & OLSON LLP
  David H. Fry (SB# 189276)
  Carolyn V. Zabrycki (SB# 263541)
560 Mission Street, 27th floor
San Francisco, California 94105-2907
(415) 512-4000; (415) 512-4077 (fax)
david.fry@mto.com
carolyn.zabrycki@mto.com

Attorneys for Defendants WELLS FARGO BANK, N.A. and WELLS FARGO ASSET SECURITIES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CHARLES SCHWAB CORPORATION,<br><br>  Plaintiff,<br><br>vs.<br><br>BNP PARIBAS SECURITIES CORP. *et al.*<br><br>  Defendants. | CASE NO. CV-10-4030-SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO RESPOND TO AMENDED COMPLAINT**<br><br>[Declaration of James C. Rutten filed concurrently herewith] |

12447526.1

WHEREAS on August 2, 2010, Plaintiff filed its Amended Complaint in the Superior Court of the State of California for the County of San Francisco;

WHEREAS on September 8, 2010, Defendants removed the case to this Court;

WHEREAS on September 14, 2010, the parties submitted stipulations, which the Court thereafter approved, providing that Defendants would have until December 13, 2010 to answer, move against, or otherwise respond to the Amended Complaint;

WHEREAS on October 1, 2010, Plaintiff filed a Motion to Remand this case to state court, which currently is scheduled to be heard on February 25, 2011;

WHEREAS the parties believe that in the interests of judicial efficiency and the orderly administration of the case, it makes sense for the Motion to Remand to be addressed before Defendants are required to respond to the Amended Complaint;

NOW THEREFORE, IT IS HEREBY STIPULATED BY AND AMONG THE PARTIES HERETO AND THEIR COUNSEL OF RECORD THAT Defendants shall have until 30 days after entry of any order denying the Motion to Remand to answer, move against, or otherwise respond to the Amended Complaint, without prejudice to their right to seek adjournment or additional time from the Court in which to do so.

Respectfully submitted,

DATED: December 3, 2010      MUNGER, TOLLES & OLSON LLP

By: _____/s/ James C. Rutten_____
James C. Rutten

Attorneys for Defendants WELLS FARGO BANK, N.A. and WELLS FARGO ASSET SECURITIES CORPORATION

| | | |
|---|---|---|
| 1 | DATED: December 3, 2010 | WILLIAMS & CONNOLLY LLP |
| 2 | | SWANSON & MCNAMARA LLP |

By: /s/ R. Hackney Wiegmann
 R. Hackney Wiegmann

Attorneys for Defendants UBS SECURITIES LLC, HSBC SECURITIES (USA), INC., and MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC.

DATED: December 3, 2010        CLEARLY GOTTLIEB STEEN & HAMILTON LLP

By: /s/ Meredith Kotler
 Meredith Kotler

Attorneys for Defendants BANC OF AMERICA SECURITIES LLC, BANC OF AMERICA FUNDING CORPORATION, and BANC OF AMERICA MORTGAGE SECURITIES, INC.

DATED: December 3, 2010        LATHAM & WATKINS LLP

By: /s/ Timothy Crudo
 Timothy Crudo

Attorneys for Defendant SEQUOIA RESIDENTIAL FUNDING, INC.

| | | |
|---|---|---|
| 1 | DATED: December 3, 2010 | GIBSON, DUNN & CRUTCHER LLP |

By: _____/s/ Dean Kitchens_____
　　　　　　Dean Kitchens

Attorneys for Defendants BNP PARIBAS SECURITIES CORP.; DEUTSCHE BANK SECURITIES INC.; RBS SECURITIES, INC. F/K/A GREENWICH CAPITAL MARKETS, INC.

DATED: December 3, 2010　　　SULLIVAN & CROMWELL LLP

By: _____/s/ Theodore Edelman_____
　　　　　　Theodore Edelman

Attorneys for Defendants GOLDMAN SACHS & CO. and GS MORTGAGE SECURITIES CORP.

DATED: December 3, 2010　　　DAVIS POLK & WARDWELL

By: _____/s/ James P. Rouhandeh_____
　　　　　　James P. Rouhandeh

Attorneys for Defendant MORGAN STANLEY & CO., INCORPORATED and MORGAN STANLEY CAPITAL I, INC.

DATED: December 3, 2010　　　CRAVATH, SWAINE & MOORE LLP

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: _____/s/ Richard W. Clary_____
　　　　　　Richard W. Clary

Attorneys for Defendants CREDIT SUISSE SECURITIES (USA) LLC and CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.

| | | |
|---|---|---|
| DATED: December 3, 2010 | | SHEARMAN & STERLING LLP |

By:       /s/ Stephen Hibbard
                Stephen Hibbard

Attorneys for Defendants COUNTRYWIDE FINANCIAL CORPORATION, CWMBS, INC., and CWALT, INC.

DATED: December 3, 2010      PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:       /s/ Susanna Buergel
                Susanna Buergel

Attorneys for Defendants CITIGROUP GLOBAL MARKETS, INC. and CITIGROUP MORTGAGE LOAN TRUST, INC.

DATED: December 3, 2010      KIRKLAND & ELLIS LLP

By:       /s/ Brian Sieve
                Brian Sieve

Attorneys for Defendants FIRST TENNESSEE BANK, N.A. and FIRST HORIZON ASSET SECURITIES, INC.

DATED: December 3, 2010      SEVERSON & WERSON

By:       /s/ Regina J. McClendon
                Regina J. McClendon

Attorneys for Defendants RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC. and RESIDENTIAL ACCREDIT LOANS, INC.

| | |
|---|---|
| DATED: December 3, 2010 | GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY LLP |
| | GRAIS & ELLSWORTH LLP |
| | By: /s/ Owen Cyrulnik |
| | Owen Cyrulnik |
| | Attorneys for Plaintiff THE CHARLES SCHWAB CORPORATION |

\* \* \* \* \*

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: _____

The Honorable Susan Illston
United States District Court Judge