MUNGER, TOLLES & OLSON LLP
  Marc T.G. Dworsky (SB# 157413)
  James C. Rutten (SB# 201791)
  Daniel R. McCarthy (SB# 255732)
355 South Grand Avenue, 35th floor
Los Angeles, California  90071-1560
(213) 683-9100; (213) 687-3702 (fax)
marc.dworsky@mto.com
james.rutten@mto.com
daniel.mccarthy@mto.com

MUNGER, TOLLES & OLSON LLP
  David H. Fry (SB# 189276)
  Carolyn V. Zabrycki (SB# 263541)
560 Mission Street, 27th floor
San Francisco, California  94105-2907
(415) 512-4000; (415) 512-4077 (fax)
david.fry@mto.com
carolyn.zabrycki@mto.com

Attorneys for Defendants WELLS FARGO BANK, N.A. and WELLS FARGO ASSET SECURITIES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CHARLES SCHWAB CORPORATION,<br><br>        Plaintiff,<br><br>  vs.<br><br>BNP PARIBAS SECURITIES CORP. *et al.*<br><br>        Defendants. | CASE NO. CV-10-4030-SI<br><br>**DECLARATION OF JAMES C. RUTTEN IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO RESPOND TO AMENDED COMPLAINT**<br><br>[Stipulation and [Proposed] Order filed concurrently herewith] |

I, James C. Rutten, declare:

1. I am a member of the State Bar of California and an attorney in the law firm of Munger, Tolles & Olson LLP, counsel of record in the above-captioned action for Defendants Wells Fargo Bank, N.A. and Wells Fargo Asset Securities Corporation. I have personal knowledge of the facts stated below, and could competently testify to them if called upon to do so. I make this declaration in support of the parties' Stipulation and [Proposed] Order Continuing Deadline to Respond to Amended Complaint.

2. On August 2, 2010, Plaintiff filed its Amended Complaint in the Superior Court of the State of California for the County of San Francisco. On September 8, 2010, Defendants removed the case to this Court. On September 14, 2010, the parties submitted stipulations, which the Court thereafter approved, providing that Defendants would have until December 13, 2010 to answer, move against, or otherwise respond to the Amended Complaint. On October 1, 2010, Plaintiff filed a Motion to Remand this case to state court, which currently is scheduled to be heard on February 25, 2011.

3. I believe, and I understand that the other parties to this action believe, that in the interests of judicial efficiency and the orderly administration of the case, it makes sense for the Motion to Remand to be addressed before Defendants are required to respond to the Amended Complaint. Accordingly, the parties are submitting a stipulation and proposed order providing that Defendants shall have until 30 days after entry of any order denying the Motion to Remand to answer, move against, or otherwise respond to the Amended Complaint.

4. There currently are no dates on calendar other than the hearing on the Motion to Remand (on February 25, 2011) and a case management conference (on March 25, 2011). There is no scheduling order in place other than a stipulated order setting a briefing schedule on the Motion to Remand. Accordingly, a continuance of the deadline to respond to the Amended Complaint will not affect any other deadline in the case.

//

//

//

| | |
|---|---|
| 1 | 5.       The parties previously stipulated, and the Court so ordered, to continue the hearing |
| 2 | on the Motion to Remand from January 21, 2011 to March 25, 2011. |
| 3 | I declare under penalty of perjury under the laws of the United States and of the State of |
| 4 | California that the foregoing is true and correct, and that this declaration was executed on |
| 5 | December 3, 2010 at Los Angeles, California. |

_____
James C. Rutten