MUNGER, TOLLES & OLSON LLP
  Marc T.G. Dworsky (SB# 157413)
  James C. Rutten (SB# 201791)
  Daniel R. McCarthy (SB# 255732)
355 South Grand Avenue, 35th floor
Los Angeles, California  90071-1560
(213) 683-9100; (213) 687-3702 (fax)
marc.dworsky@mto.com
james.rutten@mto.com
daniel.mccarthy@mto.com

MUNGER, TOLLES & OLSON LLP
  David H. Fry (SB# 189276)
  Carolyn V. Zabrycki (SB# 263541)
560 Mission Street, 27th floor
San Francisco, California  94105-2907
(415) 512-4000; (415) 512-4077 (fax)
david.fry@mto.com
carolyn.zabrycki@mto.com

Attorneys for Defendants WELLS FARGO BANK, N.A. and WELLS FARGO ASSET SECURITIES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CHARLES SCHWAB CORPORATION,<br><br>        Plaintiff,<br><br>  vs.<br><br>BNP PARIBAS SECURITIES CORP. *et al.*<br><br>        Defendants. | CASE NO. CV-10-4030-SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO RESPOND TO AMENDED COMPLAINT**<br><br>[Declaration of James C. Rutten filed concurrently herewith] |

WHEREAS on August 2, 2010, Plaintiff filed its Amended Complaint in the Superior Court of the State of California for the County of San Francisco;

WHEREAS on September 8, 2010, Defendants removed the case to this Court;

WHEREAS on September 14, 2010, the parties submitted stipulations, which the Court thereafter approved, providing that Defendants would have until December 13, 2010 to answer, move against, or otherwise respond to the Amended Complaint;

WHEREAS on October 1, 2010, Plaintiff filed a Motion to Remand this case to state court, which currently is scheduled to be heard on February 25, 2011;

WHEREAS the parties believe that in the interests of judicial efficiency and the orderly administration of the case, it makes sense for the Motion to Remand to be addressed before Defendants are required to respond to the Amended Complaint;

NOW THEREFORE, IT IS HEREBY STIPULATED BY AND AMONG THE PARTIES HERETO AND THEIR COUNSEL OF RECORD THAT Defendants shall have until 30 days after entry of any order denying the Motion to Remand to answer, move against, or otherwise respond to the Amended Complaint, without prejudice to their right to seek adjournment or additional time from the Court in which to do so.

Respectfully submitted,

DATED: December 3, 2010        MUNGER, TOLLES & OLSON LLP


                               By:_____/s/ James C. Rutten_____
                                          James C. Rutten

                               Attorneys for Defendants WELLS FARGO BANK, N.A. and WELLS FARGO ASSET SECURITIES CORPORATION

1

STIPULATION RE CONTINUING DEADLINE TO RESPOND TO AMENDED COMPLAINT
CASE NO. CV-10-4030-SI

| | | |
|---|---|---|
| 1 | DATED: December 3, 2010 | WILLIAMS & CONNOLLY LLP |
| 2 | | SWANSON & MCNAMARA LLP |

By: /s/ R. Hackney Wiegmann
R. Hackney Wiegmann

Attorneys for Defendants UBS SECURITIES LLC, HSBC SECURITIES (USA), INC., and MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC.

DATED: December 3, 2010     CLEARLY GOTTLIEB STEEN & HAMILTON LLP

By: /s/ Meredith Kotler
Meredith Kotler

Attorneys for Defendants BANC OF AMERICA SECURITIES LLC, BANC OF AMERICA FUNDING CORPORATION, and BANC OF AMERICA MORTGAGE SECURITIES, INC.

DATED: December 3, 2010     LATHAM & WATKINS LLP

By: /s/ Timothy Crudo
Timothy Crudo

Attorneys for Defendant SEQUOIA RESIDENTIAL FUNDING, INC.

| | | |
|---|---|---|
| 1 | DATED: December 3, 2010 | GIBSON, DUNN & CRUTCHER LLP |
| 2 | | |
| 3 | | By: /s/ Dean Kitchens |
| | | Dean Kitchens |
| 4 | | |
| | | Attorneys for Defendants BNP PARIBAS |
| 5 | | SECURITIES CORP.; DEUTSCHE BANK SECURITIES INC.; RBS SECURITIES, INC. |
| 6 | | F/K/A GREENWICH CAPITAL MARKETS, INC. |
| 7 | | |
| 8 | DATED: December 3, 2010 | SULLIVAN & CROMWELL LLP |
| 9 | | |
| 10 | | By: /s/ Theodore Edelman |
| | | Theodore Edelman |
| 11 | | |
| | | Attorneys for Defendants GOLDMAN SACHS & |
| 12 | | CO. and GS MORTGAGE SECURITIES CORP. |
| 13 | | |
| 14 | DATED: December 3, 2010 | DAVIS POLK & WARDWELL |
| 15 | | |
| | | By: /s/ James P. Rouhandeh |
| 16 | | James P. Rouhandeh |
| 17 | | Attorneys for Defendant MORGAN STANLEY & CO., INCORPORATED and MORGAN |
| 18 | | STANLEY CAPITAL I, INC. |
| 19 | | |
| 20 | DATED: December 3, 2010 | CRAVATH, SWAINE & MOORE LLP |
| 21 | | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 22 | | |
| 23 | | By: /s/ Richard W. Clary |
| | | Richard W. Clary |
| 24 | | |
| 25 | | Attorneys for Defendants CREDIT SUISSE SECURITIES (USA) LLC and CREDIT SUISSE |
| 26 | | FIRST BOSTON MORTGAGE SECURITIES CORP. |
| 27 | | |
| 28 | | |

3

STIPULATION RE CONTINUING DEADLINE TO
RESPOND TO AMENDED COMPLAINT
CASE NO. CV-10-4030-SI

| | | |
|---|---|---|
| 1 | DATED: December 3, 2010 | SHEARMAN & STERLING LLP |

By:       /s/ Stephen Hibbard
                   Stephen Hibbard

Attorneys for Defendants COUNTRYWIDE FINANCIAL CORPORATION, CWMBS, INC., and CWALT, INC.

DATED: December 3, 2010      PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:       /s/ Susanna Buergel
                   Susanna Buergel

Attorneys for Defendants CITIGROUP GLOBAL MARKETS, INC. and CITIGROUP MORTGAGE LOAN TRUST, INC.

DATED: December 3, 2010      KIRKLAND & ELLIS LLP

By:       /s/ Brian Sieve
                   Brian Sieve

Attorneys for Defendants FIRST TENNESSEE BANK, N.A. and FIRST HORIZON ASSET SECURITIES, INC.

DATED: December 3, 2010      SEVERSON & WERSON

By:       /s/ Regina J. McClendon
                   Regina J. McClendon

Attorneys for Defendants RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC. and RESIDENTIAL ACCREDIT LOANS, INC.

| | | |
|---|---|---|
| 1 | DATED: December 3, 2010 | GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY LLP |
| 2 | | |
| 3 | | GRAIS & ELLSWORTH LLP |
| 4 | | |
| | | By: _____/s/ Owen Cyrulnik_____ |
| 5 | | Owen Cyrulnik |
| 6 | | Attorneys for Plaintiff THE CHARLES SCHWAB CORPORATION |
| 7 | | |
| 8 | | |
| 9 | | * * * * * |
| 10 | PURSUANT TO STIPULATION, IT IS SO ORDERED: | |
| 11 | | |
| 12 | DATED: | _____ |
| 13 | | The Honorable Susan Illston<br>United States District Court Judge |