**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

February 23, 2011

San Francisco County Superior Court  
400 McAllister Street  
San Francisco, CA 94102

RE:  CV 10-04030 SI    THE CHARLES SCHWAB CORPORATION-v-BNP PARIBAS SECURITIES
        Your Case Number: (CGC 10-501610)

Dear Clerk,

      Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

        (X)    Certified copies of docket entries

        (X)    Certified copies of Remand Order

        ( )    Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

      Sincerely,

      RICHARD W. WIEKING, Clerk

      /s/

      by:  Yumiko Saito  
      Case Systems Administrator

Enclosures  
Copies to counsel of record

NDC TR-5  Rev.  7/92  
o:\mrg\civil\remand.mrg